AMBER DOE
Self Represented
Propia Persona
8306 WILSHIRE BLVD
#2020
LOS ANGELES
CALIFORIA, 90211
424-379-3619

# UNITED STATES DISTRICT COURT

for the

## DISTRICT OF COLUMBIA

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

| | |
|---|---|
| Amber Doe | ) COMPLAINT FOR |
| | ) |
| VS | ) 1. HUMAN TRAFFICKING |
| | ) 2.RAPE |
| SEQUOIA CAPITAL | ) 3.TORTURE |
| | ) 4 .PREMISES LIABILITY |
| MICHAEL LEWIS GOGUEN | ) 5.Racketeering and Civil Rico |
| | ) 6. Breach of Written Contract |
| TWO BEAR CAPITAL | ) 7 .MALICIOUS PROSECUTION |
| | ) 8. Violation of the Ralph Act |
| DIANE M DOOLITTLE | ) 9. Violation of the Mann Act |
| | ) 10.NEGLIGENT DIRECTION |
| QUINN EMANUEL LLP | ) 11.Violation Of the Bane Act |
| | ) 12.Violation of Violence Against Women Act |
| Rosewood Sand Hill Hotel | 13.Peonage and slavery |

Wilson Sonsini Goodrich & Rosati

Goodwin Procter

Glaser Weil

Rivers Morrell Lawyer

ANTHONY McCusker Lawyer

Patricia Glaser Lawyer

Jill Basinger Lawyer

William Paoli Lawyer

Ryan Baker Lawyer

Michael Strickland  Lawyer

Chris Reynolds

Brian Nash

Michael Feenberg Lawyer

Michael McCarthy Lawyer

Mark Schaeffer Lawyer

John Quinn Lawyer

Bruce Van Dalsem Lawyer

14. BAD FAITH
15.Civil Theft
16. Conspiracy
17.Wilful Misconduct
18.Breach of covenant Good faith and fair dealings
19.Breach of Oral contract
20. Civil and Criminal Extortion
21.Possession and Distribution of Child Pornography
22.Violation of Violation of Marcy's law
23.Unjust enrichment
24. Breach Of fiduciary Duty
25.LEGAL MALPRACTICE
26.INTERFERENCE WITH EXISTING CONTRACT-INTENTIONAL
27. Fraud
28.Intentional Infliction of emotional distress
29. Personal injury
30.Violation Of The Women's Rights Act
31. Deceit
32. Negligent Supervision
33. Tortious Interference
34.INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS
35. Ku Klux Klan Act Violations
36.Concealment
37. Violation of the Human Trafficking reauthorization protection Act
38.MONEY HAD AND RECEIVED
39. TRESSPASS TO CHATTLES
40.CONVERSION
41. GROSS NEGLIGENCE
42.VIOLATION OF THE U.S. CONSTITUTION
43.VIOLATION OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS
44. Fraudulent Inducement
45. RACIAL/GENDER  Discrimination
46. STALKING
47. Defamation

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

1    Defendants Continued

2    All Private Investigators hired to Stalk Amber

3    since 2012

4    All men solicited for Ambers Murder

5    Michael F Grady Lawyer

6    Kathleen Sullivan Lawyer

7    Christopher Tayback Lawyer

8    William C. Price Lawyer

9    Mark Holsher  Lawyer

10   SUONG NGUYEN Lawyer

11   JOSEPH C. SARLES Lawyer

12   PATRICK DOOLITTLE Lawyer

13   Margaret Caruso Lawyer

14    MICHAEL LIFRAK Lawyer

15   Megan M Kerr Lawyer

16   Sara Pollack Lawyer

17   David Klein Lawyer

18   KIRKLAND & ELLIS LLP

19   Jamie Stephenson Defamation

20   RIVERS J. MORRELL III THE LAW OFFICERS

21   OF RIVERS J. MORRELL

22   FRANK W. NEMECEK (62260) Lawyer

23   Bloomberg companies

24   The New York Post

25   New York MAGAZINE

26   MSNBC

27   Vox Media

28   Rupert Murcdoch

     Estate of David Fecheimer

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

| | |
|---|---|
| DEFENDANTS CONTINUED | ) |
| Dr. Ina Park | ) |
| Dr. Tara Collins | ) |
| JONATHAN B. COLE Lawyer | ) |
| MARSHALL R. COLE Lawyer | ) |
| MICHAEL W. FEENBERG Lawyer | ) |
| MICHAEL MCCARTHY Lawyer | ) |
| JOSEPH W. SCOTT Lawyer | ) |
| Alex Gerbi Lawyer | |
| Ted Greeno Lawyer | |
| Aidan O'Rourke Lawyer | |
| Gregory Pantlin Lawyer | |

I am not  Suing Judge Wayne she is a very Kind Lady ,

I am Not suing  Alan Brown He is not evil . He must to take care of his Daughter

I am not suing  Abhay Kholsa He is Kind

Everyone else listed under defendants is a defendant in the instant case.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

# Human Trafficking

is defined as the...



**Act of**
- Recruiting
- Harboring
- Transporting
- Providing
- Obtaining

a person for labor, services, or commercial sex acts



by **Means of**
- Force
- Fraud
- Coercion



for the **Purpose of**
- Exploitation
- Involuntary servitude
- Peonage
- Debt bondage
- Slavery

 **or** Any commercial sex act involving a minor

www.dhs.gov/xlibrary/training/dhs_awareness_training_fy12/hta01/module.htm

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



Human trafficking has many forms. These include exploitation in the sex, entertainment and hospitality industries, and as domestic workers or in forced marriages. Victims are forced to work in factories, on construction sites or in the agricultural sector without pay or with an inadequate salary, living in fear of violence and often in inhumane conditions. Some victims are tricked or coerced into having their organs removed. Children are forced to serve as soldiers or to commit crimes for the benefit of the criminals.

## Common Sex Trafficking Red Flags

**RED FLAGS**

- They want to stop participating in selling or trading sex but feel scared or unable to leave
- They disclose that they were reluctant to engage in selling sex but that someone pressured them into it
- They live where they work or are transported by guards between home and workplace
- They are children who live with or are supported by or dependent on a family member with a substance abuse problem or who is abusive in other ways

- They have a pimp or manager in the sex trade
- They work in an industry where it may be common to be pressured into performing sex acts for money, such as a strip club, illicit cantina, go-go bar, or illicit massage business
- They have an older, or simply controlling parent, guardian, romantic partner or "sponsor" who will not allow you to meet or speak with the person alone or monitors their movements, spending and/or communications

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES LIABILITY, BAD FAITH, MALICIOUS PROSECUTION, DEFAMATION, LEGAL MALPRACTICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

THE WHITE HOUSE OFFICE

REFERRAL

To:   The Secretary of Labor                    Date: October 24, 1967

### ACTION REQUESTED

_____ Draft reply for:
          _____ President's signature.
          _____ Undersigned's signature.

_____ Memorandum for use as enclosure to
          reply.

_____ Direct reply.
          _____ Furnish information copy.

  X    Suitable acknowledgment or other
          appropriate handling.
_____ Furnish copy of reply, if any.

_____ For your information.

_____ For comment.

**NOTE**

Prompt action is essential.

If more than 48 hours' delay is encountered,
please telephone the undersigned immediately.
Code 1450.

Basic correspondence should be returned when
draft reply, memorandum, or comment is re-
quested.

REMARKS:

Description:

    X    Letter: _____ Telegram: Other:

To:      The President
From:   Rhea Callaway, Natl Pres., Natl Assn of Media Women, Inc., 10 West 135th St,
Date:   (recd 10/18/67    Suite 5 D, NYCity 10037
Subject: Resolution of organization commending President's Executive order to protect
            women in US fm bias in area of Fed employment and asking extension of order
            to embrace all areas of employment to include mass communication, etc.

                                    By direction of the President:

                                                        RECEIVED
                                                        OCT 25 1967

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

Power and Control Wheel

VIOLENCE
PHYSICAL / SEXUAL

**COERCION AND THREATS**
- Making and/or carrying out threats to hurt her
- Threatening to leave her, to commit suicide
- Report her to welfare
- Making her drop charges
- Making her do illegal things

**INTIMIDATION**
- Making her afraid by using looks, actions, gestures
- Smashing things
- Destroying her property
- Abusing pets
- Displaying weapons

**ECONOMIC ABUSE**
- Preventing her from getting or keeping a job
- Making her ask for money
- Giving her an allowance
- Taking her money
- Not letting her know about or have access to family income.

**EMOTIONAL ABUSE**
- Putting her down
- Making her feel bad about herself
- Calling her names
- Making her think she's crazy
- Playing mind games
- Humiliating her
- Making her feel guilty.

**Power and Control**

**MALE PRIVILEGE**
- Treating her like a servant
- Making all the big decisions
- Acting like the "master of the castle"
- Being the one to define men's and women's roles.

**ISOLATION**
- Controlling what she does, who she sees and talks to, what she reads, where she goes
- Limiting her outside involvement
- Using jealousy to justify actions

**CHILDREN**
- Making her feel guilty about the children
- Using the children to relay messages
- Using visitation to harass her
- Threatening to take the children away.

**MINIMIZING, DENYING AND BLAMING**
- Making light of the abuse and not taking her concerns about it seriously
- Saying the abuse didn't happen
- Shifting responsibility for abusive behavior
- Saying she caused it.

PHYSICAL / SEXUAL
VIOLENCE

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

Nature of the case

1. Defendants Michael L Goguen, Michael L Goguen Trust, A Numbered account at Bank of America, Two Bear Ranch, Valley Oaks LLC, Sequoia capital, Two Bear Capital  have conspired with multiple law firms to further harm plaintiff for over nine years.

2. Dozens of licensed attorneys are illegally Living off of the avails of Ambers Human trafficking in a inhumane, malicious, exploitive, hellacious and criminal scheme where they have conspired together and are profiting from Ambers situation of slavery and have become her new and current traffickers.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

3.Quinn Emanuel Urquart & Sullivan a mafia of unscrupulous criminals are unlawfully endangering Ambers life with the stalking, hacking, solicitation of murder and involving the Gang in this legal case which was for breach of contract for the Trafficking, rape, abuse, exploitation suffered at the hands of Michael L Goguen.

4. As a direct result of the Trafficking and sexual assault by Goguen, Plaintiff has suffered, and continues to suffer, from psychological damages, including, but not limited to, depression, anxiety, emotional distress, anger, flashbacks, and nightmares, Complex POST TRAUMATIC STRESS DISORDER, physical pain and homelessness.

5. Plaintiff also suffered psychological trauma affecting several areas of her life, including but not limited to their personality, self-esteem, sexuality, relationships, and career.
Further, for the undetermined future, Plaintiff must relive her sexual assault everyday due to the inescapable coverage of Goguen's federal criminal sex trafficking and payments the the media to falsify the narrative.

Moreover, Plaintiffs psychological and physiological damages have been debilitating, and have prevented her from understanding and asserting her legal

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

rights.

6. Plaintiffs own lawyers degraded her and violated her rights, lied to her, stole from her and conspired with defense counsel, Additionally, Plaintiff  has feared and has been intimidated by Goguen, Goguens Prostitutes, Goguens employees, Sequoia Capital, Goguens Two Bear Ranch, Two bear Capital and their agents, law enforcement and Goguen lawyers and all the men hired to stalk and murder Amber,

7.  Goguens wealth, his close connections to  other powerful men plus Goguens Corrupt law firms, Sequoia capital and others and their connections and back scratching quid pro quo antics and claims to be the most feared law firm in the world when in fact these lawyers are criminals and not good lawyers simply breaking the law and perverting the course of justice on belief of serial rapists this are vulgarians of the ENTH degree. Because of Goguen Sequoia capital and Quinn Emanuels criminal misconduct and conspiracy against Amber she is forced to face this alone and represent herself as they tamper with every lawyer Amber hires.

 8. Amber now has to face one of the most powerful organized crime Syndicates in the world, The governments, powerful political, business and legal leaders, and the retaliation will be unfathomable. The crimes committed against Amber thus far are not only crimes against her but against humanity as a whole. The people have the right to

know the society we live in and who walks feeling amongst us inclusive of the

government and Judicial corruption.


9. Violation of The Trafficking Victims Protection Act 18 U.S.C. §1591


 Plaintiffs repeat and re-allege each and every allegation as set forth in

the preceding paragraphs as if set forth in full herein.

 Michal Lewis Goguen recruited and enticed Plaintiff by initiating a an abusive

commercial sexual

relationship with her. Through her traffickers The Gang an international organized

crime syndicate, Goguen invited and recruited

Plaintiff to be his friend in exchange for education and safety from the gang.

 the Education safety of money being of

value to the Plaintiff.  A meeting with a wealthy man like Goguen was also of

considerable value for a victim of human trafficking. Amber was not hunting for a

Sugar Daddy she was a teenage victim of Gang Crime.


 10. Goguen knew this and exploited her further in every way his deviant mind could

come up with.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

11. Goguen told her repeatedly he loved her( A Thing) so he was keeping her in an emotion cage.

12.  Those are Goguens very worlds not Ambers. If that was the least he did to Amber it would be extremely damaging.

13.  Based upon the representations by Goguen these invitations reasonably led Plaintiff to believe there may be freedom from the slavery exploitation and sexual abuse.

14.   Plaintiff reasonably relied upon the monetary promises the contract Goguen and his lawyers legal and financial advice and understood that her identity would be protected under the personal injury settlement agreement (contract).

15.   When Amber signed the contract that she wrote Goguen nor his agents informed Amber that should Goguen breach the contract Amber would have to proceed to trial no longer as Jane Doe to protect her from the gang.

one Of the thousands of wrong doings by Goguen Sequoia and their agents.

 All of Goguens fraudulent and enticing offers for

harmless dinner turned int a now 22 year nightmare, a living hell.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

16. Goguen  knew that he would engage in fraudulent Drugging and raping Amber and luring her into Goguen Sex enterprise as his sex slave.

17.    Goguen Knew he would convert Ambers naivety and innocence into rape and sexual slavery.

18.  Once Goguen knowingly recruited and lured her with the idea that she could gain her freedom and that he loved her and wanted her to be free from slavery and enticed Plaintiff to appear at
His hotels.

19.   Hotels which are essential to sex trafficking operations as are bars, taxis, airplanes, automobiles, buses, ships and trains.

20.    For sex trafficking to thrive, it requires at least 3 things.  First  victims, often referred to as modern-day-slaves, a sex trafficking victim is treated as property mere chattel by her traffickers.

21.   The victim retains little or no money and remains dependent up her trafficker for the most basic necessities Shelter, medication, Identification food water and clothing.

22.   These Franchisers were trained not to turn a blind eye on human trafficking yet Hotels remain a major player in human trafficking.

23.   The franchisers have long known how to spot and deter sex trafficking Since 2004 End Child prostitution and trafficking ECPAT_USA)< Promoted the tourism child protection cod of conduct (code). Well known in the hospitality industry, the  code identifies six steps hotels should take to combat sex trafficking. Additionally , the department of homeland security identifies specific signs that suggest the presence of sex trafficking at hotels signs of which the franchisers were well aware. By 2013, hotel industry representatives knew that 8 out of 10 human trafficking arrests happen at hotels. The franchisers of the Hotels where Goguen and Sequoia Capital trafficked Amber knew of the epidemic of Sex trafficking, it's dependance on connection to hotels, and prevalence of the problem in America and globally.

There is no point of the TVPRA if Judges the FBI, CIA, Law enforcement are all willing to violate it if they can get money in the bank for themselves. That must be put to an end immediately so victims can be freed.

At its most basic level , the TVPRA criminalizes sex trafficking- the use of force , fraud, coercion to cause a person to engage in a commercial sex act. But congress added a civil cause of action against both the perpetrator of the sex trafficking crime and "anyone who knowingly benefits, financially or by receiving anything of value from participation in a venture which that person knew or should have known has engaged in" such a criminal violation. 18 U.S.C. * 1595(a). The franchisers are precisely the type of defendant Congress had in mind when it devised this remedy.

 Second traffickers profit from the forced labor of their victims. Traffickers force young women and underage girls to engage in commercial sex acts. Stripping may not be sex but however Child pornography and Stripping are commercial sex acts. Traffickers control victims trough force, using violence and treats of violence and threats of violence to restrain, beat, and drug them. And they control victims through fraud and coercion. employing emotional and psychological manipulation, trauma, and isolation.

   Third, Sex trafficking requires venues, a place where victims can be sold for sex to as many buyers as possible. In Globally Sex trafficking ventures typically operate in bars and hotels.  Michael Goguen and Sequoia Capital arranged and paid for rooms for Amber to be trafficked and raped in.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

24.    Hotels have profited from Ambers Slavery and rape.


Hotels ,Airports, Airplanes, All commercial modes of transportation  Law enforcement have long been trained to spot human trafficking.


25.  Goguen then engaged in commercial sex acts with Plaintiff


By forcibly fondling and raping Amber intentionally infecting her body with Sexually transmitted disease, including tearing a hole in her  genitals, for sexual gratification under the

fraudulent guise of love and friendship "the burnered bond"  in exchange for freedom safety,Shelter, medical care, education and money.


26.    Goguen intended that his fraud and force cause these sex acts to take place.


27. Goguen, The Gang, Sequoia Capital And Goguens agents recruited Amber, knowingly and intentionally conspired

with Goguen to facilitate the fraud and sexual abuse of Plaintiff.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

28.   Plaintiff initially complied with Goguens orders during the abuse as she did not feel she had any choice. The abuser that you know seems better that the abuser you have yet to meet.

Goguen was very adept at raping and grooming his victims by the time he was introduced to Amber. He conspired with he gang to have Amber as his possession a mere blow up doll to him.

29.   When Goguen began to touch Plaintiff in an aggressive, sexual manner, Plaintiff was terrified and froze. The sexual abuse commenced that day.

30.   Indeed, through his fraudulent representations, Goguen had isolated Plaintiff in his hotel room at the Omni Hotel in Richardson Texas, Where he would come to meetings with Oracle.

31.   This indicated to Plaintiff and along with Goguens  statements was a very wealthy, powerful man. Plaintiff felt she had no

other choice but to comply with this man's orders.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

32   She cried and begged to leave he let her leave but the damage was done Goguen began grooming her to be is sex slave in his self proclaimed harem.

Goguens promises, as relayed to Amber, were made in relation to the payment for sex services, which affects interstate commerce.

Amber told Goguen from the first hour they met that she was not a prostitute. He said he just wanted to take her for dinner and that she was safe with him.

33.   Goguen demeaned and degraded her told her she was not good enough to be seen with in public.

34.   The abuse began from the first time she went to see him for dinner. A dinner that never took place as he lured her to the Omni hotel in Richardson Texas. Paid for by Sequoia Capital.

35.  Goguens Sex enterprise a sex trafficking conspiracy ;  money for commercial  sex acts some of which is with minors has a substantial effect on interstate commerce.

36.    Goguens  use of his position as a powerful, wealthy man to otherwise engage in raping Amber was for the purpose of his own sexual gratification.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

37.     Michael Lewis Goguen the demonic, psychopathic, serial rapist, pedophile and

Sex trafficker began by becoming more sexually aggressive, made sexual advances,

and

masturbated.

38.   Goguen forcefully and without warning, grabbed Ambers  breasts

and vagina and then masturbated to completion on her face and hair on an air mattress.

39.    After Goguen ejaculated, he told Amber that she was to refer to him and a king or

an emperor throughout time. Goguen called himself an emperor.

40.   In the beginning of Goguens exploitation of plaintiff. Goguen gave Amber zero

money for the Sexual Abuse.

41.   Goguen promised for over a year  That he would soon help her escape from the

Gang and go to university.

42.    After drugging and Raping Amber at the Sheraton airport hotel in Toronto none

of which plaintiff can remember in the summer on 2003 he put an envelope with

$7000.00 in her hand bag. Amber told Goguen he could not pay her for sex. He just did

whatever he wanted. Clearly he knew Amber could not escape nor could he pay for

medical school with $7000.00 this was only a furtherance of his grooming of amber to be his sex slave.

Amber was planning to run away with the money and escape the gang by joining a Convent or Joining the US army. That was all she could think of to gain her freedom from the gang. Before she could run Traffickers beat her and she ended up in the hospital with a head injury.

43.    Goguen was aware of all of this.

He fully took advantage of this and sodomized Amber shortly there after.

44.    Approximately 2 months later Goguen Drugged and Raped Amber in the Sheraton Hotel in Toronto where he transported her for the purposed of rape. Sequoia capital paid for the Hotel and travel.

45.    To the best of plaintiffs recollection this is the first time Goguen Anally raped her after drugging her glass of champagne which Goguen ordered poured and handed to her.

46.    The sexual abuse only intensified form that date onward.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

47.   On information and belief,  Goguen routinely paid traffickers for use Of Amber. He had a  long had standing  relationship with them before Amber was trafficked by the Gang to Texas.    This  is Goguens modus operandi.

48.   Goguen was by no means the Most powerful famous or most wealthy man in these destinations of sex trafficking that Amber was introduced to.

49.   Amber did not know or consider Goguen to be famous she believed him to be a computer geek with nothing of interest to say. He was a pervert. Amber did not recognize Goguen and had no knowledge of what a venture capitalist was.

50.   Plaintiff did not care she wanted to save her life and go to medical school. The Gang forced Amber to bare her naked body for in rooms of thousands of people any way they could abuse and humiliate her into compliance they did.

51.   Plaintiff was brainwashed and mentally abused through humiliation tactics by the gang Inclusive of making a young teenage girl stand on a public stage with menstrual blood flowing out of her body.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

Inclusive of forcing her to drink a bottle of hot urine as punishment.

Inclusive of beating her, starving her, and locking her in the basement of the club with no lights and no lavatories and no water.

52. As a result of Defendants Goguen, Sequoia Capital, Two bear Capital, Two bear Ranch, Two bear Air And all of their agents including the judges and lawyers and "private investigators" heinous and willful misconduct, THERE ARE ZERO LEGAL BASIS FOR ANY CROSS COMPLAINTS IN THIS CASE defendants are ARE ALL GUILTY and its in evidence

53. Defendants tactics to remove plaintiffs right to life have been successful for 9 years inclusive but not limited to
depriving her of her constitutional rights, human rights, and all rights afforded to all people in the United States and Canada.

54. At the date of the filing of this complaint Plaintiff has never has a trial in any case against any defendant. Defendants allege that plaintiffs life is worth less than their own and they should all profit from her slavery, abuse, rape, mutilation, sexual exploitation, plaintiff should not have the right of the civil or criminal justice systems world wide, Plaintiff should not have any constitutional rights, inclusive of the right of free speech,

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

the right to protect herself, the right to trial by jury, the right to not have assets illegally seized, Plaintiff should not have the right to any legal representation because if she does defendants will interfere with the lawyers by bribing them to abandon plaintiff, plaintiff does not have the right to medical treatment, plaintiff does not have the right not to be stalked by multiple men, plaintiff is accused of defamation for reporting criminal acts perpetrated against her to law enforcement, plaintiff does not have the right to make police reports, plaintiff does not have the right to enter evidence in a court of law because the absolute ligation  privilege has been revoked from plaintiff through defendants conspiracy to obstruct justice, plaintiff does not have the right to medical privacy, plaintiff has no HIPPA rights, plaintiff has no right to possess money, playoff has no right to have a bank account, plaintiff has no right not to be enslaved, plaintiff has no right not to be stalked, and plaintiff has no right to demand the dissemination of child pornography made of plaintiff is destroyed and not used by defendants and their lawyers and investigators, playoffs friends and family have no right to safety privacy or peace, Defendants continue to purport that plaintiff has no right to life but they can effectively become playoffs new traffickers earning millions per year obstructing justice not serving plaintiff pleadings or discovery in multiple lawsuits where she is the plaintiff the witness or the defendant in a 100 million dollar lawsuit.

56.  Defendants intend for plaintiff to die so they can forever silence her about all of the crimes they have collectively committed against her.

57.  Plaintiff is a victim of Human trafficking

58.  Had defendants not acted in bad faith and conspired together plaintiffs life would not be in grave danger and she  would not be enduring a health crises with zero ability to seek adequate medical treatment.

59. 18 U.S.C. § 1591 — Sex Trafficking of Children or by Force, Fraud, or Coercion
(a) Whoever knowingly —
(1) in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, recruits, entices, harbors, transports, provides, obtains, or maintains by any means a person; or
(2) benefits, financially or by receiving anything of value, from participation in a venture which has engaged in an act described in violation of paragraph (1), knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion described in subsection (e)(2), or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of eighteen years and will be caused to engage in a commercial sex act, shall be punished as provided in subsection (b).
(b) The punishment for an offense under subsection (a) is —
(1) if the offense was effected by means of force, threats of force, fraud,

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

or coercion described in subsection (e)(2), or by any combination of such means, or if the person recruited, enticed, harbored, transported, provided, or obtained had not attained the age of fourteen years at the time of such offense, by a fine under this title and imprisonment for any term of years not less than fifteen or for life; or

(2) if the offense was not so effected, and the person recruited, enticed, harbored, transported, provided, or obtained had attained the age of fourteen years but had not attained the age of eighteen years at the time of such offense, by a fine under this title and imprisonment for not less than ten years or for life.

(c) In a prosecution under subsection (a)(1) in which the defendant had a reasonable opportunity to observe the person so recruited, enticed, harbored, transported, provided, obtained or maintained, the Government need not prove that the defendant knew that the person had not attained the age of eighteen years.

(d)Whoever obstructs, attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be fined under this title, imprisoned for a term not to exceed twenty years, or both.

Legal Definitions of Trafficking 309

(e) In this section:

(1) The term "abuse or threatened abuse of law or legal process" means the use or threatened use of a law or legal process, whether administrative, civil, or criminal, in any manner or for any purpose for which the law was not designed, in order to exert pressure on another person to cause that person to take some action or refrain from taking some action.

(2) The term "coercion" means —

(A) threats of serious harm to or physical restraint against any person;

(B) any scheme, plan, or pattern intended to cause a person to believe that failure to perform an act would result in serious harm to or physical restraint against any person; or

(C) the abuse or threatened abuse of law or the legal process.

(3) The term "commercial sex act" means any sex act, on account of which anything of value is given to or received by any person.

(4) The term "serious harm" means any harm, whether physical or nonphysical, including psychological, financial, or reputational harm, that is sufficiently serious, under all the surrounding circumstances, to compel a reasonable person of the same background and in the same circumstances to perform or to continue performing commercial sexual activity in order to avoid incurring that harm.

(5) The term "venture" means any group of two or more individuals associated in fact, whether or not a legal entity.
310 Appendix A

60. Amber was trafficked by an organized crime syndicate

61.  Plaintiffs circumstances of trafficking began shortly before her 15th birthday.

62.    A relative was involved in her trafficking she was then lost in a bet to an organized crime syndicate and held in debt bondage for several years being beaten, starved, tortured and made to work from 11 am to 4 am in clubs all over the world.

63.    Amber had no passport and no identification of her own the identification was created and

held by the traffickers.

64. In or around 2001-2002 Upon arrival in Dallas, Texas the first time. Michael L Goguen was introduced to her he had a preexisting relationship with the club and the traffickers.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

65.    The club admits to having minors work in the club.

66.    This is illegal. Teenagers can not be Strippers nor can they work in brothels.

67.    Waitresses and patrons have to be 21 years old to be in bars. Therefore it remains illegal to sexually exploit minors in bars where alcohol is served and drugs are trafficked.

68.    Within 1 hour of Amber meeting Goguen a Sex trafficker by the very definition, Goguen demand Plaintiff be transported to his hotel.

69.    Goguen has thousands of girls and women transported around the world for the purposes of rape, commercial sex acts, sexual abuse and intentionally infects his slaves with STDS.

70.    Goguen has caused severe and irreparable  injury to plaintiffs body on multiple occasions. In 2009 or 2010 Amber confronted Goguen abut the HPV diagnosis she had recently received.

71.   There is no other means by which Amber could have contracted this disease other than Goguen.

72.    Goguen was having sex with hundreds of prostitutes without condoms at that time unbeknownst to Amber.

73.  Goguen had repeatedly promised that he had never had any STDS in his life and that Amber was safe with him.

74.  Goguen has a tax evasion scheme where use evades paying taxes by having dozens of his victims set up charities and LLCs as part of he money filtering scheme.

75.  Goguen instructed plaintiff in writing to set up two companies so he could pay for her medical care in conjunction with the Disease.

76.  Goguen then sent money to plaintiff to undergo surgery after he raped her through is tax evasion scheme.

77.  HPV diseases leads to Cervical cancer, vaginal cancer, throat cancer in women.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

78.    Goguen fully admits that he had this disease since he was in college and that he has been undergoing treatment for the lesions on his penis including Cryosurgery and excision.

79.    Michael Goguen is a SEX TRAFFICKER.

80. Goguen uses the Romeo pimp method to manipulate his victims He uses all of the same tactics and a Romeo pimp he just does not earn money off of the exploitation but he pays for his friends to violate his victims.

80.    This is the deemed Lover Boy Method by sex trafficking experts.

81.    Girls who are trafficked feel worthless. It's not easy to survive.  Evil men prey upon them and convince them that they are the only ones that will ever love them and that the trafficking and abuse was all the victims fault.

82.    These men use tactics like we will deport you if you ever say anything. They manipulate the victims families.

83.    Some victims of these pimps work normal jobs during the day and they pimp them out at any venue they can find at night.

84.  These Romeo pimps typically impregnate their victims and use the children as tools to force the victim to remain complicit be threatening to hurt her children.

85.   Goguen has forced many of his victims to abort pregnancies he caused.

86.   Goguen also has dozens of children with victims of Michael Goguen Sex enterprise.

87.   Rape victims should never be forced to give birth to a child that is a product of a rape.

88.   Tragically Amber fell victim to all four of the most prolific types of traffickers Romeo Pimp

89. The Romeo pimp manipulates victims into compliance by using affection, charm, and romantic affection (Winters et al., 2022). To entrap their victim, Romeo pimps rely heavily on emotional manipulation and future promises. (Duncan and DeHart, 2019). The key point is that the trafficker presents himself as a trustworthy individual to the victim. This is demonstrated by a 2010 study conducted in Chicago, which discovered

that the vast majority of women described their trafficker as their boyfriend, with only a few describing them as other friends or relatives (Duncan and DeHart, 2019). The grooming time is used by Romeo pimps to isolate the victim and make them codependent, exposing the victim's vulnerabilities that can be used against them for control. The relationship typically takes a dark turn when the Romeo pimp asks the victim to dance in a strip club or engage in prostitution in order to make money to support their life together. At this point, the relationship includes extreme psychological manipulation as well as the possibility of physical violence, which is introduced to control the victim. This type of trafficking is especially coercive because the victim is trapped not only physically, but also emotionally.

Gorilla Pimp

A Gorilla pimp is the opposite of a Romeo in that no staged love or affection is involved. Instead, women are recruited and trapped in sex trafficking through routine violence. It is made clear that a victim's job is to turn tricks on the street or dance in a club, and failure to do so will result in severe consequences, usually resulting in physical and sexual abuse (Kennedy et al., 2007). It is not uncommon for a trafficker to begin as a Romeo pimp before gradually shifting to gorilla tactics (Kennedy et al., 2007). There is ample evidence in the sex trafficking literature that Gorilla pimps are the most difficult to leave and provide the least agency to victims of sex trafficking (Marcus et al., 2014).

CEO Pimp

On the other end of the spectrum, the CEO pimp promises victims lucrative careers and legitimate income (Winters et al., 2022). The CEO pimp runs things in an entrepreneurial manner, focusing on profit and good business management, just like a legitimate business. They see sexual exploitation as a business plan, with victims serving as their products. They typically recruit their victims by offering them a job, such as a modeling contract. This relationship, like the previous types of traffickers, then descends into sexual exploitation and abuse, even as the trafficker promotes it as a life of luxury. This is referred to as trauma bonding, a form of coercive control in which traffickers instill fear as well as gratitude for being allowed to live (Litam, 2017).

Familial Trafficking

Many commercially exploited children in the United States have been sexually abused in the home (Shared Hope International, 2020). Statistics show that 27 percent of sex trafficking cases reported to the United States' National Human Trafficking Hotline in 2018 were cases of familial trafficking (Polaris, 2019). As with all sex trafficking cases, it is frequently misidentified as child abuse or rape. The scant research on familial trafficking suggests a wide prevalence range, ranging from 3% to 44% of child trafficking cases (Allert, 2022). Unlike previous types of traffickers, children exploited by family members may be abused at home but are still driven to buyer locations and taken to parties and venues where sexual abuse of children is a part of the experience (Allert, 2022). Children have a reasonable expectation of care, protection, and security

from their families, and a breach of these values can have long-term consequences for mental health and future relationships. The reality is that familial human trafficking is all too common, and we must shatter the myth that relatives are never involved in child trafficking.

After many many deleterious and malicious acts perpetrated against Amber Goguen violently raped her in a hotel in London, England In 2012.

90. Goguen left the hotel and left her bleeding in the room alone with no help. Plaintiff only learned he had left the hotel room when his driver asked the hotel staff to call the hotel room.

91.    Plaintiff sought medical help the best way she could in a foreign country with no medical insurance and not knowing anybody other than for a couple of hours in passing.

92.    Amber had no idea the extent of the injury and went to several clinics she was scared that if she told the police she could be hurt or trafficked again.

93.   THE FACT REMAINS TRUE Plaintiff has been abused most of her life she is accustomed to enduring pain.

94.   Amber went to see several gynecologists and proctologists once a scope was done she was informed surgery was necessary.

95.   Amber told Goguen and his response was to send unsolicited money in the amount of $100,000.00 for the surgery Goguen never called or asked if he could assist in any way.

96.   Due to the fact that Goguen is a rapist and a psychopath, as long as he can pay for the damage he believes his nefarious conduct is acceptable.

97.    In 2014 when Amber could no longer endure the abuse that Goguen stated he would force her to endure as part of his harem for the remainder of her life. Amber hired Rivers Morell to help her obtain medical treatment and safety.

98.   Amber did not know lawyers she did not think very much about what their exact duties were. She found Rivers Morell by looking for rape victims lawyers. Amber thought lawyers were governed by the law of the land.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, BAD FAITH, MALICIOUS PROSECUTION, DEFAMATION, LEGAL MALPRACTICE

99.   Rivers Morell Drafted a letter and a draft complaint after meeting Amber in a coffee shop for an hour.

100.   Amber did not know what the California legal process was she did not know what mediation or draft complaints or demand letters were.

101.   Rivers Morell Stated he was an expert in Rape cases and helped many women.

102.  Plaintiffs Lawyers especially those for victims of crime can not be manipulating and exploiting their clients.

103.  Plaintiff was told the lawyers are in control of her and the case.

104. Rivers Morell sent draft complaint to Defendant Michael Lewis Goguen offering mediation prior to filing a lawsuit for the damage caused to Plaintiff.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

105.  Rivers Morell told plaintiff that this was a requirement in the legal process under California law. Plaintiff did not have any reason to disbelieve what a lawyer told her.

106. Subsequently Goguen conspired with his lawyer Diane Doolittle to deprive Plaintiff of legal representation and induced her to thorough threats and lies that her lawyer was stalking her, that her lawyer was a criminal that her lawyer would steal all her money and that she would have no medical treatment for her injuries.

107. Plaintiff believed Goguen and his lawyers could represent her and that the best thing for her was to enter into the personal injury settlement agreement drafted by Goguens lawyers specifically Diane Doolittle.

108. Goguen used his lawyers at Quinn Emanuel Urquhart& Sullivan, Wilson Sonsini Goodrich and Rosati and Goodwin Proctor to defraud plaintiff out of legal representation and have her enter into the person injury settlement agreement a contract which Goguen and his lawyers asserted had to be enforced be any Judge in the Country.

109. Michael Lewis Goguen who has never had a license to practice law told plaintiff that he could act as her lawyer and that it was in her best interest.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

110. Everyday from February 2014- March 23,2014 Goguen pressured and threatened plaintiff into signing his contract so the lawyer her "adversary would not hurt her".

111. Goguen told plaintiff on a daily basis via text email or phone that her lawyer was has hacking her and stalking her.

112. Goguen sent plaintiff messages and orally dictated what his lawyers told him to relay to plaintiff to fire her lawyer and that she could never tell anyone because it would be attorney interference which plaintiff had no idea about.

113. Plaintiff had been trafficking raped stalked and beaten inducing these fears in plaintiff that her lawyer was a criminal and that he was stalking her caused extreme distress to plaintiff.

114. Defendant apologized for all he had done to plaintiff and asked her to treat him to save her life.

115. Plaintiff is not a lawyer has no legal training had never seen a contract didn't know what it meant to extinguish her rights she wanted her identity protected because

she knows that she will always be in danger of the gang killing her or trafficking her again.

116.   Plaintiff did not want anyone to know that she was Goguen sex slave and that he mutilated her body.

117.   Later on in time Plaintiff was told that by a lawyer that the lawyers are working at her direction that is also improper trauma victims can not comprehend how to manage their hellacious juris Doctors with law degrees and licenses to practice Law.

118.  The plaintiffs in human trafficking and rape cases are not attorneys they are victims of crime.

119.   A victim of human trafficking is not expected to know what Patricia Glaser or any other lawyer is supposed to be doing.

120.  When plaintiff first sought out legal advice  after Diane Doolittle of Quinn Emanuel did so many cruel inhuman and illegal things Plaintiff was so terrified she would not show the Personal injury settlement agreement to the lawyers because plaintiff thought showing a lawyer would be a breach of the contract.

121.  Goguen told plaintiff that he and his law firms we her lawyers.

122.   Why would any person be paying a lawyer if they are supposed to know everything the lawyer is supposed to be doing? This is more abuse of process by the lawyers.

123.   Rivers Morell told Amber that it was California law that he must ask for mediation before filing a lawsuit. Morell never showed the demand letter to Amber

124. After a lawsuit was filed in 2016 by Patricia Glaser Amber read the demand letter, over two years after the letter was sent.

125.  After Michael Goguen was served the letter Drafted by Rivers Morell that Amber was never shown, which has no extortionate demands in nature but merely a request for mediation.

126.  Nobody said they were calling the police or going to the media in the letter and nobody ever threatened to kill  Goguen.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

127.  Therefore there was no extortion. All lawyers utilize demand letters as a curtesy of resolving cases inclusive of all of the lawyers employed by Michael Goguen.

128.   Amber did not want to endure a criminal lawsuit and lose any more years of peace and safety in her life.

129.  Goguen contacted Amber calling up to 25 times per day asking her to speak to him directly.

130. At no time did Goguen ever allege that plaintiff or her lawyer were extorting him or defaming him before she signed the contract created by his lawyers in fact he said Amber had to trust Goguen to be her lawyer because her lawyer Rivers Morell was stalking her.

131.  Amber pleaded with him to get Diane Doolittle and to go to mediation. And she would run away and Rivers would never find her and harm her.

132. Goguen instructed plaintiff to destroy her computer and her banking information and only go to Fedex Kinkos or hotels executive lounges and use their computers to email him because he said Rivers Morell was the one hacking and stalking plaintiff.

.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

133.  Goguen then insisted he would hire and pay for a professional shredding company White mountain to come and destroy all evidence of what he did. This is all in evidence.

134.  At the time that all of these instructions were giving to plaintiff she had no knowledge of the evidence code.

Goguens Lawyer Diane Doolittle also instructed Plaintiff in writing to destroy evidence.

135.  Goguen and his lawyers stated they could represent Amber wrote a promissory note and stated that she had to fire Rivers Morell that he was a criminal, that he was stalking her and that he would steal all of her money.

136.  Amber did not know lawyers Amber does not trust people because she was trafficked and exploited.

137.Goguen called multiple times a day threatening her to fire the lawyer or that she would receive zero medical treatment.

138. Diane Doolittle stated she was going to trap Rivers Morell and that she would set him up to look like a criminal.

- 49 -
COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

139.   Michael Goguen said the agreement that they were writing was in Ambers best interest and that she would forever be free of all abuse and exploitation. Goguen said he wanted forgiveness for all the rape abuse and disease.

140.   Michael Goguen said he was removing all of his lawyers sneaking legal wording from the Personal injury settlement agreement. Amber does not know what provisions exactly that he removed.

141.   Michael Goguen believes he can just pay and make every crime co commits be covered up by government authorities .

142.   Anthony McCusker of Goodwin Procter and Diane Doolittle of Quinn Emanuel and Wilson, Sonsini ,Goodrich and Rosati drafted letters and messages for Amber to send to fire Rivers Morell.

143.   Goguen stated he could act as Amber's lawyer in her best interests because he was experienced educated and had teams of lawyers.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

144.   Michael Goguen has never had a license to practice law so that was illegal Amber found out later.

145. All of February, March, April and 23 days of May 2014 Michael Goguen bullied threatened and manipulated Amber into signing the contract that he and his lawyers wrote she had no legal advice. Nine years after Amber was again promised her freedom from rape and trafficking by Goguen.

146.   Amber is currently being trafficked and stalked by all of Goguens lawyers agents and associates. This is Malicious. Amber never agreed that 58 or more lawyers could illegally profit off of Ambers rape, trafficking, homelessness for nine years and counting.

147.   All of the lawyers in this malicious conspiracy are earning profits from plaintiffs sexual exploitation yet plaintiff can not pay for medical treatment for her injuries, food shelter or the most basic life necessities.

148. This is plaintiffs own personal holocaust and that of other victims of sex trafficking is worse than the transatlantic slave trade, worse than Hitlers Nazi

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

Germany, worse than North Korea, Worse than Putins Russia, Stalins Russia and Apartheid combined all wars combined.

149.   Girls and women are humans this Male Supremacy needs to end.

150.   The women involved in this malicious conspiracy need to stop exploiting girls and women of lesser socio-economic status for their profit.

151.   The only thing Amber asked was that Michael Goguen sign a pledge that he would not harm any more girls and women sexually or otherwise.

152.   Goguen promised to seek psychological therapy for is sexual deviancy.

153.   Goguen insisted that Amber abandon her modest apartment her only home upon the signing his personal injury settlement agreement because he was erecting naked princess panty parlor in Los Angeles within walking distance of Ambers apartment.

154.   The store Which he named after Amber he has been referring to Amber as naked princess for 22 years.

155.   Amber complied with Michael Goguens demand and abandoned her apartment and her life in Los Angeles.

156.  The personal injury settlement agreement was signed at the Rosewood Sand Hill hotel a destination of sex trafficking.

157. There  was a prostitution ring being run out of the jewelry store in the lobby of the the Rosewood Sand Hill hotel.

158.   Michael Goguen housed many of his sex slaves at the Rosewood Sand Hill.

159.   Goguen would come and go in full combat clothing and in between business meetings from his office at Sequoia Capital which paid for hotels Food and transportation of Amber starting in 2002.

160. On May 14,2023 Sequoia Capitals notary came to the Rosewood Sand Hill and notarized the Personal injury settlement agreement created by Michael Goguen and his lawyers.

161.   Amber had no legal advice or representation in entering this contract.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

162. Quinn Emanuel LLP, Goodwin Procter LLP and Wilson Sonsini Goodrich and Rosati LLP.were all helping Goguen fraudulently induce plaintiff into forever extinguishing her rights in exchange for the personal injury settlement agreement.

163. Plaintiff was crying in the common area of the hotel while Goguen groped her while waiting for Sequoias notary.

164.   The Personal injury agreement was notarized in the Business center of the Rosewood Sandhill hotel.

165.  Following the signing of the agreement Michael Goguen went to the room to rape Amber one last time to seal the deal and make sure that she would comply and never speak of the abuse.

166.   Amber did not understand that the agreement was a contract as she is not a lawyer she is not a juris Doctor.

167.   Amber is a victim of child sex trafficking she was forced to dance in strip clubs and have photos taken as a minor in states of undress.

168.  Amber has no legal education. The agreement is titled personal injury settlement agreement not contract.

169.  Ambers only way to deal with all of this litigation is through studying at the law library and the internet.

170.  Amber asked Michael Goguen to start going to therapy to stop abusing girls and women he promised to begin after the agreement was signed.

171.  In 2014 Goguen set up weekly phone calls to speak with A even though his agreement at Ambers request states no further contact as she was very scared he would continue to stalk her or kill her.

173.  Amber feels a very heavy burden that if she had told the police sooner Michael Goguen would not have been able to rape all of these girls and women and destroy so many human lives.

174.  After Goguen raped Amber the last time on May 23, 2014 he continued to call her and request more debasing sodomy which she stated could never happen again do to the severe damage he caused to her body in 2012.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

175.   Months passed by after the agreement was signed and Goguen was still calling amber talking about sex, sodomy, all of his marital problems with his concubine, his daughters drug addiction, his other daughters issues, and his sons hospitalization for strep throat asking Amber to pray for them.

176.   Amber has never met any of Goguens children.  Goguen shares children with multiple prostitutes all over the country. the only one of his four wives who was not a prostitute was Lynne Isbicki

177.    In December of 2014 Diane Doolittle sent Amber a  message to Ambers phone stating the agreement that they wrote was null and void as procured by extortion.

178.  This Diane Doolittle a lawyer is the same women who wrote the personal injury settlement agreement.

179.  There was no extortion Goguens lawyers are the ones who wrote the agreement and forced Amber to fire her only lawyer a solo practitioner.

180.   Diane Doolittle said Amber could not Call Rivers Morell and tell him what happened or he would sue her.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

181.  DIANE DOOLITTLE DID ALL OF THIS AFTER WAITING FOR THE CLOCK TO RUN OUT ON AMBERS STATUTE OF LIMITATIONS TO BRING A CASE FOR BEING RAPED.

182.   Diane Doolittle did not inform Amber of her statute of limitations nor Did Michael Goguen.

182.    Michael  Goguen and Diane Doolittle did not inform Amber that if GOGUEN breached the contract that they created Amber would lose her right as a victim of sex crimes to file her case under a pseudonym to protect her from further harm.

183.  Patricia Glaser informed Amber that a breach of contract had to be filed with a name AND NOT A PSEUDONYM.

Goguen Put in writing that the legally binding agreement would be enforced in every court of law in the Country.

184.   Michael Goguen never mentioned the word extortion nor did he mention the word defamation nor did his lawyers.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

185.   Goguen said the agreement was so Amber could have safety, peace, happiness, medical treatment, freedom from rape, stalking, slavery and so that she could go forth and help the child victims in foster care still trafficked or in orphanages.

186.    Prior to sex trafficking Amber was a volunteer even as a small child. During sex trafficking Amber participated in the food and toy drive every year that the strip clubs had.

187.   She would ask all of her customers to come that weekend and bring toys and she was allowed to charge any amount for the dances and sell items like panties for any amount and all of the money was given to children charities.

188.   Many girls hated it. Amber did not mind she was happy about the money not going to the traffickers.

  The liquor sales those days also went to children charities.

189.   Amber has no knowledge of why the clubs do this. Likely a cover for the trafficking and money laundering.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

190. After paying her debt bondage to the gang Amber still did not have the freedom to do anything she wanted in her life. She was not a real person on paper. She had been a victim of trafficking since she was a minor.

191. Amber began to ask women to allow her to come to classes and various events. Amber donated her time to as many projects as possible while studying. All the while still enduring Goguens abuse. The abuse was now limited to only Goguen.

192. Rather than tell Amber to find, secure and preserve evidence Diane Doolittle instructed Amber in writing to destroy evidence.

193. Diane Doolittle stated Amber was a prostitute and that she should not have money because Doolittle is ivy league educated and a former sex crimes prosecutor and she does not earn the amount of the settlement agreement for her work.

194. Diane Doolittle called plaintiff and stated that She knows Amber is not a victim because Doolittle was a prosecutor.

195. Amber was not a prostitute. She was trafficked as a teenager to strip clubs by an organized crime syndicate.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

196.  Diane Doolittle alleges that Amber was a prostitute although Amber told Goguen she was not a prostitute form the day she met him nor did she want to become a prostitute.

197.   Goguen turned Amber into his personal prostitute in the harem after she told him from day one that she was a virgin.

198.  Goguen would go to plaintiffs small apartment where she had an air mattress on the floor as she had very little money because the traffickers took most of what she earned.

199.  Goguen  would Master-bate on plaintiffs face after telling her she was not good enough to be seen in public with.

200.   Goguen told her to refer to him as a king and an emperor and that he would help her escape the traffickers and go to medical school. He then began  just leaving any amount of money behind  after violating her.

201.  Goguen never helped her escape from the organized crime syndicate.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

202.  Amber paid the debt of her indentured servitude after several years and never looked back. None of the traffickers had anyway of finding her or hurting her again.

203.  When Goguen Materially breached the contract and after months of Diane Doolittle's terrorism, Goguens manipulation and abuse Amber Hired Patricia Glaser of Glaser Weil a Lawfirm.

204.  Amber trusted Patricia Glaser implicitly. Amber is very upset and disappointed that Patrica Glaser abandoned her case only because Amber could not afford to Pay $10,000.00 per day in legal fees for lawyers to review and type documents.

205.  Amber never trusted any of the lawyers after she was abandoned put in a position where she had to call hundreds of male lawyers and talk about the facts and nature of the case every time damaging Ambers mind more and more. Amber never wanted any of the lawyers she hired after Patrica Glaser.

206.  There was only one male lawyer Amber wanted to hire and He does not want to deal with Diane Doolittle ever because she is a nasty ,horrible, unethical piece of work.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

207.   Diane Doolittle is a sorry excuse for a women. Diane Doolittle has victimized many other rape victims not just Amber.

208.   Amber is not calling any more Male lawyers and talking to them about this case and listening to their sexual harassment or their outrageous opinions.

209.  Lawyer Willam Paoli is a racist and called Amber a tar baby many times when he screamed at her because he said he could not control her.

210. William Paoli was screaming at plaintiff to distract her and covering the fact that he was stealing from her and intentionally destroying her case while she was fighting an arduous health battle.

211.   The lawyers at Glaser Weil were not honest with Amber about the legal process. They stated that the only evidence to be submitted at trial were the contract and the communications (TeXT MESSAGES Leading up to the contract).

212.   Plaintiff must still discover if Patricia a very experienced lawyer thought this to be true or if she knew Amber would be put in theses horrible circumstances by misleading her about the legal process.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

213.    Diane Doolittle contacted Patricia Glaser and asked for another   chance to mediate prior to a lawsuit being filed.

214.   Amber went to two  mediations with Glaser Weil lawyers where Plaintiff was left in the mediation room alone with the rapist for a great many hours.

215.   The first mediation Amber agreed that Michael Goguen could pay less if he stopped hurting her. After the agreement was made that Goguen could pay less if he stopped stalking Amber.

216.   Diane Doolittle demanded to end the mediation and continue it to the following week so she could toll more fees.

217.   The mediation did not resume for approximately 3 months. All the while Amber was being stalked by multiple men hired by Goguen.

218.  At the mediation Goguen said there was another stalker stalking Amber and that Goguen would take Amber to the police to report the unnamed stalker/hacker.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

219.   Goguen asserted at the mediation the he would pay for a body guard for plaintiff to protect her from this purported stalker that Goguen and Doolittle refused to name.

220.    Goguen stated he would pay for and control the bodyguard to be with Amber twenty four hours per day seven days per week.

221.  Amber declined Goguens offer to hire her a body guard and asked Goguen for the name of the alleged stalker that he alleged was stalking her.

222. Plaintiff Believes Goguen began employing mention stalk her shortly after raping her in 2012.

Plaintiff asked Goguen about the stalking on multiple occasions.

223. Goguen right Hand Man Matthew Marshall states he was asked by Goguen and was paid to hire men to follow plaintiff and to sit in SUVS outside her apartment and to follow her car everywhere she went.

224.   Goguen refused to disclose refused to name the man he and his lawyers alleged was stalking Amber in 2014.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES LIABILITY, BAD FAITH, MALICIOUS PROSECUTION, DEFAMATION, LEGAL MALPRACTICE

225.   Amber learned over a year after this mediation that the man Goguen purported was stalking Amber now was Goguens former best friend his name is Brian Nash.

226.    Whom Goguen had sex with his best finds wife supplied her with cocaine and intentionally  wife and ruined is Brian Nash's marriage and family.

227.   Goguen in addition to destroying Brian Nashes marriage leaving him a single father of three young children Goguen paid for divorce lawyers for Nash's wife Stephanie to overwhelm Nash in the divorce proceedings.

228.   The second mediation in 2016 in the board room at Glaser Weil  Amber was left alone in the room with Michael Goguen and continued to sexually harass Amber, demand arbitration and threatened Amber with the idea that Rivers Morell would sue Amber because Goguen and his lawyers made her fire Rivers Morell.

229.  Amber had pleaded with Goguen to get HiS lawyer Diane Doolittle and go to mediation after Goguen called Amber repeatedly asking her to resolve the issue of her medical treatment forever with Goguen directly.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

230.  During the phone calls that Goguen demanded Amber have directly with him Michael Goguen stated he would take on all Liability of forcing Amber to Fire Rivers Morell.

231. Michael Goguen repeatedly stated Rivers Morell was stalking amber, that Rivers Morell was a criminal and he would steal Ambers money leaving her with no money for medical treatment.

232.   Goguen stated his lawyers were now Ambers lawyers and they were from the best law firm in the country.

233.   Amber had no prior knowledge about the crimes licensed lawyers were capable of committing from what Goguen told Plaintiff in his 20 plus calls and messages per day she believed that his lawyers could act as her lawyers.

234.   Goguen said he was allowed to act as Plaintiffs lawyer. Goguen is a powerful business man who went to Cornell and Stanford.

235.    Amber has no university education.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

236.   Goguen and his lawyers acting on Ambers behalf constitutes malice fraud and Oppression.

237.  At the second mediation after Michael Goguen began his diatribe of abuse Amber splashed approximately 3 ounces of water on his face in hopes of stopping him from continuing to abuse her. 238. Amber was under distress being in a room alone mediating the lawsuit with the rapist.

239.   Diane Doolittle in her very disturbed personality came upstairs and photographed the water on his shirt as if he was injured.

240.  Doolittle then told him to leave and ended the mediation.

241.   Amber paid $12,000.00 for each mediation to JAMS arbitration firm over and above what her lawyers charged her. Where she tried to resolve the issue with as little damage to her person as possible.

242.  Later that week The mediator made a mediators proposal which Amber accepted. Michael Goguen later accepted it.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

243.   Months passed and Goguen did not sign the papers Diane Doolittle reneged and stated was too much that they agreed to. All the while Amber was being stalked by multiple men.

244. Judge Wayne from Jams was the mediator. Amber is not mad at judge Wayne. She did her best to deal with Goguen and Doolittle's malice.She was very kind to Amber and spoke to her like a human being.

245.  There after a lawsuit was filed in May 2016 Goguen had been stalking Amber for at least  4 years at that point. Amber never seen Judge Wayne again.

246.  Prior to the lawsuit being filed No lawyer explained to Amber the discovery process before litigation began, nobody told Amber what to expect during litigation , nobody said the entire world was a witness that every person Amber ever spoke to for 5 min would be stalked and threatened.

247.  Third parties stalked and harassed by Goguen his lawyers and investigators do not have nor should the be expected to pay $1200.00 per hour to pay lawyers to help them stop Goguen from stalking them and violating their rights of privacy and medical privacy.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

248.  After Diane Doolittle delayed Amber filing a lawsuit for Nearly two years after first reading The complaint Rivers Morell drafted, after Amber signed the personal injury settlement agreement drafted by Goguens lawyers, After then trying to resolve this matter with Diane Doolittle  a former sex crimes prosecutor who spoke abusively to Amber, After traveling and going to  meetings set up by Diane Doolittle by herself at Diane Doolittle off in Redwood City after two mediations requested by Diane Doolittle and then accepting mediators proposal which Diane Doolittle reneged on months after Plaintiff accepted it GlaserWeil LLP filed Ambers legal complaint

249. In 2016 Patricia Glaser was in Israel unbeknownst to Amber.

250.   Jill Basinger a lawyer from Glaser Weil called Amber And said Diane Doolittle wanted to speak with Amber on the phone. Amber Agreed.

251.   As of the time of the phone call with Diane Doolittle the week the complaint was filed in March 2016 Amber had travelled out of the country to visit a dying relative.

252.   Michael Goguen tracks Ambers every movement and had Amber put on a terrorism list and tampered with INS and locked her out of the United States. For some

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, BAD FAITH, MALICIOUS PROSECUTION, DEFAMATION, LEGAL MALPRACTICE

reason Goguen And Diane Doolittle are of the belief they can tamper with government proceedings and change Ambers nationality.

253. By right of Birth Amber is a dual citizen of the United States and Canada Amber has spent more of her life in the United States than Canada. Her Grandparents are US citizens and have always had US passports her great grandparents and great great grandparents were US citizens Amber's biological father upon information and belief is a US citizen by birth.

254. Amber does not know all of her relations and has no desire to meet them. Amber does not know why Michael Goguen and his agents are tampering with Terrorism lists and US immigration the CIA the FBI and the Police.

255. Canadian Citizens are allowed to live in the United States without any type of visa, they have to only apply for a work visa if they want to work.

256. Canadian's and US citizens can commute across the border frequently and live in either country 6 months of the year. Amber does not know why Michael Goguen is telling the government to prosecute Amber for living in America.

257. All of these facts are more of Goguens diabolical abuse he uses all of the same tactics to abuse Amber as the traffickers did.

258. Goguen is a Romeo pimp a Romeo rapist who repeatedly told me He was abusing me and keeping me in an emotional cage because that is what he does when He loves SOMETHING.

259.   Even though Amber is dehumanized she was never an inanimate object I have always been a human being not a blow up doll. Amber is not a THING.

260.   The stalking continued. Amber made multiple police reports. Diane Doolittle and Goguen Lied to the police about Ambers situation of being stalked.

261.   Michael Goguen hired men to follow Amber and wait outside her apartment follow her while walking the her dog follow her to the gym follow her to do her volunteer work finally Amber moved to the hotel and the men were constantly coming to the hotel to Stalk Amber.

262. Plaintiff  does no know how many perverted men have been hired to follow me hack met amber with my existence.

263.   Amber  no longer lives she only exists because of Michael Goguens abuse.

264.   During the Litigation process 18 months into litigation Goguen sat down for his first deposition and committed perjury for days on end.

265.   Bruce Van Dalsem Goguens other debased lawyer helped Goguen pervert the course of justice in this malicious conspiracy to deprive Amber of her life,  Goguen insisted the deposition had to be in Whitefish, Montana for no legitimate reason HE and his lawyers made San Mateo the jurisdiction. Everyone except Amber and Abhay Kholsa travelled to Montana the deposition was in the Whitefish city hall I don't know why.

266. Amber believes Goguens Deposition took place at the court house in Montana. The stenographer cited she had been to parties at Goguens mansion.

267.  Amber was only allowed to listen to the deposition on speaker phone. Diane Doolittle put the speakerphone on Mute most of the time and then Marked much of the transcript Attorneys eyes only and refuses to give amber the transcript or the video even though Amber is forced to represent herself in multiple lawsuits caused by Diane Doolittle's violations of the law and willful misconduct.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

268.  Bruce the other Bully from Quinn Emanuel who is dear friends with Chris Reynolds the creepy Stalker who victimized Amber, her friends and relatives by stalking everyone relentlessly.

269. Chris Reynolds relentlessly Stalked Darcy an acquaintance of Ambers and many people Darcy Knows. Chris Reynolds is a perverted old man.

270.    Bruce Van Dalsem Whom Darcy calls Bruce "Vander Shit" for stalking him at work and at his parents homes and his friends offices people I have never even met. Doolittle alleges that I would have told a 23 year old gay boy that plaintiff met in the women's clothing section, where he worked at a store that I was trafficked and raped days after I met him.

271.  Amber had only known Darcy a boy smaller in stature than myself for a few hours at the time of the rape. He worked in the women's clothing department where Amber went to look at something. She did not see him the week of the rape. And did not see him after the rape again until October 2013 at least 15 months after the rape. He flew to LA to see his boyfriend and Amber seen him for a few hours.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

272. At the time of the rape in England Darcy was in the middle east with his boyfriend. Hence he was stalked distressed for no reason he never witnessed anything pertains to Ambers Rape or her circumstances of peonage and slavery.

273. Diane Doolittle is willing to pervert the course of justice in any and every way possible and the only way Quinn Emanuel LLP could have found out Amber met Darcy in a clothing store where he worked as a clerk was by hacking Ambers phone or hacking her phone records.

274. Plaintiff had/used any social media until after the inception of the lawsuit there after Goguen hacked and locked plaintiff out of the social media accounts to silence me.

275. After the first day of Goguen's deposition in Montana, Bruce Van Dalsem took a bicycle out on a pleasure ride and fell off and broke his collar bone.

276. Amber knows this because Bruce left the hospital and came back to the deposition the next day he said he stopped taking the Oxycotin.

277. Due to Bruce Van Dalsems injury Doolittle was the lawyer making "objections" and suborning the perjury for Goguen for the rest of the deposition.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

278.    Goguen cited he had 5 days of deposition coaching in Vegas with multiple law firms. Goguen did not appear for his deposition until nearly 18 months into the case. Amber appeared the month after the case was filed. Plaintiff can only estimate because she does not have all of the files.

279.   During his perjured deposition testimony Goguen stated under penalty of perjury that he did not know if it was possible to

280. delete an email account. Goguen controlled the accounts in which he communicated with Amber.

281.    Goguen then lied under oath during his deposition and said the only female "sex partners" were a short list of women who came forward about his abuse. Yet the list of victims is thousands. Quinn Emanuel LLP refuse to produce Michael Lewis  Goguens Deposition transcript or video to Amber as of the date of this filing because they suborned his perjury.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

282.  Diane Doolittle called third parties that were employees by Goguen to ask why Michael Goguen was in her office with prostitutes wearing short skirts with no bras and no panties.

283.  Diane Doolittle knows Goguen is a rapist and owner of a sex trafficking conspiracy.

284.  There is not dispute or question lingering that Goguen rents prostitutes.  He is a serial rapist, trafficker, pedophile and a murderer.

285. Goguen preys upon the most marginalized females in society.

286.  During his deposition Goguen left the deposition room to confer with his unethical lawyers after lying about having no knowledge of how to delete an email account although he claims he created the internet.

287.  He then returned and said he "cleaned out" all emails in the account destroying all of the evidence that proved there was no extortion.

288.  If Goguen was being extorted he and his lawyers would have preserved the evidence of the alleged "extortion". Rather they destroyed all evidence that he was

never being extorted so they could continue harming plaintiff and conspiring to obstruct justice.

289. Sequoia Capitals participation in Goguen Sex enterprises began in the nineteen nineties. They knew about Goguen sex enterprises facilitated in Goguen s sex trading conspiracy and were participants in Goguen Sex enterprises.

290. Michael Goguen stated that He was the only one who did any work at Sequoia capital and that he was stealing critical information and was secretly planning to leave Sequoia Capital. Goguen even wrote about it emails.

291. Plaintiff was not paying attention when Goguen wrote and stated those those things. His dealings with Sequoia capital were irrelevant to plaintiff.

292. Goguen led plaintiff to believe he was abusing and exploiting and sexually abusing her. Plaintiff did not know There were thousands of victims of Goguens sex trafficking conspiracy nor did she know Goguen was having sex with his friends wives and daughters.

293. Plaintiff did not know that was damaging his business partners via his scheming. Plaintiff did not know what Sequoia capital was or did exactly

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

294.   Plaintiff did not think about what Sequoia Capital did nor did she care. All plaintiff knew was what Goguen said about his business meetings.  Sometimes he would sign on to conference calls in the hotel while nude rubbing himself.

295. Amber was never allowed to wear any clothing or underwear in the hotel room.

296.   Sequoia Capital paid for Ambers transportation, food and hotels where Michael Goguen raped her.

297.    Sequoia Capital  paid for the Notary who notarized the personal injury settlement agreement drafted in part by Sequoia Capitals lawyers at Wilson, Sonsini, Goodrich and Rosati.

298.   Plaintiff is not sure exactly what Wilson, Sonsini, Goodrich and Rosati did but Amber has the legal right to discover what they told Goguen to do to induce her to fire her lawyer and enter into the agreement with no legal advice. Goguen Stated the Major partners at this law firm were helping him with the personal injury settlement agreement.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

299.   Sequoia Capital read all of the communications between Diane Doolittle of Quinn Emanuel, Anthony McCusker of Goodwin Proctor and Wilson, Sonsini Goodrich and Rosati.  Everything else they did is for proof at trial.

300.  The Personal injury settlement agreement specifically stated that if Michael Goguen were to materially breach the agreement the harm to Amber would be Irreparable.

301.   Now the damage to Amber is incompressible. Directly due to Goguens rape malice trafficking fraud coercion and employment of his criminal lawyers to help him Amber has not had a home for 9 years, Ambers life is in grave danger because of Goguens agents tampering with gang members involved in Ambers slaver, Amber has no access to medical treatment for life threatening injuries caused by Goguen and His lawyers scheme to obstruct justice inclusive of their relentless hiring of men to stalk Plaintiff.

302.   Michael Goguen threatened  that if he could not remain a part of Ambers life until the day she dies he would hire someone to follow her everywhere she goes this is the only promise he has ever kept.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

303.   Multiple men have been hired to stalk Amber and on information and Belief Goguen and or his lawyers have solicited Ambers Murder.

304. More than 60 people have contacted Amber or people she knows about the stalking. More than one third party has stated Goguen solicited Ambers Murder.

305.   During Goguens deposition he stated he has never hired a prostitute has never had sex with teenagers and that Matthew Marshall, Michael Goguens head of Security knew nothing about Amber besides what he seen in the news.

306.   After Goguen repeatedly perjured himself under oath it was revealed by Matthew Marshall he has known about Amber since the beginning of his association with Goguen and Goguen Paid him to hire men to stalk Amber and Michael Goguen solicited Matthew Marshall first for Amber's murder.

307.   Amber does not know why Matthew Marshall is in Jail for all of the crimes Michael Goguen paid Matthew Marshall to commit. Amber has never met Matthew Marshall.

308.   Amber found out about Matthew Marshall from another victim of Goguen Sex Enterprises.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

309.   Amber told Brian Nash about Matthew Marshall and Brian Nash went to See Matthew Marshall.

310.   Brian Nash stole $20,000.00 US dollars from Amber to obtain the emails that Michael Goguen destroyed so that Amber could present the evidence in court. Amber believes he used the Money to buy his second wife's Kelly Jennings wedding ring.

311.   Brian Nash Goguens ex best friend Extorted Amber. He demanded she Buy him a Mercedes Motor home and that she give Brian Nash two million dollars for no reason.

312.  Brian Nash stated in conversation that he is some type of investor and that Sequoia Capital wanted Brian Nash to take on Michael Goguens Position after they fired Michael Goguen for raping Amber.

313.   Brian Nash says Goguen prevented Nash from working at Sequoia decades ago and that Brian Nash's step father is friends with the founders of Sequoia Capital.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

314.  Brian Nash also spoke about a stalking issue pertaining to Chris Skirakis a founder at Google. I don't know.  Brian showed Amber a video of Chris Stalking him at the grocery store.

315.   Amber Does not know how many men have been hired to stalk her. Plaintiff has the legal right to discover these facts.

316.   Brian Nash says he has a trust fund. Amber does not know why he was extorting her. He has adult children. Amber had zero knowledge of Brian Nash, Stephanie Nash or any of their lovers or associates prior to September 2016.

317.    Brian Nash first contacted Amber under alias justice masses he contacted Patricia Glaser and Rivers Morell.

318.    Amber has no idea why Goguen and Jamie Stephenson publicly state Amber, Brian and Matt all knew one another since the 2000s and conspired against Goguen.

319. Goguen and Stephenson have make multiple public statements and drafted public documents publishing lies that Amber knew Goguens Head of security, his best friend and his best friend prior to that Brian Nash.

320. Amber has never heard of these men prior to the breach of contract lawsuit being filed in 2016.

321. Both men Brian and Matthew have been solicited by Goguen and received money or services in exchange to stalk amber or tamper with her safety in some way.

322.   Goguen is the common denominator in all of these horrible situations that he created, because he is a Psychopath.

323.   Sequoia Capital Has Been aware of Goguen Sex enterprise since the 1990s if Sequoia Capital had done something about Goguen Sex enterprise Amber would not have been raped, abused and trafficked by Michael Goguen.

324.   Many other victims called Sequoia Capital and complained about Michael Goguens abuse. One of his first victims boyfriends put a live bomb threat on Sequoia Capital and Sequoia was evacuated and they still ratified Goguen sex enterprise.

325.   Sequoia Capital were co- conspirators in Goguen sex enterprise. Goguen told Amber about them.

326.    Amber is so used to the deleterious behavior of men she didn't think much about his partners and what they were doing to women.

327.     Jamie Stephenson a former Las Vegas Prostitute that Goguen began paying for sex in 2012. Posts lies on the internet that Amber has known Matthew Marshall and Brian Nash for many years and the three of them all came up with a plan to extort Michael Goguen.

328.  Amber had never heard the Names Brian Nash or Mathew Marshall until after thee lawsuit was filed in 2016.

329.   First she learned of Goguens former best friend Brian when he contacted her and her former lawyers.

330.   She later learned about Matthew Marshal Sometime in 2017.
Amber has never met Matthew Marshall

331. Amber only met Brian Nash briefly for minutes when she gave him $20,000.00 to obtain the evidence for trial.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

She met him prior to that for a few moments on a sidewalk when he and his second wife were in LA.

332.    What Amber Understands to be true is that both of these men were best friends of Goguen and he intentionally destroyed their lives through his psychotic conduct.

333.  The first time Amber heard of Brian Nash in the fall of 2016. Brian Nash contacted Amber anonymously after Patricia Glaser abandoned Amber and she was in Europe searching for medical records from years before that she never had in her possession.

334.   At least 60 people that have met Amber have been stalked and trespassed upon by Michael Goguen's Agents hired by him, his staff and his lawyers.

335.  People have had to relocate from their homes. Goguen and his agents  have stalked elderly people dying in hospital some going through cancer treatment at hospitals.

336.  "Goguens "Investigators" have gone to the doors of women who are single mothers who have told these stalkers yes there is an organized crime syndicate that trafficked Amber.

337. Victims of human trafficking are not told by their trafficker we are going to traffic you. They reply various exploitive means to traffick girls and women.

338.   The stalkers  paid for by Goguen repeatedly showed up at peoples doors talking about Ambers sexual exploitation  in front of peoples minor children that are part of Ambers life.

339.   Many people never knew any of this took place Amber never spoke about any her exploitation it to anyone it only hurts more to speak about it. Amber just tries to help other girls and women save their lives and get to safety.

340. Amber was forced to speak about her exploitation because of Goguen material breach of the confidentiality clause in the agreement.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

341. Had Goguen not forced Amber to sign the personal injury settlement agreement (The Contract) she would have proceeded to trial on the merits of her case Under a Pseudonym which is her legal right as a victim of trafficking and sex crimes.

342.  The "investigators" paid for by Goguen victimized my all of my siblings elementary school aged children and toddlers.

343.  Nobody that has a direct relationship with Amber familial or friend feels safe in their homes offices or cars. Amber Tried to protect everyone from the crimes committed against her.

344.  Some of these people only met Amber long after I paid my debt bondage and was in hiding. They did not know  of the crimes committed against Amber or anything about Goguens abuse they had never heard of Goguen before.

345.   The amount of damage done to Amber no money can ever repair I have not seen my friends or family in over 5 years.  As long as Amber is a target nobody who loves her is safe.

346.  Because of Goguen and his lawyers nefarious conduct Amber was forced me to disclose the name of the organized crime syndicate and specific traffickers,  witnesses

confirmed that it is true and some of the witnesses are front men for the Gang,

Goguens investigators went to the doorsteps of Pimps and traffickers dangling money

and Ambers photos and stated that Amber has 40 million dollars.

347.   Amber does not know how much bribe money has been paid by Goguen and

Quinn Emanuel to witnesses.  Amber has the legal right to discover this information.

348.   Amber Remains in danger 24 hours per day 7 days per week 365 days per year.

The Organized Crime Syndicate will kill plaintiff to stop her from speaking about their

activities.

349.   Amber went to the special victims units the detectives state they know this is

happening however the government makes it nearly impossible to have them charged

with human trafficking so they try to arrest them on drug trafficking and murder.

350.   I asked for witness protection if I cooperated and would testify they said that is

unheard of that I should hide in a small town for the rest of my life and forget what

happened that these are now historical crimes. I said they are still doing it. I know girls

who were murdered or overdosed and never had a chance a freedom.  None of this is

historical to me. It's been an entire lifetime of abuse that never ends.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

The Start of Glaser Weil Firms Mal Practice

351. Patricia  Glaser did not tell plaintiff at  the inception of hiring her that over half of my legal team were former QUINN EMANUEL LLP ATTORNEYS AND THAT DIANE DOOLITTLE WAS THEIR BOSS. BY LAW THIS fact NEEDS TO BE DISCLOSED AND PUT IN MY RETAINER AGREEMENT.

352.   When Patricia Glaser filed the lawsuit Goguen was terminated by Sequoia Capital Immediately as they know they ratified his behavior and were participants in Goguen Sex Enterprise.

353.   MICHAEL Goguen solicited Girls and women for other men to exploit and abuse they all travelled for sex tourism together.

354.  Goguen purports he has never rented a prostitute . He is in Strip clubs most days of the week having sex in the back room within minutes and ordering females to his room and residence for sex, rape and orgies.

COMPLAINT FOR HUMAN TRAFFICKING,  NEGLIGENCE,  RAPE,CONSPIRACY,  PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION,  LEGAL MALPRACTICE

355.  Goguen and his lawyers continue to violate Ambers right of free speech and purport they can silence her by putting her in jail for telling the truth in a court of law.

356.  If Goguen was not paying Amber for commercial sex acts so that she could go to university plaintiff has no explanation for what he was paying for.

357.  Goguen said it was my job thats why I had to endure the violent demanding sex acts. It was my job to provide him with as many beautiful photos on demand for his private collection.

358.  I have no idea why a billionaire is forcing me to not have basic life necessities like food, medical treatment and suffer homelessness risk of death murder and being taken by traffickers again.

359. Goguen made Amber fly on Southwest for $79.00 to all these destinations sometimes I had to take 2 or 3 flights I would be so exhausted and the sodomy would commence upon arrival.

360.  Goguen started screaming at me one time for wearing pajamas when it was cold in the middle of winter in Toronto. Goguen was hiding in the closet at the Rosewood

Sand Hill when the guy came with the room service Goguen had ordered. He always

ordered cheese burgers.

361.   I was allowed to eat only when he would leave the room to go to his office or his

house in Atherton. I was never at his house. After the guy delivered the food Goguen

was screaming at me because the guy asked me what City I lived in and I said L.A.

.

362. Where are you from stands to be a normal question. The food delivery man was

just being polite Goguen said I should have told him something else. I don't know

what difference it would have made. The guy was not asking because he would have

care if Goguen had actually spoken to him. He was inquiring about me. Its Goguen's

narcissistic psychopathic mind that leads him to believe he is so important that the man

delivering his food would be at all interested in him.

363.   When Goguen really began destroying plaintiffs physical body not just her mind

he made me set up companies to receive the money.

364.   Amber had never heard of an LLC or a 501 C 3 company. Amber did not know

what legal zoom was Goguen instructed plaintiff to do this.

365.   Plaintiff later learned that it's common practice for Goguen to use victims of Goguen Sex Enterprises as channels for him to evade paying taxes through the companies he instructs them to set up.

366. In 2014 Goguen plaintiff to set up a third company a charity to receive the money for the personal injury settlement. This is all in evidence.

367.   Goguen Instructed at least 30 of his female victims to set up companies for his tax evasion Scheme. Goguens pattern of behavior is in evidence.

368.   Goguen testified that the companies were for plaintiffs privacy and his lawyers again suborned his perjury in his deposition.

369. Goguen has an entire tax evasion scheme going nation wide and across international borders.

370.    Amber at no time needed a company for her privacy. The bank statement still says Michael. L. Goguen trust and Valley Oaks LLC. Nobody was looking at Ambers banking besides The bank and herself.

371. Goguen was never protecting plaintiffs privacy Goguen has never cared about plaintiffs privacy his only intention was to sexually abuse her and to utilize her to evade paying taxes as a billionaire in America.

372.   Goguen , was not at all concerned about protecting Ambers privacy, Goguen was hiding Goguen sex enterprises from the Government and everyone else.

373.   Goguen has married 3 prostitutes two from Las Vegas one from the Gold Club in Atalanta which was shut down for human trafficking and racketeering.

374.  Diane Doolittle Goguens unethical lawyer blamed Amber that Goguen divorced Jordana Woodland. Amber has never spoken to Jordana Woodland or contacted her in any way at any time to this date.

375.    Goguen had All his prostitutes traveling to Two Bear ranch and living in guest houses, apartments and hotels in Whitefish, Montana.

376.   When Goguen decided to get a divorce from Jordana Woodland in August 2014 after the personal agreement was signed he called Amber told her about the divorce and said he was planning to resume sodomizing Amber.

377. Amber said no to additional sexual abuse moths after the contract was signed where Goon explicitly agreed to never contact plaintiff again.

378.   Jordana Woodland  Goguens third wife knew about Goguens Harem. Goguen has 3 of his wives living in Whitefish Montana. Jordana Woodland did not have any knowledge of Amber.

379.    Amber found out about Jordana Woodland Because she was prancing around in skimpy clothing and in Ambers neighborhood with men and and going out to bars in mini skirts while heavily pregnant Jordana was announcing herself As Jordana Woodland- Goguen.

380.  Jordana Woodland knows some people whom Ambers knows through the fashion industry. Jordana has paid hundreds of thousands of dollars to such people to make her seem famous.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

381.    Goguen lied and stated he married a famous Hollywood Movie star. Clearly Jordana Woodland is not a movie star  nor is she a super model as Goguen repeatedly stated. She paid for Billboards of herself in panties to be hung up around Ambers neighborhood.

382.  The only film she was in to Ambers knowledge is a comedy that Goguen funded about teenage Escorts glorifying the sex trafficking industry.

383.   Super models are defined as people who earn 10 million dollars or more per year in ad campaigns or fashion shows. Jordana Woodland was never a fashion model nor a Hollywood actress she was a stripper and escort in Las Vegas until Goguen Married her while he expanded Goguen Sex enterprises. She attempted to be a reality star and internet influencer.

384.   Goguen demanded Amber move out of her home and relocate to another state or country so that they could continue hanging up billboards around the neighbor hood so Goguen could lure more girls and women in to his sex trafficking enterprise undertake guise of him being a lingerie mogul.

385.  Goguen is a nefarious psychopath who twists facts and makes up nonsense that his victims are jealous of his wives who are also victims of Goguen sex enterprises.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

385.  Amber has nothing against the women in Goguens Harem I just don't want to be in a harem with her or any of them. Amber never agreed to any of this.

386. Included in Goguens deluded idea of his various "world" Amber was planning to contact Jordan Woodland.

 Amber never said she was going to contact Jordana Woodland.

387.  Amber felt very disgusted that when she found out that Goguen was involved with prostitutes and was violating Ambers body and refusing to wear  condoms to protect Amber from disease that prostitutes have from selling their bodies repeatedly.

389.  It is common knowledge and fact that most prostitutes would be caring sexually transmitted diseases. A major determining factor in Amber constantly negotiating with the gang not to take her from their strip clubs and force her into escort agencies.

390. All forms of prostitution are sexual exploitation.

391.   Goguen for years told Amber she has to endure the sexual abuse so his daughters could be happy. Amber has been victimized all of her life so she believed this nonsense Goguen manipulated her into.

392.   Polygamy and harems Remain illegal in America.  None of these women and Amber would ever be friends or palling around together.

393. The only one of Goguens concubine that Amber has met in person was Jamie Stephenson when she was blocking the doorway to the court room in San Mateos and an intimidation tactic.  These females have completely different ways of living life. How anybody exists in Montana in Goguens concubine under his control is beyond Ambers comprehension.

394.   All of Goguens Victims wives, prostitutes and their pimps have been super imposed upon Ambers life. Amber signed the personal injury settlement agreement which protected her identity from all of these deleterious pimps.

395.   Michael Goguen kept a spread sheet of 5000 of his victims. He showed it to third parties because he is a very sick and depraved psychopath.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

396.    Some of Goguens victims he had procure younger girls that would do anything he wanted sexually. Theses women are full time prostitutes. Dozens of these females have called Amber since the lawsuit was filed in 2016.

397.  None of these females deny being prostitutes. It is in public evidence that they run advertisements as prostitutes and that is how they met Goguen.

398.    The other females that Goguen victimizes have various reasons as to why they are prostitutes.

399.    Goguen frequents various types of brothels. So far none of them stated that Goguen met them on a street corner but that he orders them from escorts from agencies.

400.  Goguen rapes the females violently because he knows the police will side with him because he is powerful and rich. Which is wrong. Goguen has forced many of his victims to abort pregnancies.

401.  None of the females believe themselves to be victims of human trafficking. Amber assumes this is because of the brain washing.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

402.    Goguen has paid their pimps to silence them and keep them complicit several of the victims of Goguen sex enterprise have stated they are now homeless because of Michael Goguen. Goguen has forced Amber into homelessness as well.

403.   When Goguen can no longer abuse his victims he just tosses us out to die. Some of them state they work street corners and work in escort agencies. They do not think they are victims of human trafficking when their pimp is their husband or their fathers child.

404.   Evidence is not defamation. Providing evidence is not extortion. Providing evidence is part of the criminal and civil justice system you can not silence victims from providing evidence to the court.

405. If these pedophiles don't want to be "defamed" they should stop raping girls and women. There is no cure for psychopathy.

406.   Goguen is suing the New York Post for 100 million dollars the new Your post is not claiming that Goguen is extorting them.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

407.   Goguen and his lawyers provided images to the New York Post which Amber is the sole copy right owner this caused damage to Amber.

408. RAPE IS  CRIME, HUMAN TRAFFICKING IS A CRIME, PEDOPHIlIA IS A CRIME

409.  If rapists were stopped at victim one there would be zero serial rapists, Zero serial killers.

Patricia Glaser's continued mad practice.

410.   Shortly after the Lawsuit for breach of contract was filed in 2016 Patricia Glaser began charging Amber approximately 10,000.00 per day everyday of the month to read documents. One lawyer went to one short hearing for less than an hour.

411.   Glaser Weil filed a massive motion to compel discovery around the same time as they filed the motion to withdraw.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

Amber was left in Pro Per in litigation in a foreign country being stalked and hounded by Michael Goguens henchmen.

412.  Goguens hired henchmen chased  Amber through 4 different countries.

413.   After Patricia withdrew from Ambers case for no reason other than Amber could not pay $10,000.00 per day for them to read documents  the motion to compel was heard. Amber appeared via court call.

414.    The Judge stated there was nothing to compel as Patricia Glaser had not served written discovery. Which Amber asked Jill to serve after she recevied wittend discovery served by defendants.

415. Jill Basinger said it was optional and their firm did not serve written discovery they only ask questions at depositions.

417.  A couple of days after the lawsuit was filed in 2016  Jill Basinger called Amber and said Patricia was in Israel that Diane Doolittle wanted me to pull the complaint before the press got it and that they would pay what was owed plus interest under the contract. I said no because I wanted to speak to Patricia she was the only one I thought

I could trust.  Jill Basinger said it was night in Israel and we could not call her so I am put on the phone with Diane Doolittle and Jill

418. During this phone call Diane Doolittle was her typical mean self.

419.   Diane Doolittle Leaked the legal complaint for breach of contract to the world wide press with the help of Strick and company a publicity firm owned by Lawyer Michael Strickland.

420. The press/media had already received the complaint so there was nothing Amber could do to "claw back the complaint" at that point.

421.  Amber asked Patricia to resolve the issue between Rivers  Morell and Amber. Plaintiff asked if herself, jill and Patricia could call Rivers together so I could explain what happened she said no.

422.    Patricia called Rivers.  I do not know what was said. Rivers Morell did not go to fee arbitration rather he filed a 100 million dollar lawsuit in Orange County against Amber, Goguen and Quinn Emanuel, Goodwin Procter Diane Doolittle and Michael Goguens other lawyers of which there is an army.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

423.  Goguen who alleges he is an innocent man would need fifty eight or more lawyers from seven white shoe law firms.  Goguen is so demented he pays the press to produce fake news about him being a man with a "gold heart" meanwhile he is drugging and raping teenagers.

424.  When Rivers Morell filed his lawsuit in Orange County Patricia stated she does not represent Amber against Rivers, That Amber needs a second law firm. Amber was very very distraught and did not understand anything that was happening. It might have been Jill who elucidated it. The lawyers often called Amber in Tandem.

425. Rivers Morell and Patricia Glaser are both being represented by law firm Nemecek and Cole and are further exploiting plaintiff by suing plaintiff for 100 million dollars in a lawsuit filed in Orange County against amber for firing Rivers Morell at Goguen and his lawyers behest in 2014.

426. Quinn Emanuel represent both them selves and Michael Lewis Goguen in this Orange county lawsuit where Amber is the lead defendant and all of the law firms refuse to serve her motion dates discovery deposition notices pleading or any other document pertains to the lawsuit.

427.  The only document they have served Amber is the stipulation where all of the lawyers never informed pro per defendant that they stipulated to continue the trial.

428. Ambers first knowledge of lawyers.

429.  The first image of me printed by the traffickers for the marquee said had this text on the Image "I am not a lawyer but I can get you off."

430.   I did not know what that meant or why they put those words on my 8x10. The traffickers did whatever they wanted. They tried to sell me to porn films I fought them about it for years, if they made me cry everyday they could not get as much money from exploiting me. So they didn't bring it up everyday only when the porn movie recruiters were coming.

431.   The traffickers have lawyers and illegal contracts as well.

432. The Lawyers are taking advantage of a person they know is suffering from Complex PTSD.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

433. Amber was abused enslaved and exploited from the tender age of 15. She grew up on a farm and had no knowledge of the evils in the underground world of human trafficking.

434. Plaintiff in her lived experience did not know that lawyers could or would become her new traffickers. She did not know that lawyers explored victims of sex trafficking.

435.    Amber would often be in the bathroom or the dressing room of the club as a teenager crying. Amber would take a nap in the non smoking room under the table the bouncers would come find me if she was asleep too long. Bouncers were part of the Gang. They were not there to protect us girls.

363.   A Long Nap deemed anything more than 30 mins in the eyes of a bouncer. They knew they would find Amber trying to breath in the no smoking room. Amber had to inhale so much second had smoke that she would have nicotine withdrawals when she was not in the clubs. Amber does not remember a day that she have not had a headache.

364. Amber was tortured in a great many ways by the Gang and Michael Goguen.

365.    After Patricia's motion to withdraw was granted only a few months after The Glaser Weil  firm filed the lawsuit. Amber was left in Pro Per

366.    Amber began interviewing lawyers via video call. Nobody wants to deal with Diane Doolittle specifically because she has zero legal ethics.

376.   Victims are not lawyers. Lawyers are bound to duty and a code of ethics. Victims do not know how to direct lawyers. Nor should they be expected to. Victims are under duress its the lawyers job to be their advocate. Business lawyers should not be representing rape victims.

377.    Amber has no idea why Quinn Emanuel is alleging Amber is the sophisticated party.

378. Quinn Emanuel has 1200 lawyers Goguen has them and 6 other firms working for him he has been in countless business and personal lawsuits and three divorces.

379.  Goguen has Business contracts, Three prenuptial agreements, housing contracts and an unfathomable amount of non disclosure agreements for destroying women's bodies and minds.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

380.   Goguens trained lawyers and Goguen himself claimed he could be Ambers lawyers.

381. Goguen has never had a license to practice law.

382.   Amber believed Goguen because she conjoined this to the idea that a person can use a real estate agent with a license or they can represent themselves and make an offer on a property themselves.

383. Amber is not a lawyer and never claimed to be a lawyer.

384.  Amber never forfeited the morals that were instilled in her as a child and her personality that is very shy by nature never changed with allowed for more people to victimize her.

385.   Amber believed that what Goguen stated was true that Goguen and his lawyers could represent her and the agreement was the best possibility for Amber to be free from abuse exploitation, have shelter and medical care.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

1

2

3

4

5    The Malicious Conspiracy Between the Juris Doctors

6

7

8    386.  After Patricia Glaser withdrew from Ambers breach of contract lawsuit she put a

9    lien on the case of over $500,000 dollars after never appearing in court one not serving

10   discovery never taking a deposition all they claim to have done is read emails and

11

12   typed a complaint for thousands of dollars per day.

13

14   387. Rivers Morell found several lawyers for Amber after Patricia Glaser Abandoned

15

16   Amber .

17

18   388. In Order Rivers Morel Found Brian Chase who was bribed by Quinn Emanuel

19

20   and Michael Goguen to abandon Amber in Pro Per.

21

22   389. Rivers Morell Then found Richard Sherman of Sherman Law to represent Amber.

23   Richard Exploited plaintiff was a very lazy lawyer and he misused funds form Ambers

24

25   attorney Client trust account for shopping in Beverly Hills, luxury car washes, nights at

26

27   luxury hotels with his girlfriend.

28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

390.    William Paoli who is now also represented By Nemecek and Cole in the malicious conspiracy to derive plaintiff of all her human rights, constitutional rights and civil rights globally in effect depriving her of her right to life.

391. William Paoli was Ambers final Counsel prior to the fake trial with no jury, no plaintiff and only Michael Goguen Face witnesses fake evidence and Quinn Emanuel obstructing justice and suborning perjury after everyone refused to continue the trial.

392.    At the time of the fake trial Amber had two shattered unhealed bones, had just undergone major surgery, was experiencing seizures and taking more than a dozen prescription medications to prevent her body from shutting down inclusive of medications so mind altering it would have been illegal for plaintiff to drive a car let alone give testimony or cross examine witnesses.

393.  At the time of the fake trial Plaintiff was not in possession of her legal files and plaintiff had also prepared a writ of mandamus to the best of her ability that was fraudulently denied by retired judge become JAMS arbitrator Read Ambler.

394. The complete legal files in all if these cases are still being withheld from pro per plaintiff and pro per defendant at the time of the filing of this complaint.

395.   Amber hired Lawyer Brian Chase of Bisnar Chase law firm. He drinks heavily and smokes cigars. Brian Chase  made a deal after a short time to abandon plaintiffs case leaving her in Pro per again.

396.  Brian Chase and Scott Ritsima took bribe money from Michael Goguen a short time after Goguen offered Rivers Morell Ambers first lawyer One million dollars to disappear.

Brian Nash's involvement in the Malicious conspiracy

397.   Brian Nash had come on the scene by by September 2016. After Michael Goguen had written a fee agreement that allowed Michael Goguen the predator to pay Brian Nash to hurt Amber.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

398.   Brian Nash is Michael Goguens ex-best friend He attended Goguens weddings. Goguen showed him pornography of his wives.

399.   Goguen began Having sex with Brian Nash's first wife Stephanie and paid for lawyers to Destroy Brian Nash's career and his marriage and take Nash's children away from him. All of the victims refer to Goguen as the predator.

400.   Brian Nash Contacted Michael Goguen when he learned of Ambers lawsuit and stated for a fee of 15 million dollars he would help Michael Goguen destroy Ambers life. Brian Nash states Goguen shared Child pornography of Amber In the early 2000's Brian Nash wanted $15,000,000.00 to work as a consultant for Goguen.

So Goguen could "restore his reputation".

401.   Brian Nash witnessed Goguen renting prostitutes pathologically and Goguen brought his babysitter a minor to Brians guest house to have sex with her.

402.   Amber asked Nash why he signed an agreement to hurt Amber. He said he didn't know about Amber he assumed she was one of Goguens full time prostitutes. He did not know anything about her life. He apologized. Amber asked Brian Nash why he would help Goguen hurt anyone. Amber asked Nash to stop being doing things like this just forget about the predator.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

403.  Amber did not know what reputation Nash was going to restore for Goguen. It is public knowledge that Goguen is a rapist, pedophile and sex trafficker. He was a pedophile who had sex with his teenage babysitter long before he was raping Amber.

404.   Michael Goguen again prepared his agreement with his lawyers and did an illegal police sting On Brian Nash and never wired the Money to Brian Nash. Brian did not tell Amber any of this when he contacted Amber the first time after Patrica Glaser abandoned Amber in Pro Per. He said his name was JUSTICE masses.

405.  Amber did not know Brian's name. Amber I did not know what Brian looked like. Brian sent Amber a photo of him in the 1970s with long hair and a 1970s suit after time passed.

406.   After calling Amber for awhile Brian Nash stated he was in love with Amber. He stated on multiple occasions that he had conflicted feelings.

407.   Amber told Nash that is impossible he had never even met Amber. I told him not to say that ever again and that he had to marry Kelly. He insisted on telling me this love idea repeatedly. Amber stated repeatedly to Nash that am never going to be in Love with anybody and I am not marrying any men.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

408.   Amber Prays everyone will stop stalking her relentlessly.

409.   Nash is traumatized by Goguens psychotic behavior. Brian Nash used to go to strip clubs with Goguen where Goguen would disappear with the youngest girls he could find to have sex with them in the back room. Nash did not participate.

410.   Nash used to cash Goguens expense checks for him so his first wife would not know how much money he was spending on prostitutes.

411. Amber told Brian Nash several times to just stop thinking about her case and her life and to stop stalking Goguens victims and not to be a vigilante.

412.   Amber understands that Michael Goguen destroyed Brian Nash's life but I didn't want Goguen to kill Nash.

413. Michael Goguen never mentioned Brian Nash's name to Amber.

414.   Goguen told Amber all about his friend Tom's violations of women. Brian Nash is not a rapist or a psychopath he is just a victim of Goguens Sex Enterprise and abuse and stalking.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

415.   Brian Nash Hired Rivers Morell to represent him in his breach of contract. Amber asked Brian not to.  Brian Nash then had phone conferences with Brian Chase, Rivers Morell and Alan Brown.

416.   Brian Nash did horrible things like filing their lawsuit on the morning of my deposition causing me further distress while being grilled for hours on video about every aspect of anal rape alone in a room with the rapist and 6 or 7 men that Amber does not know.

417. The lawyers were all sharing evidence from my case. I asked them to stop. Every man does anything they want to exploit me. I say NO they do it anyway.

418.   Some how Brian Nash at some point decided that of $40,000,000.00 owed to Amber would have 10 million

 Rivers and Alan would have ten million and Brian Nash would have 10 million.

419.   Amber is not clear as to why every man on this planet believes Amber owes them money merely because she is alive.

The Malicious conspiracy between the Juris doctors continues which is all in evidence.

420.   Amber is being further harmed and exploited by all of the lawyers trafficking her for the last nine years and enriching themselves off of the avails of Ambers sex trafficking.

421.   The attorney general for California Rob Bonta states that Amber must report each individual lawyer to the State Bar of California

422. Ambers response to this instruction was that the state bar is run by lawyers inclusive of lawyers involved in the malicious conspiracy and they have all reports made by Amber about their malfeasance removed.

423. Ambers only recourse is to sue the lawyers to gain her freedom.

424.   Amber is a victim of human trafficking She has complex PTSD and  a parasomnia, from the abuse. All of the lawyers are aware that amber suffers with this condition.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

425.    Amber has HPV intentionally giving to her by Goguen so that he could keep her captive as his sex slave for the rest of her life by telling her it didn't matter that he gave her a disease because he would be the only person having sex with her for the rest of her life.

426. Amber is not a sexual person because of her sexual exoploitation from a very young age. .  Amber is Not a lesbian, Amber is  not Bi- sexual she is not a sexual at all.

427.   Amber  doesn't even have a sexuality the only thing she knows is about sexuality is Goguen holding his penis in his hand and using it as a weapon. Amber has never heard of anyone violating 5000 women.

428.  Michael Goguen ripped a hole plaintiffs body  when he raped her in England abandoned her in the foreign country alone and escaped on his private Jet.

429.  Females do not cause rape. Rapists perpetrate rape because they are demonic psychopaths.

430.    There are a very small number of men on the planet that are not satanic. They are wolves in sheep clothing. Amber can attest to this because she had to speak to hundreds of thousands of them.

431. After amber fell and shattered her arm from the distress of being relentlessly staked and chased my perverted men hired by Goguen and his agents.

423.    Amber now has Tungsten poisoning which will prove to be fatal if Amber does not have more surgery to correct the injuries sustained after the distress of being stalked and chased by Goguen henchmen cased Amber to fall and shatter her arm. The surgeon left multiple tungsten drill bits in Ambers bone marrow which is poisoning her.

424. Knowing the facts Quinn Emanuel tampered with Ambers surgeons froze Ambers bank account took out the money divided it amongst themselves and demanded Ambers right to credit be removed so sue has no means to pay for Surgery.

425. Knowing Ambers was suffering multiple health crises Goguen and his lawyers insisted all means to seek medical treatment be revoked from plaintiff causing her to suffer more damage to her health while suffering from homelessness.

426. In addition to everything else Quinn Emanuel have done Goguens lawyers threatened plaintiffs Doctors and surgeons through their Ex Parte phone calls which violates HIPPA

427. These same despicable lawyers allege that the United States Constitution and the Canadian Constitution does not Apply to Amber and that she has no right of due process or the right to a jury trial because defendants will be "defamed". This is only a fraction of Quinn Emanuel Michael Goguen and Sequoia Capitals Obstruction of Justice.

428. The dozens of hours of depositions which Patricia Glaser promised Amber would only be 7 hours on the record are sexual harassment for all intents and purposes.

429. The lawyers take so many food breaks so they can bill more and more hours. Amber does not want to eat in front of people who have dehumanized her.

430. Amber does know why any lawyer is alleging that her photo on a beach in a swimsuit somehow caused Goguen to rape her that is outrageous and propagates that girls and women are the cause of rape not the sexual deviance of men.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

431.   Diane Doolittle is a female misogynist representing several of these rapists and telling us plaintiffs that we have no rights and the rapists have the right to rape us and she will exploit that for her profit.

433.   Being forced to sit in depositions with all of these male lawyers answering question after question about rape is second hand rape These Lawyers they are all perverse Voyeurs.

434.    The repetitive depositions are for the sole purpose of causing Amber a nervous breakdown. The "lawyers" illegally brought one of the "investigators" into the deposition to harass plaintiff.

435.   Lawyers in Canada, France and England are not allowed to terrorize victims on video for endless hours for blood money and filthy lucre.

436.   After Patricia Glaser abandoned Ambers case Rivers Morell introduced her to Lawyer Brian Chase. He Represented her for a short time.

437.   After Michael Goguen and his Lawyers bribed Brian Chase to abandon Ambers case so they could win while Amber was in pro per

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

438. Rivers introduced Amber to Richard Sherman who did very unethical things to Amber.

439. Subsequently Richard Sherman then withdrew after being very lazy, making Abhay Kholsa do all of the work for little salary and asking Amber to pay hundreds of thousands of dollars in legal bills for his clients that Amber did not even know in completely unrelated cases.

440. Amber refused so Richard Sherman lied to the court and stated that we had an attorney client breakdown.

441. When Glaser Weil abandoned Ambers case every lawyer there after thought they could steal, not do their job and just abandon Amber in this horrible situation.

442. Quinn Emanuel perverted the course of justice in every way possible. Amber is still still researching all of their violations that I have evidence of.

443.    The only thing I can tell myself everyday is that today nobody raped you today, nobody beat you today, nobody made you Drink Urine today,  you are not hemorrhaging today, Society should ask them selves as a collective What type of existence is that for any human being?

444.    When I look around me even after trafficking I see suffering all through society in different forms I now have my answers as to why this is happening. Because the law is being afforded to only a select few.

445.    Quinn Emanuel and Goguen breached the protective order multiple times further endangering Ambers life.

    Amber did not know what a protective order was when Patricia Glaser told me I was getting one I though it was an order of protection to protect her from the stalking.

446.    Michael Goguen did not turn over a single piece of relevant evidence in the case.  Goguen committed perjury time and time again and Quinn Emanuel Suborned the Perjury and manipulated his testimony.

447.    Diane Doolittle called witnesses who were employed by Goguen to ask why Goguen had prostitutes without bras or panties in short skirts at her office. Diane

Doolittle possesses full knowledge that her client is the owner of Goguen Sex Enterprises and is a sexual predator.

448. Bruce Van Dalsem told lawyers that he knows Goguen is a pig.

449. Goguen Stated multiple times that Diane Doolittle is evil and coin operated and that the Lawyers are Ambers adversaries and Amber had to depend on his knowledge to save my life.

450. All Doolittle has done is manipulate testimony, cut apart Ambers testimony and splice it together to suit her evil plan. Diane Doolittle fed witnesses their testimony and told them what they had to say at deposition.

452. Diane Doolittle made unethical interjections and objections during cross examinations of witnesses she had coached during their depositions. Diane Doolittle and Bruce Van Dalsem do not represent the witnesses they tampered with.

453. In year 2017 because of the stress and being stalked and chased by Michael Goguens henchman investigators relentlessly. Plaintiff fell and shattered my arm I am

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

left handed I shattered my left arm. The only job I am certified to do I can never do again as my arm will never be whole again.

454.    Without additional surgery Amber will Die. Goguens Lawyers threatened Ambers surgeons from Harvard and tampered with all of her doctors gynecologists and surgeons. To effectively render her unable to seek medical treatment.

455.  Quinn Emanuel Violated HIPPA when calling writing and threatening Ambers Doctors in Ex Parte phone conversations.

456. Quinn Emanuel was 100 percent aware that Amber was denied medical insurance because of the pre existing conditions she has from Goguens abuse. Rape, HPV and PTSD are all considered preexisting conditions and Amber has been repeatedly denied health care insurance because of this.

457. The Goguens lawyers further tried to cause ambers death by insisting all her access to credit be revoked so she has zero way to pay for medical treatment.

458. What the lawyers have conspired to do to plaintiff constitutes oppression and malice.

459.  The Quinn Emanuel lawyers alleged that Amber imagined the arm injury or faked the injuries. Because they are evil. They would not even give Amber peace to undergo surgery.

460.  Yet the "lawyers" delayed the trial for their own injuries and holidays and their other trials but Amber is not a human she should perform under all circumstances on command even in a court of law like a circus animal.

461. Amber is a shy person by nature. I do not like witness stands nor do i like sitting in rooms with male police talking about rape. The lawyers exploited her shy nature.

461. These lawyers are white Supremacists and so is Michael Goguen.

462.  The expert witness was flying to assess Amber the day the arm shattered  and Ambers friend was being deposed in LA so Amber sat through the deposition on the phone so they would not hurt him. He is sensitive and homosexual and had zero knowledge of any of this rape and human trafficking.

463.  Quinn Emanuel do not have the right to violate these innocent people. Some gay people are in the closet because of the stigma and gay bashing so what do Quinn

Emanuel do? Stalk them at home and at work and threaten them with exposing their sexuality. That is cruel.

464.  Just as Diane Doolittle extorted Amber by saying if Amber went to trial she would shine a spotlight on me and show people Ambers photos of which Amber remains the sole copyright owner. Diane Doolittle sold Ambers Photos to the media. Doolittle did it because she is a criminal and a heartless evil women.

465.  All of that is being perpetrated against Amber is cruel and unusual punishment for my being born a female.

466.   After Brian Chase accepted bribe money from Goguen arranged by Quinn Emanuel they abandoned Amber in Pro Per. Just as Goguen and his lawyers wanted from the beginning to overtake Amber and violate all of her rights by removing her legal representation.

467. Richard Sherman Withdrew from Ambers case after all of his unethical conduct.

468. Amber was very upset to lose Abhay As her lawyer because he was not evil.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

469. After Sherman Withdrew Rivers Morell and Alan Brown then introduced Amber to William Paoli who she retained.

470. William Paoli Destroyed critical evident in Ambers case. Stalk hundreds of thousands of dollars from her attorney client trust account.

471. Paoli repeatedly called plaintiff a tar baby because he is a racist.

472. He told Amber she was not  trafficked because the strippers in Chicago that he hired were not trafficked, He is also a psychopath who screamed at Amber multiple times until she was in tears. including screaming at her about anal rape in  a restaurant.

473. He then threatened to sue her for defamation if she told anyone he stole from her.

474. Paoli bought luxury gifts for himself from her attorney cleat trust account prior to stealing the remaining money.

475. He told Amber he was withdrawing from her case but was still going to step in at the time of trial and try the case in front of the jury amber objected to this.

476. Amber asked him to withdraw completely from all of her cases but he did not and went to Las Vegas and secretly met with Goguen and his lawyers. Amber believes he was also paid off by Goguen at this meeting.

477. Lawyer William Paoli said he was going to file a writ of mandamus to fight the Discovery referees termination of Ambers case and then kept bullying Amber who had just undergone major surgery and was taking over a dozen prescription medications.

478. Amber did her best to prepare the writ of mandamus by herself.

479. Read Ambler of JAMS arbitration the discovery referee amber was forced to pay 900.00 per hour to read documents refused to look at the write of mandamus because the surgeons and Psycho-anaylists declarations were not "typed on legal filing paper".

480. There is no legal requirement for them to type their professional declarations on legal filing paper. After JAMS Referee terminated ambers Case erroneously to obstruct the course of justice JAMS continued to bill Amber exorbitant sums of money.

481. Patricia Glaser and Glaser Weil LLP, Rivers Morell and William Paoli Of Paoli & Purdy all Conspired with Franck Nemecek and hired his firm Nemecek and Cole and are colluding together and suing Amber for 100 million dollars and refuse to serve amber a single pleading the discern or allow her to cross examine parties or witnesses.

482.    Amber has demanded service repeatedly.

None of these lawyer nor Quinn Emanuel will serve amber anything pertains to the case in Orange county and they okay to further unbent Amber for 100 million dollars.

483.    Frank Nemecek had the audacity to write to Amber stating that Amber is the perpetual victim, if 58 lawyers would stop exploiting me and profiting from my circumstances of rape and human trafficking then they would not have to hear any of this and now that they have plastered them selves all over my destiny All I can do is ask the supreme court to stop them from harming me.

484. In the eyes of society this is all egregious willful misconduct by defendants. I can't even expound on what I feel I can't cope under these circumstances. I don't know who could, it is like having invasive brain cancer whilst these people invade my mind.

485.    Amber has panic attacks day and night day and night, even when She sleeps she panics and wakes up screaming.

486.   If Amber survives she is am going to sit for the law in California so I can represent other victims and children for free because clearly they can not represent themselves and clearly they will be abused by their own lawyers.

487.  Amber has no skills to sue the surgeon for medical man practice and she can't trust any lawyers after what these lawyers have done to harm her.

488. The underlying facts in the case against he surgeon are the same Goguen trafficked and raped amber. He intentionally infected Amber with HPV. Amber has complex PTSD from all of the abuse.

Amber can not obtain health care insurance for the rest of her life.

489. Only one team of surgeons after an exhaustive such are willing to attempt the high risk surgery.

490. Amber has zero money to pay for surgery.

491. Quinn Emanuel tampered with and threatened Ambers Doctors.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

492. Goguens Investigators stalked and chased Amber until she fell and shattered her arm. Amber pleading with everyone to stop the stalking.

493.Diane Doolittle had a conniption because Amber was in the hospital having surgery and demanded amber attend her deposition.

494. Diane Doolittle knew Amber needed medical treatment and insisted that all money be taken from Amber and instead that she be deprived of credit from all banks so that she cold not pay for any medical treatment.

495. If Amber dies her death should be considered murder as it is a direct result of defendants malice.

496.    During the first surgery to repair plaintiffs arm the surgeon left toxic metal in my bone marrow canal and he subsequently ended the surgery and did not disclose that he broke 4 pieces metal did not attempt to extract it and left it in me.

497. Tungsten is toxic in humans it causes Pulmonary edema which is fatal, scar tissue on the lungs amongst other serious issues. Yet the Judges have allowed Quinn Emanuel to interfere with my medical treatment.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

498. Amber started getting sick shortly after the surgery in 2017. I went to at least 17 highly qualified surgeons to help me. They all turned me away firstly stating that the surgery is too high risk nobody wants to be the one to amputate a limb in a person my age after another surgeon destroyed it.

499. Secondly none of the surgeons want to be involved in this omnipotent litigation process.  Quinn Emanuel lawyers already threaten my Harvard surgeons with defamation and hearsay for declaring medical facts.

500.   Quinn Emanuel illegally called my medical team in ex parte communications without my knowledge and told my medial team what they have to say in their declarations more evil witness tampering.

501.   That same Lawyer Bruce Van Dalsem showed up on the door steps of teenage rape victims and threatened them and bribed them into signing agreements not to testify in Ambers case.

502.    After an exhaustive search plaintiff found the only surgeon and team willing to attempt to save my arm and my life. He performed the first surgery a few approx 3 Months before trial in 2019. He is from Harvard.

503.   The discovery referee Read Ambler only gave Amber 90 days to find a qualified surgeon, deal with the surgical complications, undergo major surgery on two bones, go through chelation for the metal toxicity, heal and stop taking over a dozen medications prescribed to help Amber survive.

504.   Quinn Emanuel interfered in plaintiff's critical medical treatment. Surgeons are telling them that I need treatment and they are violating my right to medical treatment and telling me the treatment is not necessary or that I don't deserve medical treatment which ever, it is its wrong and illegal.

505.   Shortly after Amber signed the retainer agreement with William Paoli he changed from being a victims advocate and a man of god to threatening to abandon my case and keep $500,000.00 that he never earned from my attorney client trust account even though he was on a contingency due to the fact Amber can never afford to pay the millions of dollars per year that Michael Goguen pays his lawyers to do illegal things. Goguen and his army of lawyers know this so they bribe Ambers lawyers and they get paid instantly.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

506.    William Paoli began telling Amber repeatedly about the horrific details of how his first wife died. He then kept telling Amber about the strippers he was involved with in Chicago and that they were not victims of human trafficking . I doubt he knows whether they are victims of human-trafficking or not. I really did not want to hear about my lawyers perversions.

507.   Paoli stated that he was punishing me for the strippers in Chicago taking money from him and for my not paying millions of dollars to Patricia Glaser for making a mess out of my case.

508.   Glaser Weil tricked Amber  into signed a verified complaint no lawyer ever explained to me what a verified complaint was or that there was a choice.

509.   Amber signed the verified complaint in a room by herself. Jill Basinger was supposed to be there when She signed it, she called me to come to the office and the receptionist told me she went home with a headache.

510. Amber signed the verified complaint in a room by herself. Nobody told Amber anything about the fact it could not be amended or anything else. Amber only learned all of this during litigation.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

511.   Amber was dealing with the health crisis created by the first surgeon walking around for years with broken bones and Metal poisoning and severe anaemia.

512.   Amber can not even get doctors to treat her because of this litigation and the fact that she will never have insurance because of all of the pre-existing conditions caused by Michael Goguen's abuse.

513.   Before the  fake trial Amber submitted the doctors and experts declarations to the court Amber repeatedly asked for a trial continuance  from Quinn Emanuel.

514. Amber made Legitimate requests to continue the trial until she had ethical lawyers or was not having seizures walking around with two broken bones and taking over a dozen prescription mediations and could represent herself. Ambers requests were denied.

515. Amber was threatened that if she went to trial she would be murdered. Amber had no lawyers because Goguen and Quinn Emanuel interfered with all of them.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

516.   As soon as Amber could try to manage the complex PTSD, quit all of the medications while still pending two major surgeries that I can not pay for Amber Filed a motion to vacate the based on extrinsic fraud upon the court and presented all of her evidence.

517.   Amber had to rely on 3rd parties that Michael Goguen and Diane Doolittle lied about to provide evidence of the stalking and intent to murder Amber.

518.   When Amber had the evidence to prove her case after she tried to get the pain and bleeding under control to be able to go to represent myself in court she filed this motion to vacate based upon extrinsic fraud upon the court at the soonest possible time.

519.    These are extremely extenuating circumstances.

 This is an unprecedented case. Amber can find nothing similar in case law. I have to go to the law library and do hundreds of hours of research.

520. Amber finds not a single instance of case law where a plaintiff has been denied a trial by jury because the defendants could be "Defamed".

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

521. Goguen and Quinn Emanuel have obstructed justice to the point that if Amber is still denied a trial they have invalidated The United States Constitution and Invalidated the Trafficking Victims Protection act.

522. Diane Doolittle and her wilful misconduct know know bounds. She alleges she can enter a Hollywood film that has zero relevance to the case into evidence. The film was made around the time Amber was born. Hollywood films based on fiction are not evidence in courts of law.

523.    Read Ambler of JAMS arbitration a retired judges fraud upon Amber is egregious , His Fraud upon The Court and perversion of the course of justice.  Due to Quinn Emanuel's abuse of the legal process their only tactic was to silence victims, Steal money, file thousands upon thousands of irrelevant documents, and serve irrelevant discovery month after month as a tactic to overwhelmed the court and deplete all resources Amber had, exhaust and overwhelm Amber and Ambers counsel delay the proceedings, try to give Amber a nervous break down by stalking her an threatening her life relentlessly.

524.  The psycho-therapist after review of everything explained to Amber that what they are doing is gas-lighting. Telling me Rivers Morell was stalking me everyday,

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

Trying to convince me that I am crazy when no specialist in the medical profession detects any mental illness besides Complex- PTSD caused by trauma.

525. Diane Doolittle tried to convince 3rd party witnesses to allege that Amber has a personality disorder.

526. Diane Doolittle has no PH.D in medicine.

527. Bruce Van Dalsem uses his tactic of calling plaintiff crazy yet after all of the violations of plaintiffs HIPPA protected records and the experts analysis there is zero evidence that plaintiff was born with an mental illness or mental deficit she suffers from Complex PTSD which she tries her best to manage.

528.   Amber has redundantly requested Quinn Emanuel stop gaslighting her and stop Advertising her for their profits.

529. Quinn Emanuel LLP purports that Violating all of Ambers Human rights, Constitutional rights and civil rights globally is their right because they do it under the guise of being the "MOST FEARED LAW FIRM IN THE WORLD.

In which they operate as a mafia of lawyers and are guilty of racketeering.

530.   After they overwhelmed the Court They assigned a $900.00 per hour discovery referee Hon. Read Ambler who further abused the legal process. He sanctioned Amber and stated she could not testify about being a victim of human trafficking He sanctioned Amber $17,000 USD for not being able to produce items not in her possession that have zero relevance in this case.

531. Under the laws of other countries even if Amber had said irrelevant exhibits in her possession it is illegal to make copies or disseminate the documents in anyway which would lead to Amber being prosecuted in other nations.

532.   The referee  Read Ambler Did not sanction Michael Goguen even one penny at any time, even though Goguen did not turn over any relevant discovery.

533.  Goguen and Quinn Emanuel tampered with witness and did a great many illegal things before during and continue to obstruct the civil and criminal justice process. Goguen army of  lawyers are as guilty as the rapist is.

534.   Read Ambler colluded with Goguen and his lawyers after Amber was hurled into Pro per after surgery, issued Terminating Sanctions with no legal basis to do so. He

was appointed to make discovery decisions not to hear motions. Read Ambler of

JAMS arbitration was not appointed or empowered to terminate Ambers case.

535.    William Paoli Stated he was going to file a Writ of mandamus for plaintiff he

did not.

536. Paoli was too busy threatening Amber. He then stated he would still be trying the

case even though he withdrew from the Cases.

537.   Amber asked him not to remain On the Rivers Morell case in Orange County as

he was threatening Amber, stealing from Amber, telling Amber to amputate her Arm

because he would win her case at trial and she could then buy a platinum arm.

538.  Even though William Paoli had a contingency and was holding $500,000 USD in

the attorney client trust I believe. He then said Amber had to pay separate fees for the

writ of mandamus.

539.    William Paoli then secretly went to meet Michael Goguen and Diane Doolittle

in Las Vegas. Amber had no knowledge of this until long after.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

540.    Amber does not know what transpired at the meeting in Las Vegas or how much money they Gave William Paoli to destroy Amber's trial and to destroy critical evidence in the case.

541.   Amber Does not know how many People met in Las Vegas or what was discussed or how they further exploited Amber at this meeting. Amber has no idea why these perverts were meeting in  Las Vegas none of us live in Las Vegas.  Goguen has more lawyers in Las Vegas.

542.    When William Paoli failed to prepare and file the writ of mandamus and abandon Ambers case Goguens lawyers filed another motion for terminating sanctions which should not have been heard by Read Ambler but he colluded once again with Quinn Emanuel to violate Ambers rights and heard the motion and granted their motion while I was in pro per receiving from surgery with two broken bones, metal toxicity, seizures and taking so many prescription medications to stop my body and mind from shutting down.

543.   Amber then went to the court in San Mateo even though I was never a resident of San Mateo other than Micheal Goguen keeping me at the Rose Wood Sand Hill for the purposes of sexual exploitation.

544.    Goguen and his lawyers chose the Jurisdiction for if He breached the contract. As soon as Goguen was fired from Sequoia capital he promptly moved to Montana never came to a single motion hearing and forced everyone to travel to his location in Montana.

545.    At no point Did Goguen or any of his lawyers inform Amber of what a statute of limitations was. They conspired together to violate Ambers legal right to have a trial by jury from the very beginning.

546.    Rape and trafficking victims don't know anything about statutes, MSJ's, Sanctions, lawyers or otherwise.  Amber have never heard of any of this until the lawsuit was filed. Amber Did not know lawyers were criminals akin to the traffickers.

547.    Patricia Glaser did not tell Amber what to expect during litigation. I will ask her about this at her deposition.

548.    Had these criminals not hired all of these men to stalk Plaintiff she would not have shattered her arm.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

549. Amber sat through a deposition with my arm hanging off my body the day that it broke. I was then left for 5 days waiting for surgery because the surgeons were on summer vacation.

550.  The first surgeon failed at his job. He used toxic Tungsten drill bits and left them in Ambers bone marrow. Did not disclose it to me or any other doctor, stated my bone is healed after approximately 8 weeks. The first surgeon Sent Amber to Physical therapy knowing her bone was still shattered. Amber did arduous psychical therapy five  days per week while being stalked. When Amber was first able she went back to Los Angeles and resumed helping her lawyers attending more depositions answered copious irrelevant discovery. The bleeding continued and her health failed.

551.  Third parties continued to be stalked by Goguens henchmen. People are calling kept calling Amber  daily asking why are these creeps at my house? Who is this psycho?  where on earth did you meet a psycho like this?   Why was this all a secret?

552.   All Amber can do is apologize to these people for what Quinn Emanuel have done.  Quinn Emanuel are violating innocent peoples privacy making them live in fear and causing distress to people  that literally don't know anything about any of this.

553.  None of these people witnessed anything they weren't there, they didn't have any information. Amber had to walk past investigators to go see my grandfather on his death bed.

My grandfather had to die knowing all of this was happening to me.

554.  Amber was diagnoses with PTSD at age 19. Amber had never heard of it before. i went to the hospital because I thought I was having a heart attack. The doctor explained this was an anxiety attack. Amber said to the doctor that old people have anxiety and that she was too young. He said it can happen anytime. The doctor asked so many questions not leading questions merely questions I could not answer without telling him about the gang.

555.   Chris Reynolds is the worst stalker. He should be investigated and charged with stalking, trespassing, hacking and what ever else he is guilty of. He is a dirty old pervert stalking Amber for Goguen by alternative means.

556. Chris Reynolds is in possession of child pornography depicting Amber.

557. Chris Reynolds believes he can terrorize everyone with his creepy PI license that costs a mere 49.95 on the internet.

558. People outside of America have only seen private investigators on television. Due to the fact that in other countries it is illegal to use a private investigator to go to someone's home. It is under the law stalking by alternative means.

559.   These investigators after all of their harassment came up with nothing but a psychotic strip club owner and a mentally ill, insane drugged out fifty something year old dominatrix who has multiple personality disorders. She  comes with zero evidence and has zero credibility. She has been jailed multiple times for felonies. More recently she dumped her older daughter in the strip club and brought a 4 year old daughter to swingers parties and let her new husband molest the child. All children are removed from their care except 1.

560.   This women is a very crazy drug addict that Amber had previously extricated from her life because she is a horrible person she is a very crazy drug addict. Plaintiff had already stopped talking to this person long before the rapist sent investigators to her house to bribe her into lying in this deposition where Amber had no lawyers to cross examine her.

561. The strip club owner also stalked and Exploited Amber He is a sex trafficker and Labor trafficker.

Goguen and his agents incited him to once again start stalking plaintiff after she thought he has stopped obsessing over her life. The strip club oner used to beat plaintiff until the police came on multiple occasions.

562.   Quinn Emanuel intentionally contacted the gang traffickers and pimps knowing this would endanger Ambers life as they know that these people are dangerous and have zero relevance to the personal injury settlement agreement that diene Doolittle wrote.

563.   All of them have zero relevance to Goguen Raping Amber, intentionally giving Amber a disease nor luring Amber into Goguen sex enterprises.

564.   Amber had extricated these other evil people from her life because Amber does not think everyone has the right to exploit her forever. Quinn Emanuel intentionally brought many abusers back into Ambers life who she had zero communication with for years. Goguen was the only remaining abuser in Ambers life and due to his hellacious conduct everyone took the opportunity to accept his bribes and exploit and abuse Amber again.

565. Amber was re-victimized by these people because of Quinn Emanuels willful mis-conduct.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

566. After Shattering her arm. Upon her first ability to travel plaintiff arrived Los Angeles in 2018

567. When Amber arrived in LA and was sent for X-rays and was told the bone never healed and is completely shattered that I never should have been sent to physical therapy. I then learned the metals are toxic and causing more health problems which are becoming more severe all of the time.

568. Plaintiff originally hired a lawyer because she was denied health insurance based upon the pre-existing conditions caused by Goguens sexual and emotional abuse.

569. Plaintiff still has. No way to obtain health insurance because of all the pre-existing conditions caused by rapist Micheal Lewis Goguen.

570. Plaintiff has been waiting to undergo surgery for damage directly related to Goguens abuse and his agents willful misconduct.

571.   Amber then attended appointments to at least 17 different surgeons to learn that the damage done by the first surgeon is beyond the scope of capabilities possessed by the some of the very best surgeons in the country.  Amber found only one team of surgeons capable and willing to try to fix the arm.

572.   Bruce Van Dalsem from Quinn Emanuel subsequently broke the law and violated all of Amber rights and called her medical team and threatens them with defamation hearsay and everything else causing Amber further damage.

572.  Dealing with the health crisis  whilst also dealing with never ending harassing discovery and being deposed over 50 hours, Going to my lawyers offices, being homeless, going to hearings caused a further breakdown of Ambers Health.

573.   All the While Goguen is out preying on more unknowing Girls and women. He never came to a single discovery or motion hearing. All he did was lie under oath, destroy evidence and hire men to stalk and kill Amber.

574.   Quinn Emanuel will not even give me the transcripts from the depositions so I can enter it into evidence in any case inclusive of the case where I am the defendant being sued for 100 million dollars because of Goguens lawyers wilful misconduct.

When this FAKE trial took place.

575. Amber had Just surgery, Plaintiff was taking over a dozen prescribed medications daily to stop my body from shutting down. I went to the court in San Mateo Ex-Parte Shortly Before the trial in 2019 with evidence and declarations from my medical team.

576. After Asking Quinn Emanuel to continue the trial date until I was able to participate I was denied.

577. Quinn Emanuel said They would not continue the trial. Even though the trial was continued multiple times for things so mundane as Doolittle forgot it was spring break yet Goguen has 50 plus other qualified attorneys on the case.

578. Everything Quinn Emanuel did to plaintiff was out of malice.

579. Amber is in Propia Persona because Quinn Emanuel obstructed justice and bribed all of ambers lawyers. Amber has no choice but to sue lawyers to gain her freedom so she has been denied public counsel and legal aid because Quinn Emanuel will file hundreds of irrelevant motions and deplete public counsels few resources.

580. Because of everything that Michael Goguen, Sequoia capital, Wilson Sonsini Goodrich and Rosati, Quinn Emanuel and Goodwin Proctor have done to via their malicious conspiracy, Amber is forced to represent herself in multiple lawsuits. the rapist and his lawyers chose the jurisdiction of the court. San Mateo is not a jurisdiction I ever lived in. Except for the hotel The rapist kept his victims in and that other rapists keep their victims in. I filed the lawsuit and the rapist moved out of the state of California.

581. When plaintiff went to the court with her motion to continue the trial for very good reason. I had to take medications. I was not clear in my mind to try a case. I just had major surgery and my bones were not healed at all. I was having seizures. I have panic attacks I have Complex PTSD, I have a parasomnia caused by all of this trauma.

582. I Went to the San Mateo court. I filed my motion to continue the trial with my evidence that I was in no condition to try the case. I could not possibly try the case alone without a lawyer. I had to take the medications until the doctors said it's okay to discontinue. I still had broken bones at the time of the trial.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

583.  My lawyer William Paoli destroyed evidence, stole money and did the most egregious things that any lawyer could do to their client. He then tells me he is going to sue me for defamation if I tell anybody he stole from my trust account

584.  William Paoli said he was going to step in and try the case at the time of the trial even though he withdrew from the case so he could take the money in the try client trust account. That is all in evidence.

585.   Amber does not know at what Point William Paoli began conspiring with Goguen and His lawyers.

586. Paoli told Amber  to report Richard Sherman to the state bar the state bar then called Paoli and Paoli lied to the state bar.

587.   When I gave my evidence and Filed my motion to continue the trial based on my medical conditions as of October 2019 the judge denied my motion to continue the trial. That was improper of the judge. The Judge knows I could not be my own lawyer and try the case with broken bones and a long list of debilitating medical conditions caused by Goguen and medications in my body impeding my ability to think.

588.    The lawyers improper use of defamation.

Look up defamation. You people just use these terms so loosely and try to apply them illegally. I have to live on this planet too and all of you have made that impossible.

589.  These lawyers have abdicated their duty to myself and society. They have violated the very justice system in which they serve and are bound by the law. They have a duty to do no harm.

590. The lawyers have abdicated their duties as officers of the court for which they took oaths to uphold the laws of the land. As well as an oath to do no harm.

591.  They can represent rapists however they can not victimize the plaintiff.

592.   Amber has  asked all of them 100s of times to stop exploiting Amber and to stop advertising amber and to stop dangling her infront of the gang and every other trafficker on this planet.

593.  The Lawyers have turned my human existence into currency amongst themselves.

594. Even after all of the horrible things. The rapist has done to me I then still went to two mediations that Diane Doolittle pleaded for.

595.   Amber  is not a lawyer. You people have 1000s of years of combined legal experience. This is a gang of lawyers now trafficking Amber.

596. Plaintiff never agreed to lawyers and judges living off of the avails of Ambers sexual exploitation and slavery for 9 years.

579.   I submitted  my motion for reconsideration which was valid. The referee Read Ambler Defrauded Amber by not reviewing Amber's Motion for reconsideration because the declarations of the experts were not on filing paper there is no requirement for experts who type their own declarations to be typed on filing paper. They submit their declarations that way all the time. Surgeons are not lawyers they do not have filing paper.

580.   All of this misconduct is reprehensible. What else does anyone expect from Lawyers who choose to profit from the trafficking and rape perpetrated by a serial rapist.

The violate everyones rights for their profit.

581.  Victims have rights the court is not merely for the rich and the guilty and their armies of lawyers.

582.   Amber is forced to represent herself so that she can try to save her life.

583. Due to the fact that Quinn Emanuel tampers with every lawyer she has retained Amber no longer trusts lawyers.

584. Plaintiff does not want to be victimized by her own lawyers again and no lawyer that plaintiff has spoken to wants to deal with an unscrupulous criminal like Diane Doolittle. Plaintiff has called literally hundreds of lawyers since 2015. They all think Diane Doolittle is unethical.

586.  Plaintiff has paid copious amounts of money to lawyers in these cases and they have not done their jobs nor upheld their fiduciary duty to Amber.

587.   Victims have the right of the court. It is a branch of the government

588. Diane Doolittle's attempt to manipulate the justice system and success at it thus far her attempt to diagnosis severe medical  maladies is despicable ,psychotic, outrageous, egregious and malicious.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

589. Diane Doolittle alleges nothing is wrong with plaintiff. Yet Plaintiff is severely anemic because of the ongoing blood loss since the England rape the blood loss from the arm shattering the surgeries and my body will no longer absorb Iron which renders me almost no immune system.

590. Diane Doolittle and Quinn Emanuel LLP alleges That

I (plaintiff) has no right to a trial

I have  no right to a home

I no right to a bank account

I have no right to work

I have no right to safety

I have no right to peace

I have  no right no to be stalked

I have no right not to be Murdered

I have  no right to not to be trafficked

I have no right to surgery

I have no right to food

I have no right to report to law enforcement

I have no right to speak the truth.

591. Plaintiff has no right to life liberty or freedom.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

But all of these exploiters have the right to exploit me and live off of the avails of my

sex trafficking

592. A hysterectomy at a young age has consequences and risks

Depression

Early dementia

Incontinence

Mood swings

Heart disease

Bowel dysfunction

Fistulas

Hot flashes

Bone loss

Anxiety

Insomnia

Pelvic prolapse

Vaginal dryness

593.   Amber was in Good health besides the complex PTSD prior to Goguen

intentionally infecting her with High risk HPV and mutilating Amber's body causing

the hemorrhaging

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

594.   Diane Doolittle is not a medical doctor of any sort and she should not be practicing law she is cruel a criminal and inhumane She is a female misogynist She is a horrible Juris Doctor.

595.   The risks of Cervical cancer, anal cancer, vaginal cancer, throat cancer related to HPV are self explanatory.

596.    Diane Doolittle and Goguen believe Ambers body should be treated with sub par medical treatment in a public hospital cut apart and when Amber is dead just discard her body.

597.    Any judge in any civilized country participated in this conspiracy must step down and very practice law again.
The people of this country and beyond all have rights equal rights

598.   I will deal with the Canadian Judiciary and legal mis-conduct severally the International mis-conduct as well.
Under the laws of those countries

599. Everything Quinn Emanuel has done goes beyond mis-conduct and is illegal

600.    There are countries like that on this planet, America is not communist this is not a dictatorship. Is that how everyone wants this country to be? Zero freedoms or Cilvil liberties? A judge can just be bribed and you lose you right of free speech you lose the right to speak and give evidence in a court of law you lose the right of self protection and the right to seek help of law enforcement. A person no longer has a right to trial by jury?

601. For any Attorney to propagate that a victim of these crimes can not have a trial by Jury and get away with obstructing Justice is an invalidation of The Unites States Constitution and an invalidation of the Trafficking Victims Protection Re-authorization Act.

602.  There is no statute of limitations on fraud upon the court.

603.   That is a violation of the US constitution and all of my rights and a crime against society. There are courts and law enforcement Jails and sex offenders lists to protect society.

604.  The public has the right to know who the criminals are who walk amongst us.

605.   There are no special rules for the criminals that are exploiting plaintiff nor is there a secret court where they can covertly continue to harm plaintiff so that defendants are not "DEFAMED". All people have a right to trial by jury.

606.  Yet again Diane Doolittle violated Ambers rights and perverted the course of justice by sending plaintiff pleadings that the hearing was at 1 pm March 1, 2023 yet it was at 9 am March 1 2023.

607.   None of the lawyers have ever once met and conferred with me in The San Mateo case or the Orange County case where I am the defendant in a $100,000,000.00 lawsuit where Rivers Morell Is suing Amber, Michael Goguen and Quinn Emanuel and Goodwin Procter for forcing plaintiff to fire Rivers Morell.

608. The attorneys refuse to serve plaintiff the pleadings and the discovery. They stipulate to legal matters and don't tell me. They have hearings and do not give me the notices or the minute orders. They take depositions and deny me my right of cross examination. They do not give me the transcript and tell me I have to pay $2500.00 for copies of the transcripts. I don't know who has the transcripts as I was denied any participation in the depositions.

609.  Amber can not download the pleadings from The Orange county court website as there are two options enter the portal as a lawyer for free, I am not a licensed lawyer Or enter the public Portal and pay to download pleadings and motions. I am a pro per defendant and no longer have any money nor do I have credit cards to pay for the pleadings.

610.   Somehow after paying the debt for my indentured servitude to the Gang 17 years ago I am now in debt bondage to Goguen for the remainder of my life after being raped trafficked and contracting these despicable STDS from Goguens malice and being stalked by multiple men hired by Goguen.

611. Plaintiff  can't take enough showers I can't scrub Goguen off of my body. I can't even clean him of with peroxide and rubbing alcohol. Goguen and all of his prostitutes germs are inside of my body forever until I die.

612. All of these lawyers must immediately be disqualified from all cases involving Amber.

613. Quinn Emanuel Must forever be disqualified from ambers life and barred from stalking her hacking her lying about her retaining and disseminating pornographic images of plaintiff as a minor.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

614.    The lawyers refuse all of Ambers requests for service of motions discovery and pleadings

They do not meet and confer with me there have never answered the phone they use hacking equipment to trace my wear about's the have tried multiple time to get me alone for examinations and to bring "discovery " by my myself to Quinn Emanuel offices while Michael Goguen has solicited Ambers murder he has two companies that manufacture snipers, guns and weapons of mass destruction.

615.    Goguen has now had the chief of police Bill Dial step down because he fired the detectives who were responsible for investigation the rapes of his minor victims in Montana and Michael Goguen bribed the detectives who now work for Goguens sex enterprise.

616.    Bill Dial served the community for over 40 years prior to that he was a teacher in public schools. He is more than 70 years old give him back his credentials all of the problems were created by Goguen interfering in police business and bribing the detectives who were there to investigate crimes against rape victim's and murders of young women in the harem.

617.    Goguen paid to get Eric Grieten's in to office as Governor of Missouri that man is another sex offender and had to step down from office for being a pervert. Michael

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

Goguen thought Eric would appoint Michael Goguen to secretary of defense if Eric became president.

618.    Goguen Believes he is a super hero in the likes of batman, he is mentally deranged.

619.   Amber is a victim of Human trafficking so Goguen tried to manipulate the narrative by paying one million dollars to a very dishonorable charity called deliver fund.

620.   Deliver should not accept donations to combat human trafficking from a rapist and human trafficker that is not how the world works.

621. Deliver fund is ratifying Goguens sex trafficking enterprise.

622.   Michael Goguen then decided oh, I  made Amber homeless so let me clean up my image by dumping slop on homeless peoples plates for a photo opportunity. Goguen is a psychopath to say the very least.  That is actually an insult too psychopaths.

623.   Michael Goguen is in possession of an fake Sheriffs badge with is a felony

624.   Michael Goguen is in possession of drugs he uses to render victims unconscious so he can rape them.

625.  Michael Goguen is in possession of illegal hacking equipment.

627.   Michael Goguen  is in illegal possession of a sting ray on his helicopter that steals thousands of peoples electronic data and listens in on phone calls including those of law enforcement.

628.   Michael Goguen is in possession of thousands of weapons of mass destruction.

629. Amber has never owned a weapon. Amber is not in possession of any weapons.

630. Michael Goguen his lawyers and agents are in possession of child pornography taken of Amber.

631.   Goguen is illegally tampering with multiple government agencies and paying for independent CIA missions this is all highly illegal and then he has everyone he victimized or worked as his agents put in jail.

COMPLAINT FOR HUMAN TRAFFICKING,  NEGLIGENCE,  RAPE,CONSPIRACY,  PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION,  LEGAL MALPRACTICE

632.   Michael Goguen and Quinn Emanuel then bribed reporters to state publicly that Amber is racist.

633.   Amber has no idea why Goguen and his lawyers are lying and saying Amber is racist.

634. Plaintiff is of very mixed heritage and I am every race on this planet. I do not know why Diane Doolittle insist on telling me what race I am.

635. Plaintiff assumes Diane Doolittle exerts the antiquated rule from the times of the transatlantic slave trade which is as follows The soley American Ideology of the "one drop" rule changes your ethnicity. These white supremacists are diabolical.

636. Diane Doolittle is a bigot and the fact remains that she revels in the fact at girls and women decades younger than herself are raped and trafficked because she can profit every time another female is harmed.

637.  Even If plaintiff were only one race that does not equate to me being less or more of a human.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

638.  Plaintiff is shocked that  the "lawyers" said I can't be of a certain ethnicity or I will be prejudiced and I can not have a religion or I will be prejudiced in court.

639.  The essence of what the lawyers purported is that the court the judge  and society are only for people of Purely Caucasian Anglo-saxon American's. This Ideology was always improper and it has no place in a civilized society or anywhere on this planet.

640.   Prior to this litigation I believed only Rapists, Murders and people in strip clubs the customers and the traffickers were evil people.

641.  Thanks to Diane Doolittle's misconduct and illegal activity I know there a great many evil doers on earth not just traffickers  rapists and pedophiles and murders.

642.   Amber has every type of friend she serves girls any women no matter where they are from. Amber does not  discriminate. So that is truly defamation and malicious protection he his that after he paid the NBC reporter to make a face news story about Michael Goguen being Batman and saving lives and in the news story.

643. Defendants violated my copyright by publishing and selling photos that I am the sole copy right owner of.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

644.  Michael Goguen agreed to destroy all images of plaintiff upon the signing of the agreement he and his lawyers and agents are in possession of child pornography taken of Amber as a minor.

645. Rather than destroy plaintiffs images Goguen provided them to his male lawyers as masterbation devices and Diane Doolittle used the images to exploit plaintiff again.

646.   Mr. White the reporter from the defamatory video taped news report interviewing Goguen and Jamie Stephenson was fired from NBC for this fake news report.

647. Goguen and his agents refuse to destroy the child pornography and continue to damage me by purchasing it illegal by bribing photographers that I had no idea had the images in their possession decades later.

648.   Amber has asked Goguen the lawyers and their agents them to stop  looking at the images and disseminating them but to no avail they just keep violating Amber.

649.  Amber is now a whistle blower and considered a  Narc and a rat and will be killed by the organized crime Syndicate because of Quinn Emanuels wilful misconduct they have already found me and threatened me.

650.  The traffickers put us slaves through brain washing about being a rat to the pigs and the 5/0 (their terms for the police). The Brain washing began the first day Plaintiff was trafficked.

651.  Amber is very scared the gang will murder her and the people she loves.  They would likely kill these innocent people in order the people I love to keep me silent.

652.  Ambers brothers father was found dead the first time the investigators illegally came stalking and hunting for her and everyone else in Canada.

653.   Since then the Gang found Amber and surrounded the building she  was in for 9 days I have encountered them on multiple occasions after not seeing them for over a decade.

654.  If Amber dies because of anything Michael Goguen and his lawyers and agents have done they should be charged with her murder.

655.   This includes death related to HPV ,Death related to them interfering in my ability to obtain medical treatment, If I am murdered by the traffickers or any of Michael Goguen's agents lawyers, henchmen or otherwise inclusive of Amber being

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

murdered by the Gang who never would have found plaintiff if it weren't for Goguens agents harassing them.

657.   Murder should include if Amber dies by anaemia , Metal toxicity complications, any vaginal or anal hemorrhaging, and any other cause of death because because she has no means to pay for medical treatment.

658.   As long as Amber is alive she can never obtain Medical insurance as she has many preexisting conditions stemming from Michael Goguen's Abuse.

659.   Doctor assisted suicide to prevent a violent murder should also be considered murder. Ambers life as been stolen from her time and again.

660.   This is all of their illegal activity and my blood is on Goguen  Sequoia Capital, Quinn Emanuel's and the lawyers hands.

661.  The debased lawyers have dehumanized Amber yet again, If Amber has  to suffer a painful death because she was deprived of medical treatment or if  Amber will be trafficked again she will request a doctor assisted suicide in Canada.

662.  Amber is not a suicidal depressive but if it is the only way not to be trafficked or raped I will request the doctors assistance in committing suicide.

663.   The lawyers, Goguens agents, friends, relatives and Goguen himself continuing to possess the child pornography is not only damaging plaintiff it is damaging the other girls in the photos. The original trafficker not only trafficked me. He began trafficking girls and women in the 1970s.

664.  Two step sisters were also trafficked. I have not seen them since about 1999 the third time plaintiff was sent to Asia.  I never seen them again after I was returned to north America.  Perhaps they are dead I do not know. I asked about them at the photo studios nobody would say anything.  I Seen their photos there of which I had not seen before. Maybe they were also murdered and feed to pigs on the pig farm near Vancouver. I knew some of those girls. Not well but plaintiff knew some of the victims murdered on the pig farm.

665. Amber did not have a passport nor a work visa when she was illegally trafficked to foreign countries.

666.   Michael Goguen and Quinn Emanuel removed the attachments from emails with photos.

Michael Goguen the rapist sex trafficker and pedophile controlled the email accounts and Ambers passwords.

667.   Goguen locked Amber out of the accounts and destroyed all of the emails that incriminated him. He deleted the accounts in entirety. He produced only what suited his agenda of perverting the course of justice and defrauding the court and society.

668.   Amber does not think all of the photos were of me. We shared photos, customers did not care what images we sold them just as long as they had something to look at. Amber was the youngest. We shared images we look similar in photos with make-up we shared fake IDs that traffickers gave us.

669.    We were not human beings on paper.
Therefore by disseminating the images they are violating the rights of those who can not defend themselves. If they are alive they have the legal right to sue Michael Goguen And Quinn Emanuel as well.
Amber can not review the images containing the child pornography that Michael Goguen refused to turn over he said he needs to keep them in his personal archive.
Amber must review  the photos to see which ones are truly of Amber. Amber has not seen the images in over a decade and a half.

670.    Every time these perverts look at the child pornography they damage Amber again. Goguen promised to destroy all images that he manipulated Amber into giving him via his demands that she owed him the photos. Providing Goguen with images was part of her job as Goguens sex slave. These images of Amber in 2014.

671.    There are dozens of pervert's still looking at the images and disseminating them because of Diane Doolittle's indiscretion and her willingness to make Amber die. .

672.    Michael Goguen and the ring leader of his lawyers Diane Doolittle share the same mental illness, psychopathy. Their debauchery is so profoundly outrageous its unfathomable. First they fraudulently induced Amber into signing away all of her rights and extinguishing them forever under the personal injury settlement agreement.

673.    Goguen then raped plaintiff again and materially breached the agreement among other breaches of the legally binding contract which guaranteed Ambers confidentiality.

674.    While Diane Doolittle set up Rivers Morell as a criminal and set me up Amber an extortionist. Goguen reiterated day after day that she was setting Rivers Up which Amber did not really understand. Goguen told Amber that Rivers was the man stalking her yet Goguen had hired the men to stalk amber twenty four hours per day.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

675.    First Goguen, Sequoia Capital and all of their lawyers silenced Amber through the agreement violated the agreement stalked me relentlessly solicited my murder and have been illegally successful in extinguishing Ambers constitutional right to even present facts in a court of law.

676. Quinn Emanuel are a mafia of unethical layers who as a collective conspire to obstruct justice every time they are able.

677.  Amber prays that the court with answer her prayer for freedom from all forms of abuse. Amber needs immediate medical treatment which has been delayed for years because of Quinn Emanuels interference in my medical care.

678.    Possessing full knowledge that Amber needs critical medical treatment Quinn Emanuel still attempts to derive plaintiff of her constitutional rights human rights and all legal rights.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

679.   Rapists should be allowed to force any victim into a non—disclosure agreement the public has the right to know who the rapists, traffickers and murderers are.

680. The lawyers for Goguen have ratified Goguen's criminal activity and his pattern of behavior.

681. The final lawyer Amber Retained Found BY Rivers Morell and Alan Brown Was Gregory Brown.

682. Gregory Brown was retained to file an appeal and to sue the lawyers for mal-practice.

While Amber was fighting her health crisis trying to find safe shelter representing herself in  Pro Se in all of the filings by Goguens Lawyers in Canada during the corona Virus pandemic. Greg Brown stole $190, 000.00 form Plaintiffs attorney trust account.

683. Greg Brown and the appellate lawyer he paid then filed only a notice of appeal abandoning plaintiff in Pro Se in an appeal.

684. Greg Brown filed a malpractice lawsuit against Lawyer William Paoli and withdrew from the case without telling Amber they filed a notice to withdraw nor did they serve Amber this motion.

685. Amber found out about this motion to withdraw days before the malpractice trial which no discovery had been, done no depositions taken.

686. Plaintiff had only seen Greg Brown the day she dropped off her partial files at his office a few miles fro William Paoli's office.

687. Greg Brown states he paid himself $190, 000. 00 Out of her Attorney trust account for speaking to her on zoom for 11 hours in total. And appearing in one short motion hearing to talk about Ambers alleged contempt of court for talking to and writing to defense counsel about the crimes Goguen Committed against her.

688. Amber prevailed in the contemn hearing because litigation privilege remains absolute.

689. Amber files the instant lawsuit against all named defendants inclusive of Gregory Brown of Brown and Charbaneau as well for Legal Malpractice, Gross negligence, Civil theft, conspiracy and wilful misconduct.

690.  Defendants  participated in Ambers human trafficking and exploitation in addition to preventing Amber from her work for Every Girl Counts.

691. Goguen and His lawyers causation of Every Girl counts not to function led to girls being returned to their traffickers and the death of some victims.

692. Ambers Volunteer work was never FAKE. That is merely another one of Diane Doolittle's evil assertions to obstruct Justice.

693.    We are all equal people in the eyes of the law.

 Murder is a crime, rape is a crime, exploiting children is a crime, spreading disease is biological warfare.

694. Sex Slaves, harems and concubines remain illegal in the United States of America

695.  Slavery has been a crime in The United States of America since the  13th amendment was ratified December 6th 1865.

696. In service of a better humanity Amber and Every Girl Counts a Charitable organization.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

Plaintiff, Amber ("Plaintiff") for their complaint against Defendants, For Counts

1-47alleges: 1. HUMAN TRAFFICKING

2.RAPE
3.TORTURE
4 .PREMISES LIABILITY
5.Racketeering and Civil Rico
6. Breach of Written Contract
7 .MALICIOUS PROSECUTION
8. Violation of the Ralph Act
9. Violation of the Mann Act
10.Violation of the civil rights Act 1964
11.Violation Of the Bane Act
12.Violation of Violence Against Women Act
13.Peonage and slavery
14. BAD FAITH
15.Civil Theft
16. Conspiracy
17.Wilful Misconduct
18.Breach of covenant Good faith and fair dealings
19.Breach of Oral contract
20. Civil and Criminal Extortion
21.Possession and Distribution of Child Pornography
22.Violation of Violation of Marcy's law
23.Unjust enrichment
24. Breach Of fiduciary Duty
25.LEGAL MALPRACTICE
26.INTERFERENCE WITH EXISTING CONTRACT-INTENTIONAL
27. Fraud
28.Intentional Infliction of emotional distress
29. Personal injury
30.Violation Of The Women's Rights Act
31. Deceit
32. Negligent Supervision
33. Tortious Interference
34.INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS
35. Ku Klux Klan Act Violations
36.Concealment
37. Violation of the Human Trafficking reauthorization protection Act
38.MONEY HAD AND RECEIVED
39. TRESSPASS TO CHATTLES
40.CONVERSION
41. GROSS NEGLIGENCE
42.VIOLATION OF THE U.S. CONSTITUTION
43.VIOLATION OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS
44. Fraudulent Inducement

45. RACIAL/GENDER  Discrimination
46. STALKING
47. Defamation

   All defendants have harmed and exploited plaintiff to varying degrees see counts One-forty seven  contained in this complaint. All of you defendants know exactly what you are Guilty of.


# JURISDICTION AND VENUE

1.     This Court has jurisdiction over the subject matter of this action pursuant

to the Federal Tort Claims Act (June 25, 1946, ch. 646, Title IV, 60 Stat. 812, "28

U.S.C. Pt.VI Ch.171" and 28 U.S.C. § 1346(b) ("FTCA").

2.     This Court has personal jurisdiction over all the Defendants by virtue of

their transacting, doing, and soliciting business in this District, and because a

substantial part of the relevant events occurred in this District.

Plaintiff,  Amber Doe ("Plaintiff") for their complaint against Defendants,

Michael Lewis Goguen, Sequoia Capital, Two Bear Capital, Two Bear Air, Two Bear

Ranch, Proof research, Michael L. Goguen Trust, Valley Oaks LLC, Diane Doolittle,

Quinn Emanuel And all defendants named and named , alleges:


# THE PARTIES

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

3.    Plaintiff _Amber_ is an individual residing in the City of
Los Angeles, County of Los Angeles, State of California. She has no abode as Goguen,
his lawyers agents, associates  Unlawfully forced Amber into homeless and they have
no remorse for their malicious and evil conduct.

5.    On information and belief, Michael Goguen Resides in Montana,
California Nevada, Delaware, Florida , Massachusetts,Wyoming, New Mexico, Texas,
New York, Washington DC Washington State and Multiple states And internationally. ,
("Sequoia Capital, Two Bear Capital, Two Bear Ranch, Quinn Emanuel ,Rosewood
Hotels doing business under the name of  Sequoia Capital, Two Bear Capital, Two
Bear Ranch, Rosewood Hotels, Quinn Emanuel LLP in the City of Whitefish, Menlo
Park, Redwood City, County of San Mateo, Los Angeles, Whitefish, New York,
Washington DC,San Francisco, State of  California, Montana, Delaware, New
York,Washington,Wyoming Delaware Texas Florida Nevada.


 Defendants do business as a  A Human Trafficker, Venture Capitalist, Bar Owners,
Venture Capital Firm, Hotel, Bar, Law Practice, Media, News, Internet, Law firm.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

6.  On information and belief, defendants Are individuals, corporations, a ProfessionalCorporation, LLCS, Law firms, ("Sequoia Capital, Two Bear, Capital Two Bear Ranch, Rosewood Sand Hill ") is a Corporation duly organized and existing under the laws of the States of  California Montana, Washington, Oregon ,Florida,Wyoming, New York, Delaware,Nevada,Texas,Massachusetts and International Laws, with its principal place of business located in the Cities of Whitefish,

 Los Angeles, New York, Boston, Dallas, Richardson, Naples, Miami, Menlo Park, Atherton, San Jose, Redwood City San Francisco Las Vegas Henderson ,

  Counties of San Mateo, San Francisco, Los Angeles, New York, Flathead, Orange, State of California, Montana, Washington, Oregon , Florida, Wyoming, New York, Delaware, Nevada, Texas, Massachusetts. Defendants are Individuals and Businesses and governments. Plaintiff further alleges that defendant Sequoia Capital, Two bear Capital, Rosewood Hotels, Quinn Emanuel, Glaserweil, Goodwin Procter, Jams Arbitration, Wilson Sonsini Goodrich and Rosati are owned by defendants.

7.      The true names and capacities, whether individual, corporate, or otherwise, of the

Defendants sued as Does 1 through 10,000,000 are unknown to Plaintiff, who, therefore, sues them by such fictitious names. At such time as their true names and capacities have been ascertained, Plaintiff will seek leave of Court to amend this

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

Complaint accordingly. On information and belief, Plaintiff alleges that each of Does 1

through 100 was the agent, representative, or employee of each of the

other Defendants and was acting at all times within the scope of his/her agency or

representative capacity, with the knowledge and consent of the other Defendants, and

that each of Does 1

through 100 are liable to Plaintiff in connection with one or more of the claims sued

upon here and are responsible in some manner for the wrongful acts and conduct

alleged here.


### EXHAUSTION OF REMEDIES

**Amber has had EVERY human right Violated by defendants,     Michael L**

**Goguen Is a serial sexual predator, Serial rapist, pedophile, Stalker, and SEX**

**TRAFFICKER who exploited his wealth and power to fraudulently and forcefully**

**entice young women and teenage girls into**

**engaging in abusive commercial sex acts. Through his recruiters the gang and others  he did**

**this by using Sequoia Capital ,Stanford ,Google and Yahoo as references to make Amber feel**

**safe being in his care, Michael L Goguen persuaded financially vulnerable, Amber under the**

**control Of international organized Crime Syndicate that she would be safe with him and that**

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

he would help her to escape and go to university only to become the most profound abuser and

more exploitive than the gang.


Amber repeatedly told Goguen that She was not a prostitute and that she did not want to have

sex and that this situation was not her fault and he just drugged and rapped her. payments.

Unbeknownst to Plaintiff Goguen was violating women and girls globally. Goguen employed

the term mistress  to

fraudulently lure Plaintiff into his Sex Trafficking Enterprise to sexually Violate Amber Against

her will and Beginning forcing an unsuspecting Amber to watch him masturbate. Forcing her to

watch pornography then forcing  himself on her on an air mattress.

 These purported "opportunities" to earn

money, marketed through the Gang  and Michael Lewis Goguen permanently damaged

Plaintiffs' life Health, Mind  and Career.

The trauma and pain he caused Amber will remain until the date of her death.  No amount of money can restore Amber to her original condition. He and his agents have zero

remorse and continue to violate Amber in every malicious way possible. There is zero way to

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

elucidate or comprehend what has happened and continues to happen, the infliction of

suffering is profound and diabolical.

 Plaintiff remains in indentured servitude to Goguen and the only possible way that she could

earn income for basic life necessities is if she stood on a street corner and prostituted her body.

Plaintiff remains homeless in in the city of Los Angeles where there are no shelter spaces

available to women without minor children she called the cities homeless line 2-1-1 which cites

women are supposed to take a car and sleep in the car in the designated homeless lot provided

by the city. Yet all of the lawyers continue to profit off of their illegal left and exploitation of

plaintiff a victim of child sex trafficking.

The only way for plaintiff to save her from a horrible death is to proceed to trial or commit

suicide.

## PRAYER FOR RELIEF

THEREFORE, Plaintiff prays for judgment against ALL Defendants and each of them as follows:

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

COUNT ONE

**FIRST CLAIM FOR RELIEF: HUMAN TRAFFICKING • The recruitment, harboring, transportation, provision, obtaining, patronizing, or soliciting of a person for the purpose of a commercial sex act (sex trafficking),11 in which a commercial sex act12 is induced by force, fraud, or coercion,13 or in which the person induced to perform such act has not attained 18**

years of age.

**Making false or misleading statements to induce a victim to become involved in prostitution or to remain in prostitution.**

**Taking or keeping a victim's passport or identity papers.**

**Keeping a victim in debt bondage.**

**Using force or threats against either a victim or someone else if the purpose is to make a victim engage in prostitution. Included in this provision are various forms of coercion, such as physical violence, damage to property, and the exposure of secrets that might subject a victim to humiliation or contempt.**

**Providing drugs for the purpose of impairing a victim's judgment.**

**The Universal Declaration of Human Rights lays the theoretical groundwork for international law on human trafficking. It states that all human beings are born free and with inherent and inalienable rights1 without distinction of sex2 and that "[e]veryone has the right to life, liberty, and security of person." 3 Specifically addressing trafficking, it says that "No one shall be held in slavery or servitude;**

slavery and the slave trade shall be prohibited in all their forms."4 While the Declaration of Human Rights has great moral weight, in itself it is not binding on governments. However, a number of international legal instruments require signatory states to combat human trafficking both within their countries and across international borders.

The roots of the modern day anti-trafficking campaign reach back over a hundred years to two separate but related movements: the effort to eliminate slavery, often understood in terms of race-based or ethnically-based slavery, and a parallel effort to combat sex trafficking and prostitution. The first international instruments addressing slavery came out of the 1815 Congress of Vienna, which produced the Declaration Relative to the Universal Abolition of the Slave Trade, addressing the transatlantic slave trade and the institution of slavery in the United States and European colonies.5 Several twentieth century conventions address slavery and the broader issue of forced labor including: the 1926 Slavery Convention, adopted at a time when forced labor was seen as a function of colonialism; the 1930 Forced Labour Convention, which obligated signatory states to neither use forced labor nor tolerate it within their borders; and the 1957 Abolition of Forced Labour Convention, adopted after considerable study, concerned principally with the political uses of compulsory labor.6 All three of these conventions and their definitions of slavery and forced labor remain relevant to international law today.7

In the late nineteenth and early twentieth centuries, abolitionists who had successfully fought the transatlantic slave trade in Africans turned their attention to practices based on gender, often called "white slavery" to distinguish it from race-based slavery. The first international legal instrument that explicitly addressed what is now known as sex trafficking was the International Agreement for the Suppression of the White Slave Traffic of 1904, modified in 1910.[8] This convention states that its purpose is the "effective protection against the criminal traffic known as the White Slave Traffic,"[9] and explicitly links "white slavery" to the institution of prostitution. All of the signatories were European nations. Also limited to trafficking for sexual exploitation, the 1933 International Convention for the Suppression of the Traffic in Women of Full Age called for punishing anyone who "has procured, enticed or led away even with her consent, a woman or girl of full age for immoral purposes to be carried out in another country in order to gratify the passions of another person."[10]

These various agreements and others[11] culminated in the groundbreaking 1949 Convention for the Suppression of the Traffick in Persons and the Exploitation of the Prostitution of Others. The 1949 Convention set the standard for instruments addressing sex trafficking by condemning trafficking and prostitution as "incompatible with the dignity and worth of the human person, endanger[ing] the welfare of the individual, the family, and the community."[12] It advocates punishment for those who engage in "exploitation of the prostitution of persons,"

13 and it calls for signatory nations to take "measures for the prevention of prostitution and for the rehabilitation and social adjustment of the victims."14 Yet another major international legal milestone in the campaign against trafficking was the 1979 Convention on the Elimination of All Forms of Discrimination Against Women (CEDAW), a powerful contemporary tool for addressing human rights violations.15 Adopted by the United Nations in 1979 and ratified by 186 countries (but not to date the United States),16 the Convention seeks to eradicate gender-based discrimination by establishing basic international standards for the treatment of women. CEDAW addresses both sex and labor trafficking. It identifies trafficking in women and exploitation of the prostitution of women as practices of gender inequality and directs States Parties to "take all appropriate measures to suppress all forms of traffic in women and exploitation of prostitution of women."17 Reinforced by the Beijing Platform for Action, adopted at the 1995 global U.N. Women's Conference, CEDAW requires States to take appropriate measures to address the root causes of trafficking in women and girls for prostitution and other forms of commercial sex, forced marriages, and forced labor, including taking actions to strengthen legislation to protect the rights of women and girls and to punish perpetrators.18

The most recent milestone in the international legal effort against human trafficking is the Protocol to Prevent, Suppress and Punish Trafficking in Persons, Especially Women and Children, also known as the Trafficking or the Palermo

Protocol. Unlike many of these earlier treaties, the Trafficking Protocol is not a human rights instrument but part of a larger treaty on organized crime.19 The Trafficking Protocol's reach is extensive. By covering compulsory or forced labor and sex trafficking and by protecting men, women, and children, it tackles the issues addressed in earlier disparate conventions. It advances international legal work against trafficking by establishing a uniform and comprehensive definition of trafficking; creating an obligation on signatory States to prevent, protect, and prosecute trafficking; and promoting international partnerships to combat trafficking. Its inclusive definition of trafficking and the specificity of its obligations make it the most significant international agreement addressing trafficking. The Protocol has 133 State parties, including the United States.

Count One Against Michael lewis Goguen, Sequoia Capital, Two Bear Capital, Two Bear Ranch

FIRST CALIM FOR RELIEF  HUMAN TRAFFICKING VIOLATION OF THE TVPRA AGAINST: Michael lewis Goguen, Sequoia Capital, Two Bear Capital, Two Bear Ranch

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

of  $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from              at 10% per annum from and after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers   Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

# COUNT TWO AGAINST:  MICHAEL LEWIS GOGUEN

**SECOND CLAIM FOR RELIEF: RAPE Michael Lewis Goguen**

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount

of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from              at 10% per annum from and after.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

5      Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6      Such other and further relief as the court may deem just and proper.

# COUNT THREE TORTURE : AGAINST ALL DEFENDANTS

THIRD  **CLAIM FOR RELIEF: TORTURE AGAINST ALL DEFENDANTS.**

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount

of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from           at 10% per annum from and

after.

5      Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6      Such other and further relief as the court may deem just and proper.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

COUNT FOUR PREMISE LIABILITY AGAINST

ROSEWOOD SAND HILL, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO

BEAR RANCH

**FOURTH CLAIM FOR RELIEF: PREMISES LIABILITY**

**AGAINST:** ROSEWOOD SAND HILL, SEQUOIA CAPITAL, TWO BEAR

CAPITAL, TWO BEAR RANCH

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount

of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from              at 10% per annum from and

after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

# COUNT FIVE AGAINST: ALL DEFENDANTS

**FIFTH CLAIM FOR RELIEF: RACKETEERING/ CIVIL RICO AGAINST ALL DEFENDANTS**

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from            at 10% per annum from and after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers    Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

# COUNT SIX **BREACH OF WRITTEN CONTRACT :AGAINST**

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

**MICHAEL LEWIS GOGUEN, RIVERS MORELL, GLASER WEIL, PATRICIA GLASER, JILL BASINGER,  PAOLI AND PURDY, WILLIAM PAOLI, GREGORY BROWN, CHARBANEAU &BROWN,  BISNAR CHASE BRIAN CHASE,  SCOTT RITSIMA, RICHARD SHERMAN, SHERMAN LAW,**

**SIXTH CLAIM FOR RELIEF :BREACH OF WRITTEN CONTRACT AGAINST:  MICHAEL LEWIS GOGUEN, RIVERS MORELL, GLASER WEIL, PATRICIA GLASER, JILL BASINGER,  PAOLI AND PURDY, WILLIAM PAOLI, GREGORY BROWN, CHARBANEAU & BROWN, BISNAR CHASE BRIAN CHASE, SCOTT RITSIMA, RICHARD SHERMAN, SHERMAN LAW,**

1. For general damages in the amount of $ 107,000,000.00;

2. For special damages for medical and related expenses in the amount of   $ 10,000,000.00;

3. For damages for loss earnings in the amount of $ 10,000,000.00;

4   For interest on said damages from                 at 10% per annum from and after.

5   Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6      Such other and further relief as the court may deem just and proper.

# COUNT SEVEN MALICIOUS PROSECUTION AGAINST:

**MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, QUINN EMANUEL URUQHART & SULLIVAN LLP, DIANE DOOLITTLE, JOHN QUINN, BRUCE VAN DALSEM, KYLE BATTER,**

## SEVENTH CLAIM FOR RELIEF AGAINST

## MALICIOUS PROSECUTION: MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, QUINN EMANUEL URQUHART & SULLIVAN LLP DIANE DOOLITTLE, JOHN QUINN, BRUCE VAN DALSEM, KYLE BATTER,

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount

of    $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from              at 10% per annum from and after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers      Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

# COUNT EIGHT AGAINST: **MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, QUINN EMANUEL URQUHART & SULLIVAN LLP DIANE DOOLITTLE, JOHN QUINN, BRUCE VAN DALSEM, KYLE BATTER,**

EIGTH **CLAIM FOR RELIEF: VIOLATION OF THE RALPH ACT AGAINST:**

**MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, QUINN EMANUEL URQUHART & SULLIVAN LLP**

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

**DIANE DOOLITTLE, JOHN QUINN, BRUCE VAN DALSEM, KYLE BATTER,**

1. For general damages in the amount of $ 107,000,000.00;

2. For special damages for medical and related expenses in the amount of   $ 10,000,000.00;

3. For damages for loss earnings in the amount of $ 10,000,000.00;

4. For interest on said damages from                    at 10% per annum from and after.

5. Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6. Such other and further relief as the court may deem just and proper.

# COUNT NINE AGAINST: **MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, QUINN EMANUEL URQUHART & SULLIVAN LLP, DIANE DOOLITTLE, JOHN QUINN, BRUCE VAN DALSEM, KYLE BATTER,**

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

# NINTH CLAIM FOR RELIEF : VIOLATION OF THE MANN ACT AGAINST:

**MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, QUINN EMANUEL URQUHART & SULLIVAN LLP DIANE DOOLITTLE, JOHN QUINN, BRUCE VAN DALSEM, KYLE BATTER,**

1. For general damages in the amount of $ 107,000,000.00;

2. For special damages for medical and related expenses in the amount of   $ 10,000,000.00;

3. For damages for loss earnings in the amount of $ 10,000,000.00;

4 For interest on said damages from              at 10% per annum from and after.

5 Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6 Such other and further relief as the court may deem just and proper.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

COUNT TEN AGAINST: **MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, QUINN EMANUEL URQUHART & SULLIVAN LLP, DIANE DOOLITTLE, JOHN QUINN, BRUCE VAN DALSEM, KYLE BATTER, GOODWIN PROCTER, WILSON SONSINI GOODRICH AND ROSATI.**

TENTH CLAIM FOR RELIEF AGAINST  NEGLIGENT DIRECTION AGAINST:

 **MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, QUINN EMANUEL URQUHART & SULLIVAN LLP, DIANE DOOLITTLE, JOHN QUINN, BRUCE VAN DALSEM, KYLE BATTER, GOODWIN PROCTER, WILSON SONSINI GOODRICH AND ROSATI.**

\

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount of   $ 10,000,000.00;

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from                at 10% per annum from and after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers
     Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

# COUNT ELEVEN AGAINST:  MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, QUINN EMANUEL URQUHART & SULLIVAN LLP, DIANE DOOLITTLE, JOHN QUINN, BRUCE VAN DALSEM, KYLE BATTER,

# ELEVENTH CLAIM FOR RELIEF Violation of THE BANE ACT AGAINST:

**MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, QUINN EMANUEL URQUHART & SULLIVAN LLP,**

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

**DIANE DOOLITTLE, JOHN QUINN, BRUCE VAN DALSEM, KYLE BATTER,**

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount

of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4     For interest on said damages from            at 10% per annum from and

after.

5     Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6     Such other and further relief as the court may deem just and proper.

# COUNT TWELVE AGAINST:  MICHAEL LEWIS GOGUEN,

**SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, QUINN**

**EMANUEL URQUHART & SULLIVAN LLP, DIANE DOOLITTLE, JOHN**

**QUINN, BRUCE VAN DALSEM, KYLE BATTER,**

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

# TWELTH CLAIM FOR RELIEF: Violation of Violence Against Women Act AGAINST:

**MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR**

**RANCH, QUINN EMANUEL URQUHART & SULLIVAN LLP, DIANE DOOLITTLE,**

**JOHN QUINN, BRUCE VAN DALSEM, KYLE BATTER,**

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount

   of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from              at 10% per annum from and

after.


5    Costs of suit herein incurred; Attorneys Fees Security protection officers

      Immediate Shelter


6    Such other and further relief as the court may deem just and proper.


# COUNT THIRTEEN  AGAINST: **MICHAEL LEWIS GOGUEN,**

**SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH,**

# THIRTEENTH CLAIM FOR RELIEF PEONAGE AND

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

# SLAVERY AGAINST:

**MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH**

1.      For general damages in the amount of $ 107,000,000.00;

2.      For special damages for medical and related expenses in the amount

of   $ 10,000,000.00;

3.      For damages for loss earnings in the amount of $ 10,000,000.00;

4       For interest on said damages from              at 10% per annum from and

after.

5       Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6       Such other and further relief as the court may deem just and proper.

# COUNT FOURTEEN AGAINST: ALL DEFENDANTS

# FOURTEENTH CLAIM FOR RELIEF : BAD FAITH AGAINST ALL DEFENDANTS

1.      For general damages in the amount of $ 107,000,000.00;

2.      For special damages for medical and related expenses in the amount

of    $ 10,000,000.00;

3.      For damages for loss earnings in the amount of $ 10,000,000.00;

4       For interest on said damages from            at 10% per annum from and

after.

5       Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6       Such other and further relief as the court may deem just and proper.

# COUNT FIFTEEN AGAINST: QUINN EMANUEL URQUHART &

SULLIVAN  LLP LAW FIRM, GLASER WEIL LAW FIRM, WILLIAM PAOLI,

PAOLI AND PURDY LAW FIRM, NEMECEK AND COLE LAW FIRM, BRIAN

CHASE, SCOTT RITSIMA,, BISNAR CHASE LAW FIRM,,RICHARD SHERMAN,

GREGORY BROWN, BROWN AND CHARBONNEAU LAW FIRM

# FIFTEENTH CLAIM FOR RELIEF AGAINST CIVIL THEFT,

QUINN EMANUEL URQUHART & SULLIVAN  LLP LAW FIRM, GLASER WEIL

LAW FIRM, WILLIAM PAOLI, PAOLI AND PURDY LAW FIRM, NEMECEK

AND COLE LAW FIRM, BRIAN CHASE, SCOTT RITSIMA,, BISNAR CHASE

LAW FIRM,,RICHARD SHERMAN, GREGORY BROWN, BROWN AND

CHARBONNEAU LAW FIRM

1.     For general damages in the amount of $ 107,000,000.00;

2.     For special damages for medical and related expenses in the amount

    of   $ 10,000,000.00;

3.     For damages for loss earnings in the amount of $ 10,000,000.00;

4     For interest on said damages from         at 10% per annum from and

after.

5     Costs of suit herein incurred; Attorneys Fees Security protection officers

    Immediate Shelter

6     Such other and further relief as the court may deem just and proper.

# COUNT SIXTEEN AGAINST ALL DEFENDANTS:

# SIXTEENTH CLAIM FOR RELIEF AGAINST ALL DEFENDANTS: CONSPIRACY

1.      For general damages in the amount of $ 107,000,000.00;

2.      For special damages for medical and related expenses in the amount of   $ 10,000,000.00;

3.      For damages for loss earnings in the amount of $ 10,000,000.00;

4      For interest on said damages from            at 10% per annum from and after.

5      Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6      Such other and further relief as the court may deem just and proper.

# COUNT SEVENTEEN AGAINST : QUINN EMANUEL URQUHART & SULLIVAN  LLP LAW FIRM,  GLASER WEIL LAW FIRM, WILLIAM PAOLI, PAOLI AND PURDY LAW FIRM, NEMECEK AND COLE LAW FIRM, BRIAN

CHASE, SCOTT RITSIMA,, BISNAR CHASE LAW FIRM,,RICHARD SHERMAN,

GREGORY BROWN, BROWN AND CHARBONNEAU LAW FIRM,ANTHONY

MCCUSKER,

GOODWIN PROCTER, LAW FIRM, WILSON SONSINI GOODRICH AND

ROSATI LAW FIRM.


SEVENTEENTH CLAIM FOR RELIEF WILLFUL

MISCONDUCT AGAINST: QUINN EMANUEL URQUHART &

SULLIVAN  LLP LAW FIRM, GLASER WEIL LAW FIRM, WILLIAM PAOLI,

PAOLI AND PURDY LAW FIRM, NEMECEK AND COLE LAW FIRM, BRIAN

CHASE, SCOTT RITSIMA,, BISNAR CHASE LAW FIRM,,RICHARD SHERMAN,

GREGORY BROWN, BROWN AND CHARBONNEAU LAW FIRM,ANTHONY

MCCUSKER,

GOODWIN PROCTER, LAW FIRM, WILSON SONSINI GOODRICH AND

ROSATI LAW FIRM.


1.      For general damages in the amount of $ 107,000,000.00;

2.      For special damages for medical and related expenses in the amount

    of   $ 10,000,000.00;

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from                at 10% per annum from and

after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

# COUNT EIGHTEEN AGAINST: QUINN EMANUEL URQUHART & SULLIVAN  LLP LAW FIRM, GLASER WEIL LAW FIRM, WILLIAM PAOLI, PAOLI AND PURDY LAW FIRM, NEMECEK AND COLE LAW FIRM, BRIAN CHASE, SCOTT RITSIMA,, BISNAR CHASE LAW FIRM, RICHARD SHERMAN, GREGORY BROWN, BROWN AND CHARBONNEAU LAW FIRM, ANTHONY MCCUSKER, GOODWIN PROCTER, LAW FIRM, WILSON SONSINI GOODRICH AND ROSATI LAW FIRM.

# EIGHTEENTH CLAIM FOR RELIEF : BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALINGS

AGAINST: QUINN EMANUEL URQUHART & SULLIVAN  LLP LAW FIRM, GLASER WEIL LAW FIRM, WILLIAM PAOLI, PAOLI AND PURDY LAW FIRM, NEMECEK AND COLE LAW FIRM, BRIAN CHASE, SCOTT RITSIMA,, BISNAR CHASE LAW FIRM,,RICHARD SHERMAN, GREGORY BROWN, BROWN AND CHARBONNEAU LAW FIRM

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount

     of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from              at 10% per annum from and

after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers

     Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

# COUNT NINETEEN AGAINST

QUINN EMANUEL URQUHART & SULLIVAN  LLP LAW FIRM, GLASER WEIL LAW FIRM, WILLIAM PAOLI, PAOLI AND PURDY LAW FIRM, NEMECEK AND COLE LAW FIRM, BRIAN CHASE, SCOTT RITSIMA,, BISNAR CHASE LAW FIRM,,RICHARD SHERMAN, GREGORY BROWN, BROWN AND CHARBONNEAU LAW FIRM,ANTHONY MCCUSKER, GOODWIN PROCTER, LAW FIRM, WILSON SONSINI GOODRICH AND ROSATI LAW FIRM.

# NINETEENTH CLAIM FOR RELIEF AGAINST :BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALINGS

AGAINST QUINN EMANUEL URQUHART & SULLIVAN  LLP LAW FIRM, GLASER WEIL LAW FIRM, WILLIAM PAOLI, PAOLI AND PURDY LAW FIRM, NEMECEK AND COLE LAW FIRM, BRIAN CHASE, SCOTT RITSIMA,, BISNAR CHASE LAW FIRM,,RICHARD SHERMAN, GREGORY BROWN, BROWN AND CHARBONNEAU LAW FIRM

1.  For general damages in the amount of $ 107,000,000.00;

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

2.      For special damages for medical and related expenses in the amount

of    $ 10,000,000.00;

3.      For damages for loss earnings in the amount of $ 10,000,000.00;

4      For interest on said damages from                at 10% per annum from and

after.

5      Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6      Such other and further relief as the court may deem just and proper.

# COUNT TWENTY AGAINST: MICHAEL LEWIS GOGUEN, SEQUOIA

CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, QUINN EMANUEL

URQUHART & SULLIVAN  LLP LAW FIRM, GLASER WEIL LAW FIRM,

WILLIAM PAOLI, PAOLI AND PURDY LAW FIRM

# TWENTIETH CLAIM FOR RELIEF : EXTORTION

# AGAINST:  MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR

COMPLAINT FOR HUMAN TRAFFICKING,  NEGLIGENCE,  RAPE,CONSPIRACY,  PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION,  LEGAL MALPRACTICE

CAPITAL, TWO BEAR RANCH, QUINN EMANUEL URQUHART & SULLIVAN LLP LAW FIRM, GLASER WEIL LAW FIRM, WILLIAM PAOLI, PAOLI AND PURDY LAW FIRM

1.   For general damages in the amount of $ 107,000,000.00;

    2.   For special damages for medical and related expenses in the amount of   $ 10,000,000.00;

    3.   For damages for loss earnings in the amount of $ 10,000,000.00;

    4   For interest on said damages from              at 10% per annum from and after.

    5   Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

    6   Such other and further relief as the court may deem just and proper.

## COUNT TWENTY ONE AGAINST: QUINN EMANUEL URQUHART & SULLIVAN  LLP LAW FIRM, GLASER WEIL LAW FIRM, WILLIAM PAOLI, PAOLI AND PURDY LAW FIRM, NEMECEK AND COLE LAW FIRM

TWENTY FIRST CLAIM FOR RELIEF: UNFAIR COMPETITION VIOLATION OF PUBLIC POLICY: AGAINST QUINN EMANUEL URQUHART & SULLIVAN  LLP

LAW FIRM, GLASER WEIL LAW FIRM, WILLIAM PAOLI, PAOLI AND PURDY LAW FIRM, NEMECEK AND COLE LAW FIRM

# TWENTY FIRST CLAIM FOR RELIEF POSSESSION AND DISTRIBUTION OF CHILD PORNOGRAPHY AGAINST:

QUINN EMANUEL URQUHART & SULLIVAN  LLP LAW FIRM, GLASER WEIL LAW FIRM, WILLIAM PAOLI, PAOLI AND PURDY LAW FIRM, NEMECEK AND COLE LAW FIRM

TWENTY FIRST CLAIM FOR RELIEF: UNFAIR COMPETITION VIOLATION OF PUBLIC POLICY: AGAINST QUINN EMANUEL URQUHART & SULLIVAN  LLP LAW FIRM, GLASER WEIL LAW FIRM, WILLIAM PAOLI, PAOLI AND PURDY LAW FIRM, NEMECEK AND COLE LAW FIRM

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount of    $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

4       For interest on said damages from          at 10% per annum from and after.

5       Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6       Such other and further relief as the court may deem just and proper.

# COUNT TWENTY TWO AGAINST MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, QUINN EMANUEL URQUHART & SULLIVAN LLP LAW FIRM, MICHAEL STRICKLAND, STRICK AND COMPANY,

# TWENTY SECOND CLAIM FOR RELIEF: VIOLATION OF MARCYS LAW AGAINST:

MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, QUINN EMANUEL URQUHART & SULLIVAN LLP LAW FIRM, MICHAEL STRICKLAND, STRICK AND COMPANY,

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

1.    For general damages in the amount of $ 107,000,000.00;

    2.    For special damages for medical and related expenses in the amount

        of   $ 10,000,000.00;

    3.    For damages for loss earnings in the amount of $ 10,000,000.00;

    4    For interest on said damages from           at 10% per annum from and

after.

    5    Costs of suit herein incurred; Attorneys Fees Security protection officers

        Immediate Shelter

    6    Such other and further relief as the court may deem just and proper.

COUNT TWENTY THREE:  AGAINST QUINN EMANUEL URQUART &

SULLIVAN LLP, JAMS ARBITRATION, READ AMBLER, WILSON SONSINI

GOODRICH AND ROSATI, GOODWIN PROCTER, NEMECK AND COLE,

SHERMAN LAW, GLASER WEIL, PAOLI AND PURDY, BISNAR CHASE,

RIVERS MORELL,

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

DIANE DOOLITTLE, ANTHONY MCCUSKER, PATRICIA GLASER, JILL

BASINGER, WILLIAM PAOLI,RYAN BAKER, MICHAEL STRICKLAND,

STRICK AND COMPANY, CHRIS REYNOLDS, BRIAN NASH, MICHAEL

FEENBERG, MICHAEL MCCARTHY,MARK SCHAEFFER, WILLIAM PAOLI,

RYAN BAKER, MICHAEL STRICKLAND, CHRIS REYNOLDS, MICHAEL

FREDRICK GRADY, BRUCE ERIC VAN DALSEUM, JOHN QUINN, KATHLEEN

SULLIVAN,CHRISTOPHER TAYBAK,WILLIAM.C.PRICE,MARK

HOLSHER,SUONG NGUYEN, JOSEPH SARLES, MEGAN M KERR, PATRICK

DOOLITTLE, MARGARET CARUSO, MICHAEL LIFRACK, SARA POLLACK,

DAVID KLEIN, KIRKLAND& ELLIS LLP, JOHNATHAN B COLE, FRANK

NEMECEK, MARSHALL COLE, MICHAEL MCCARTHY, JOSEPH W SCOTT,

ALEX GERBI, TED GREENO, AIDEN O'ROURKE

TWENTY THIRD CLAIM FOR RELIEF  UNJUST

ENRICHMENT AGAINST:  QUINN EMANUEL URQUART &

SULLIVAN LLP, JAMS ARBITRATION, READ AMBLER, WILSON SONSINI

GOODRICH AND ROSATI, GOODWIN PROCTER, NEMECK AND COLE,

SHERMAN LAW, GLASER WEIL, PAOLI AND PURDY, BISNAR CHASE,

RIVERS MORELL,

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

DIANE DOOLITTLE, ANTHONY MCCUSKER, PATRICIA GLASER, JILL

BASINGER, WILLIAM PAOLI,RYAN BAKER, MICHAEL STRICKLAND,

STRICK AND COMPANY, CHRIS REYNOLDS, BRIAN NASH, MICHAEL

FEENBERG, MICHAEL MCCARTHY,MARK SCHAEFFER, WILLIAM PAOLI,

RYAN BAKER, MICHAEL STRICKLAND, CHRIS REYNOLDS, MICHAEL

FREDRICK GRADY, BRUCE ERIC VAN DALSEUM, JOHN QUINN, KATHLEEN

SULLIVAN,CHRISTOPHER TAYBAK,WILLIAM.C.PRICE,MARK

HOLSHER,SUONG NGUYEN, JOSEPH SARLES, MEGAN M KERR, PATRICK

DOOLITTLE, MARGARET CARUSO, MICHAEL LIFRACK, SARA POLLACK,

DAVID KLEIN, KIRKLAND& ELLIS LLP, JOHNATHAN B COLE, FRANK

NEMECEK, MARSHALL COLE, MICHAEL MCCARTHY, JOSEPH W SCOTT,

ALEX GERBI, TED GREENO, AIDEN O'ROURKE

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount

        of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from            at 10% per annum from and

after.

5       Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6       Such other and further relief as the court may deem just and proper.

# COUNT TWENTY FOUR BREACH OF FIDUCIARY DUTY:

GLASER WEIL, PATRICIA GLASER, JILL BASINGER, RIVERS MORELL, GREGORY BROWN, BROWN & CHARBONNEAU, WILLIAM PAOLI, PAOLI AND PURDY, BISNAR CHASE, BRIAN CHASE SCOTT RITSIMA, JAMS ARBITRATION, READ AMBLER, RICHARD SHERMAN, SHERMAN LAW

# TWENTY FOURTH CLAIM FOR RELIEF  BREACH OF FIDUCIARY DUTY AGAINST: GLASER WEIL PATRICIA GLASER, JILL BASINGER, RIVERS MORELL, GREGORY BROWN, BROWN & CHARBONNEAU, WILLIAM PAOLI, PAOLI AND PURDY, BISNAR CHASE, BRIAN CHASE SCOTT RITSIMA, RICHARD SHERMAN, SHERMAN LAW

1.      For general damages in the amount of $ 107,000,000.00;

2.      For special damages for medical and related expenses in the amount

of   $ 10,000,000.00;

3.      For damages for loss earnings in the amount of $ 10,000,000.00;

4       For interest on said damages from              at 10% per annum from and

after.

5       Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6       Such other and further relief as the court may deem just and proper.

# COUNT TWENTY FIVE AGAINST:  GLASER WEIL PATRICIA

GLASER, JILL BASINGER, RIVERS MORELL, GREGORY BROWN, BROWN &

CHARBONNEAU, WILLIAM PAOLI, PAOLI AND PURDY, BISNAR CHASE,

BRIAN CHASE SCOTT RITSIMA, JAMS ARBITRATION, READ AMBLER,

RICHARD SHERMAN, SHERMAN LAW, QUINN EMANUEL URQUART &

SULLIVAN LLP, JOHN QUINN, DIANE DOOLITTLE, KYLE BATTER BRUCE

VAN DALSEM

COMPLAINT FOR HUMAN TRAFFICKING,  NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

TWENTY FIFTH CLAIM FOR RELIEF : LEGAL MALPRACTICE :  GLASER WEIL PATRICIA GLASER, JILL BASINGER, RIVERS MORELL, GREGORY BROWN, BROWN & CHARBANEAU, WILLIAM PAOLI, PAOLI AND PURDY, BISNAR CHASE, BRIAN CHASE SCOTT RITSIMA, JAMS ARBITRATION, READ AMBLER, RICHARD SHERMAN, SHERMAN LAW, QUINN EMANUEL URQUART & SULLIVAN LLP, JOHN QUINN, DIANE DOOLITTLE, KYLE BATTER BRUCE VAN DALSEM

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from            at 10% per annum from and after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

# COUNT TWENTY SIX  AGAINST: QUINN EMANUEL URQUART & SULLIVAN LLP, DIANE DOOLITTLE

# TWENTY SIXTH CLAIM FOR RELIEF : INTERFERENCE WITH EXISTING CONTRACT-INTENTIONAL AGAINST: QUINN EMANUEL URQUART & SULLIVAN LLP, DIANE DOOLITTLE

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from             at 10% per annum from and after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers    Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

COUNT TWENTY SEVEN AGAINST ALL DEFENDANTS:

TWENTY SEVENTH CLAIM FOR RELIEF : FRAUD

AGAINST ALL DEFENDANTS:

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount

of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from            at 10% per annum from and

after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

# COUNT TWENTY EIGHT AGAINST: MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, GLASER WEIL, PATRICIA GLASER, JILL BASINGER, RIVERS MORELL, GREGORY BROWN, BROWN & CHARBONNEAU, WILLIAM PAOLI, PAOLI AND PURDY, BISNAR CHASE, BRIAN CHASE SCOTT RITSIMA, JAMS ARBITRATION, READ AMBLER, RICHARD SHERMAN, SHERMAN LAW, QUINN EMANUEL URQUART & SULLIVAN LLP, JOHN QUINN, DIANE DOOLITTLE, KYLE BATTER BRUCE VAN DALSEM,

# TWENTY EIGHTH CLAIM FOR RELIEF:. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST:

MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH,  GLASER WEIL, PATRICIA GLASER, JILL BASINGER, RIVERS MORELL, GREGORY BROWN, BROWN & CHARBONNEAU, WILLIAM PAOLI, PAOLI AND PURDY, BISNAR CHASE, BRIAN CHASE SCOTT RITSIMA, JAMS ARBITRATION, READ AMBLER, RICHARD SHERMAN, SHERMAN LAW, QUINN EMANUEL URQUART & SULLIVAN LLP, JOHN QUINN, DIANE DOOLITTLE, KYLE BATTER BRUCE VAN DALSEM, JAMS ARBITRATION, READ AMBLER

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount

      of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4     For interest on said damages from              at 10% per annum from and

after.

5     Costs of suit herein incurred; Attorneys Fees Security protection officers

         Immediate Shelter

6     Such other and further relief as the court may deem just and proper.

# COUNT TWENTY NINE:  AGAINST: ALL DEFENDANTS

# TWENTY NINTH CLAIM FOR RELIEF:.PERSONAL

# INJURY AGAINST: ALL DEFENDANTS

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount of  $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from        at 10% per annum from and after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

# COUNT THIRTY AGAINST: MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, GLASER WEIL, PATRICIA GLASER, JILL BASINGER, RIVERS MORELL, GREGORY BROWN, BROWN & CHARBONNEAU, WILLIAM PAOLI, PAOLI AND PURDY, BISNAR CHASE, BRIAN CHASE SCOTT RITSIMA, JAMS ARBITRATION, READ AMBLER, RICHARD SHERMAN, SHERMAN LAW, QUINN EMANUEL URQUART & SULLIVAN LLP, JOHN QUINN, DIANE DOOLITTLE, KYLE BATTER BRUCE VAN DALSEM.

THIRTIETH  CLAIM FOR RELIEF:   VIOLATION OF THE WOMENS RIGHTS ACT AGAINST MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH,  GLASER WEIL, PATRICIA GLASER, JILL BASINGER, RIVERS MORELL, GREGORY BROWN, BROWN & CHARBONNEAU, WILLIAM PAOLI, PAOLI AND PURDY, BISNAR CHASE, BRIAN CHASE SCOTT RITSIMA, JAMS ARBITRATION, READ AMBLER, RICHARD SHERMAN, SHERMAN LAW, QUINN EMANUEL URQUART & SULLIVAN LLP, JOHN QUINN, DIANE DOOLITTLE, KYLE BATTER BRUCE VAN DALSEM, JAMS ARBITRATION, READ AMBLER

1.     For general damages in the amount of $ 107,000,000.00;

2.     For special damages for medical and related expenses in the amount of   $ 10,000,000.00;

COMPLAINT FOR HUMAN TRAFFICKING,  NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION,  LEGAL MALPRACTICE

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from                at 10% per annum from and

after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

# COUNT THIRTY ONE AGAINST: MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH,  GLASER WEIL, PATRICIA GLASER, JILL BASINGER, RIVERS MORELL, GREGORY BROWN, BROWN & CHARBONNEAU, WILLIAM PAOLI, PAOLI AND PURDY, BISNAR CHASE, BRIAN CHASE SCOTT RITSIMA, JAMS ARBITRATION, READ AMBLER, RICHARD SHERMAN, SHERMAN LAW, QUINN EMANUEL URQUART & SULLIVAN LLP, JOHN QUINN, DIANE DOOLITTLE, KYLE BATTER BRUCE VAN DALSEM.

# THIRTY FIRST CLAIM FOR RELIEF  DECIET  AGAINST:

# MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO

BEAR CAPITAL, TWO BEAR CAPITAL, TWO BEAR

RANCH,  GLASER WEIL, PATRICIA GLASER, JILL

BASINGER, RIVERS MORELL, GREGORY BROWN,

BROWN & CHARBONNEAU, WILLIAM PAOLI, PAOLI

AND PURDY, BISNAR CHASE, BRIAN CHASE SCOTT

RITSIMA, JAMS ARBITRATION, READ AMBLER,

RICHARD SHERMAN, SHERMAN LAW, QUINN

EMANUEL URQUART & SULLIVAN LLP, JOHN QUINN,

DIANE DOOLITTLE, KYLE BATTER BRUCE VAN

DALSEM.

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount

of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from            at 10% per annum from and

after.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

5     Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6     Such other and further relief as the court may deem just and proper.

# COUNT THIRTY TWO AGAINST: SEQUOIA CAPITAL, JAMS ARBITRATION, QUINN EMANUEL UQUHART & SULLIVAN LLP, GLASER WEIL, BISNAR CHASE, SHERMAN LAW, NEMECEK AND COLE, PAOLI AND PURDY, BROWN AND CHARBONNEAU

# THIRTY SECOND CLAIM FOR RELIEF: NEGLIGENT SUPERVISION AGAINST: SEQUOIA CAPITAL, JAMS ARBITRATION, QUINN EMANUEL UQUHART & SULLIVAN LLP, GLASER WEIL, BISNAR CHASE, SHERMAN LAW, NEMECEK AND COLE, PAOLI AND PURDY, BROWN AND CHARBONNEAU

1.     For general damages in the amount of $ 107,000,000.00;

2.     For special damages for medical and related expenses in the amount

of   $ 10,000,000.00;

3.     For damages for loss earnings in the amount of $ 10,000,000.00;

4      For interest on said damages from           at 10% per annum from and after.

5      Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6      Such other and further relief as the court may deem just and proper.

# COUNT THIRTY THREE AGAINST: QUINN EMANUEL URQUHART & SULLIVAN, JOHN QUINN, BRUCE VAN DALSEM, DIANE DOOLITTLE

# THIRTY THIRD CLAIM FOR RELIEF AGAINST

# TORTIOUS INTERFERENCE: QUINN EMANUEL URQUHART & SULLIVAN, JOHN QUINN, BRUCE VAN DALSEM, DIANE DOOLITTLE

1.     For general damages in the amount of $ 107,000,000.00;

2.     For special damages for medical and related expenses in the amount of $ 10,000,000.00;

3.     For damages for loss earnings in the amount of $ 10,000,000.00;

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

4    For interest on said damages from                at 10% per annum from and after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers
     Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

# COUNT THIRTY FOUR AGAINST: QUINN EMANUEL URQUHART & SULLIVAN, JOHN QUINN, BRUCE VAN DALSEM, DIANE DOOLITTLE

# THIRTY FOURTH CLAIM FOR RELIEF:INTENTIONAL INTERFERENCE WITH ECONOMIC RELATIONS AGAINST QUINN EMANUEL URQUHART & SULLIVAN, JOHN QUINN, BRUCE VAN DALSEM, DIANE DOOLITTLE

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount

      of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4     For interest on said damages from              at 10% per annum from and

after.


5     Costs of suit herein incurred; Attorneys Fees Security protection officers

       Immediate Shelter


6     Such other and further relief as the court may deem just and proper.


COUNT THIRTY FIVE AGAINST: ALL PARTIES

THIRTY FIFTH CLAIM FOR RELIEF: VIOLATION OF THE

Ku Klux Klan Act AGAINST ALL PARTIES

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

1. For general damages in the amount of $ 107,000,000.00;

2. For special damages for medical and related expenses in the amount of  $ 10,000,000.00;

3. For damages for loss earnings in the amount of $ 10,000,000.00;

4 For interest on said damages from                at 10% per annum from and after.

5 Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6 Such other and further relief as the court may deem just and proper.

# COUNT THIRTY SIX AGAINST MICHAEL LEWIS GOGUEN, QUINN EMANUEL, DIANE DOOLITTLE , BRUCE VAN DALSEM, JOHN QUINN, GLASER WEIL, PATRICIA GLASER, JILL BASINGER

# THIRTY SIXTH CLAIM FOR RELIEF:.CONCEALMENT AGAINST:  MICHAEL LEWIS GOGUEN, QUINN EMANUEL, DIANE

DOOLITTLE , BRUCE VAN DALSEM, JOHN QUINN, GLASER WEIL, PATRICIA GLASER, JILL BASINGER

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from           at 10% per annum from and after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

# COUNT THIRTY SEVEN AGAINST: ALL PARTIES

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

# THIRTY SEVENTH CLAIM FOR RELIEF VIOLATION OF THE HUMAN TRAFFICKING AUTHORIZATION ACT:

AGAINST ALL PARTIES

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from            at 10% per annum from and after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

# COUNT THIRTY EIGHT AGAINST: GLASER WEIL, PATRICIA GLASER, JILL BASINGER, RIVERS MORELL, GREGORY BROWN, BROWN & CHARBONNEAU, WILLIAM PAOLI, PAOLI AND PURDY, BISNAR CHASE, BRIAN CHASE SCOTT RITSIMA, JAMS ARBITRATION, READ AMBLER,

RICHARD SHERMAN, SHERMAN LAW, QUINN EMANUEL URQUART & SULLIVAN LLP, JOHN QUINN, DIANE DOOLITTLE, KYLE BATTER BRUCE VAN DALSEM.

THIRTY EIGTH CLAIM FOR RELIEF: MONEY HAD AND RECEIVED: GLASER WEIL, PATRICIA GLASER, JILL BASINGER, RIVERS MORELL, GREGORY BROWN, BROWN & CHARBONNEAU, WILLIAM PAOLI, PAOLI AND PURDY, BISNAR CHASE, BRIAN CHASE SCOTT RITSIMA, JAMS ARBITRATION, READ AMBLER, RICHARD SHERMAN, SHERMAN LAW, QUINN EMANUEL URQUART & SULLIVAN LLP, JOHN QUINN, DIANE DOOLITTLE, KYLE BATTER BRUCE VAN DALSEM.

1.      For general damages in the amount of $ 107,000,000.00;

2.      For special damages for medical and related expenses in the amount of   $ 10,000,000.00;

3.      For damages for loss earnings in the amount of $ 10,000,000.00;

4       For interest on said damages from                 at 10% per annum from and after.

5       Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

- 233 -

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

6    Such other and further relief as the court may deem just and proper.

# COUNT THIRTY NINE AGAINST: MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, QUINN EMANUEL URQUHART & SULLIVAN, CHRISTOPHER REYNOLDS, ESTATE OF DAVID FECHEIMER, TWO BEAR CAPITAL, TWO BEAR RANCH

# THIRTY NINTH CLAIM FOR RELIEF: TRESPASS TO CHATTLES AGAINST: MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, QUINN EMANUEL URQUHART & SULLIVAN, CHRISTOPHER REYNOLDS, ESTATE OF DAVID FECHEIMER, TWO BEAR CAPITAL, TWO BEAR RANCH

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from            at 10% per annum from and after.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

5      Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6      Such other and further relief as the court may deem just and proper.

# COUNT FORTY AGAINST: GLASER WEIL, PATRICIA GLASER, JILL BASINGER, RIVERS MORELL, GREGORY BROWN, BROWN & CHARBONNEAU, WILLIAM PAOLI, PAOLI AND PURDY, BISNAR CHASE, BRIAN CHASE SCOTT RITSIMA, JAMS ARBITRATION, READ AMBLER, RICHARD SHERMAN, SHERMAN LAW, QUINN EMANUEL URQUART & SULLIVAN LLP, JOHN QUINN, DIANE DOOLITTLE, KYLE BATTER BRUCE VAN DALSEM.

# FORTIETH CLAIM FOR RELIEF CONVERSION AGAINST:

GLASER WEIL, PATRICIA GLASER, JILL BASINGER, RIVERS MORELL, GREGORY BROWN, BROWN & CHARBONNEAU, WILLIAM PAOLI, PAOLI AND PURDY, BISNAR CHASE, BRIAN CHASE SCOTT RITSIMA, JAMS ARBITRATION, READ AMBLER, RICHARD SHERMAN, SHERMAN LAW,

QUINN EMANUEL URQUART & SULLIVAN LLP, JOHN QUINN, DIANE DOOLITTLE, KYLE BATTER BRUCE VAN DALSEM.

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from             at 10% per annum from and after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers
     Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

# COUNT FORTY ONE AGAINST:  GLASER WEIL, PATRICIA

GLASER, JILL BASINGER, RIVERS MORELL, GREGORY BROWN, BROWN &

CHARBONNEAU, WILLIAM PAOLI, PAOLI AND PURDY, BISNAR CHASE,

BRIAN CHASE SCOTT RITSIMA, RICHARD SHERMAN, SHERMAN LAW,

QUINN EMANUEL URQUART & SULLIVAN LLP, JOHN QUINN, DIANE

DOOLITTLE, KYLE BATTER BRUCE VAN DALSEM.

## FORTY FIRST CLAIM FOR RELIEF : GROSS NEGLIGENCE

AGAINST SEQUOIA CAPITAL, GLASER WEIL, PATRICIA GLASER, JILL

BASINGER, RIVERS MORELL, GREGORY BROWN, BROWN &

CHARBONNEAU, WILLIAM PAOLI, PAOLI AND PURDY, BISNAR CHASE,

BRIAN CHASE

SCOTT RITSIMA, RICHARD SHERMAN, SHERMAN LAW, QUINN EMANUEL

URQUART & SULLIVAN LLP, JOHN QUINN, DIANE DOOLITTLE, KYLE

BATTER BRUCE VAN DALSEM,


1.     For general damages in the amount of $ 107,000,000.00;

2.     For special damages for medical and related expenses in the amount

       of   $ 10,000,000.00;

3.     For damages for loss earnings in the amount of $ 10,000,000.00;

4     For interest on said damages from          at 10% per annum from and

after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

# COUNT FORTY TWO AGAINST: MICHAEL GOGUEN, SEQUOIA CAPITAL, WILSON SONSINI GOODRICH AND ROSATI, QUINN EMANUEL URQUHART & SULLIVAN, GOODWIN PROCTER.

# FORTY SECOND CLAIM FOR RELIEF: VIOLATION OF THE UNITED STATES CONSTITUTION AGAINST: MICHAEL GOGUEN, SEQUOIA CAPITAL, WILSON SONSINI GOODRICH AND ROSATI, QUINN EMANUEL URQUHART & SULLIVAN, GOODWIN PROCTER.

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount

of   $ 10,000,000.00;

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

3.      For damages for loss earnings in the amount of $ 10,000,000.00;

4       For interest on said damages from              at 10% per annum from and after.

5       Costs of suit herein incurred; Attorneys Fees Security protection officers

         Immediate Shelter

6       Such other and further relief as the court may deem just and proper.

## COUNT FORTY THREE : AGAINST ALL DEFENDANTS

## FORTY THIRD CLAIM FOR RELIEF: VIOLATION OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS AGAINST: AGAINST ALL DEFENDANTS

1.      For general damages in the amount of $ 107,000,000.00;

2.      For special damages for medical and related expenses in the amount of   $ 10,000,000.00;

3.      For damages for loss earnings in the amount of $ 10,000,000.00;

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

4      For interest on said damages from                at 10% per annum from and after.

5      Costs of suit herein incurred; Attorneys Fees Security protection officers Immediate Shelter

6      Such other and further relief as the court may deem just and proper.

# COUNT FORTY FOUR AGAINST: MICHAEL LEWIS GOGUEN, DIANE DOOLITTLE, ANTHONY MCCUSKER, GOODWIN PROCTER, WILSON SONSINI GOODRICH AND ROSATI, PATRICIA GLASER, GLASER WEIL, JILL BASINGER, GREGORY BROWN, RIVERS MORELL, BROWN AND CHARBONNEAU, WILLIAM PAOLI, RICHARD SHERMAN, BRIAN CHASE, BISNAR CHASE, PAOLI AND PURDY,

# FORTY FORTH CLAIM FOR RELIEF FRAUDULENT INDUCEMENT AGAINST: MICHAEL LEWIS GOGUEN, DIANE DOOLITTLE, ANTHONY MCCUSKER, GOODWIN PROCTER, WILSON SONSINI GOODRICH AND ROSATI, PATRICIA GLASER, GLASER WEIL, JILL BASINGER, GREGORY BROWN, RIVERS MORELL, BROWN AND

CHARBONNEAU, WILLIAM PAOLI, RICHARD SHERMAN, BRIAN CHASE,

BISNAR CHASE, PAOLI AND PURDY,

1.     For general damages in the amount of $ 107,000,000.00;

2.     For special damages for medical and related expenses in the amount

       of    $ 10,000,000.00;

3.     For damages for loss earnings in the amount of $ 10,000,000.00;

4      For interest on said damages from              at 10% per annum from and

after.

5      Costs of suit herein incurred; Attorneys Fees Security protection officers

       Immediate Shelter

6      Such other and further relief as the court may deem just and proper.

# COUNT FORTY FIVE : AGAINST ALL DEFENDANTS

# FORTY FIFTH CLAIM FOR RELIEF: RACIAL/GENDER

DISCRIMINATION : AGAINST ALL DEFENDANTS

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

COUNT FORTY SIX AGAINST MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, CHRISTOPHER REYNOLDS, ESTATE OF DAVID FECHEIMER, DIANE DOOLITTLE, BRUCE VAN DALSEM, KYLE BATTER, JOHN QUINN,  QUINN EMANUEL URQUART & SULLIVAN LLP

FORTY SIXTH CLAIM FOR RELIEF STALKING: AGAINST MICHAEL LEWIS GOGUEN, SEQUOIA CAPITAL, TWO BEAR CAPITAL, TWO BEAR RANCH, CHRISTOPHER REYNOLDS, ESTATE OF DAVID FECHEIMER, DIANE DOOLITTLE, BRUCE VAN DALSEM, KYLE BATTER, JOHN QUINN,  QUINN EMANUEL URQUART & SULLIVAN LLP

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from              at 10% per annum from and after.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

5      Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6      Such other and further relief as the court may deem just and proper.

# COUNT FORTY SEVEN DEFAMATION AGAINST: MICHAEL

LEWIS GOGUEN, JAMIE STEPHENSON, SEQUOIA CAPITAL, TWO BEAR

CAPITAL,  QUINN EMANUEL URQUART & SULLIVAN LLP, JOHN QUINN,

DIANE DOOLITTLE, KYLE BATTER, BRUCE VAN DALSEM, BLOOMBERG

GROUP OF COMPANIES, THE NEW YORK POST, NEW YORK MAGAZINE,

MSNBC, VOX MEDIA, RUPERT MURDOCH

# FORTY SEVENTH CLAIM FOR RELIEF AGAINST: MICHAEL

LEWIS GOGUEN, JAMIE STEPHENSON, SEQUOIA CAPITAL, TWO BEAR

CAPITAL, TWO BEAR RANCH, QUINN EMANUEL URQUART & SULLIVAN

LLP, JOHN QUINN, DIANE DOOLITTLE, KYLE BATTER, BRUCE VAN

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, BAD FAITH, MALICIOUS PROSECUTION, DEFAMATION, LEGAL MALPRACTICE

DALSEM, BLOOMBERG GROUP OF COMPANIES,THE NEW YORK POST,

NEW YORK MAGAZINE, MSNBC, VOX MEDIA, RUPERT MURDOCH

1.    For general damages in the amount of $ 107,000,000.00;

2.    For special damages for medical and related expenses in the amount

of   $ 10,000,000.00;

3.    For damages for loss earnings in the amount of $ 10,000,000.00;

4    For interest on said damages from              at 10% per annum from and

after.

5    Costs of suit herein incurred; Attorneys Fees Security protection officers

Immediate Shelter

6    Such other and further relief as the court may deem just and proper.

CONCLUSION AND DAMAGES

As a direct result of the HUMAN TRAFFICKING SEXUAL, ASSAULT, STALKING
CONSPIRACY TO OBSTRUCT JUSTICE by Goguen, Plaintiff has
suffered, and continues to suffer, from psychological damages, including, but not
limited to, depression, anxiety, anger, flashbacks, and nightmares Complex Post
traumatic Stress Disorder, physical pain and suffering homelessness.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

Plaintiff also suffered psychological trauma affecting several areas of her  life, including but not limited to their personality, self-esteem, sexuality, relationships, and career.
Further, for the undetermined future, Plaintiff must relive her sexual assault everyday due to the inescapable coverage of Goguen's federal criminal sex trafficking and payments the the media to falsify the narrative.

Moreover,  Plaintiffs psychological and physiological damages have been debilitating, and have prevented her from understanding and asserting her legal rights. Her own lawyers degraded her and violated her rights,  Law enforcement and Multiple State and Federal Judges trampled upon her rights in a criminal capacity. Additionally, Plaintiff  has feared and has been intimidated by Goguen, Goguens Prostitutes, Goguens employees, Sequoia Capital, Goguens Two Bear Ranch, Two bear Capital and their agents, law enforcement and Goguen lawyers and all the men hired to stalk and murder Amber,

Goguens wealth, his close connections to  Corrupt powerful people, Goguens Corrupt law firms Sequoia's Corrupt Law Firms and their connections and back scratching, quid pro quo antics and claims to be the most feared law firm in the world when in fact these lawyers are criminals and not good lawyers simply breaking the law and perverting the course of justice on belief of serial rapists these people are vulgarians of the ENTH degree.

Because of Goguen, Sequoia Capital and Quinn Emanuels criminal misconduct and conspiracy against Amber she is forced to face this alone and represent herself as they tamper with every lawyer Amber hires.


PLAINTIFF SPECIFICALLY REQUESTS THE COURT GRANT HER RELIEF UNDER Violation of The Trafficking Victims Protection Act 18 U.S.C. §1591

Plaintiffs repeat and re-allege each and every allegation as set forth in the preceding paragraphs as if set forth in full herein.
Michal Lewis Goguen recruited and enticed Plaintiff by initiating a an abusive commercial sexual
relationship with her. Through her traffickers The Gang, Roe, Goguen invited and recruited
Plaintiff to be his friend in exchange for education and safety from the gang.
the Education safety of money being of

value to the Plaintiff.  A meeting with a wealthy man like Goguen was also of considerable value for a victim of human trafficking. Amber was not hunting for a Sugar Daddy she was a teenage victim of Gang Crime.

   Goguen knew this and exploited her further in every way his deviant mind could come up with. He told her repeatedly he loved her( A Thing) so he was keeping her in an emotion cage. Those are Goguens very worlds not Ambers. If that was the least he did to Amber it would be extremely damaging.
 Based upon the representations by Goguen these invitations
reasonably led Plaintiff to believe there may be freedom from the slavery exploitation and sexual abuse.  Plaintiff reasonably relied upon the monetary promises the contract Goguen and his lawyers legal and financial advice and understood that her identity would be protected under the personal injury settlement agreement (contract).

   When Amber signed the contract that she wrote Goguen nor his agents informed Amber that should Goguen breach the contract Amber would have to proceed to trial no longer as Jane Doe to protect her from the gang.


     ONLY ONE of the thousands of wrong doings by Goguen, Sequoia and their agents.
 All of Goguens fraudulent and enticing offers for
harmless dinner turned into a now 22 year nightmare, a living hell.


 Goguen  knew that he would engage in fraudulent Drugging and raping Amber and luring her into Goguen Sex enterprise as his sex slave.
Goguen Knew her would convert Ambers naivety and innocence into rape and sexual slavery.
 Once he knowingly recruited and lured her with the idea that she could gain her freedom and that he loved her and wanted her to be free from slavery and enticed Plaintiff to appear at
His hotels which the are essential to sex trafficking operations as are bars taxis airplanes automobiles buses ships and trains. For sex trafficking to thrive, it requires at least 3 things.  First  victims, often referred to s modern-day-slaves, a sex trafficking victim is treated as property mere cattle by her traffickers. The victim retains little or no money and remains dependent up her trafficker for the most basic necessities Shelter medication Identification food water and clothing.
Franchisers were trained not to turn a blind eye on human trafficking yet Hotels remain a major player in human trafficking.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

The franchisers have long known how to spot and deter sex trafficking Since 2004 End Child prostitution and trafficking ECPAT_USA)< Promoted the tourism child protection cod of conduct (code). Well known in the hospitality industry, the  code identifies six steps hotels should take to combat sex trafficking. Additionally , the department of homeland security identifies specific signs that suggest the presence of sex trafficking at hotels signs of which the franchisers were well aware.

By 2013, hotel industry representatives knew that 8 out of 10 human trafficking arrests happen at hotels. The franchisers of the Hotels where Goguen and Sequoia Capital trafficked Amber knew of the epidemic of Sex trafficking, it's dependance on connection to hotels, and prevalence of the problem in America and globally.

At its most basic level , the TVPRA criminalizes sex trafficking- the use of force , fraud, coercion to cause a person to engage in a commercial sex act. But congress added a civil cause of action against both the perpetrator of the sex trafficking crime and "anyone who knowingly benefits, financially or by receiving anything of value from participation in a venture which that person knew or should have known has engaged in" such a criminal violation. 18 U.S.C. * 1595(a). The franchisers are precisely the type of defendant Congress had in mind when it devised this remedy.

 Second traffickers profit from the forced labor of their victims. Traffickers force young women and underage girls to engage in commercial sex acts. Stripping may not be sex but however Child pornography and Stripping are commercial sex acts. Traffickers control victims trough force, using violence and treats of violence and threats of violence to restrain, beat, and drug them. And they control victims through fraud and coercion. employing emotional and psychological manipulation, trauma, and isolation.
Third, Sex trafficking requires venues, a place where victims can be sold for sex to as many buyers as possible.

  Globally Sex trafficking ventures typically operate in bars and hotels.  Michael Goguen and Sequoia Capital arranged and paid for rooms for Amber to be trafficked and raped in.
Hotels have profited from Ambers Slavery and rape.

 Hotels ,Airports, Airplanes, All commercial modes of transportation  Law enforcement have long been trained to spot human trafficking  Goguen then engaged in commercial sex acts with Plaintiffs

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

by forcibly fondling and raping Amber intentionally infecting her body with Sexually transmitted disease, including tearing a hole in her genitals, for sexual gratification under the

fraudulent guise of love and friendship "the burnered bond" in exchange for freedom safety,Shelter, medical care, education and money .

Goguen intended that his fraud and force to cause these sex acts to take place.

Goguen, The Gang, Sequoia Capital And Goguens agents recruited Amber, knowingly and intentionally conspired

with Goguen to facilitate the fraud and sexual abuse of Plaintiff.

Plaintiff initially complied with Goguens orders during the abuse as she did not feel she had any choice. The abuser that you know seems better that the abuser you have yet to meet.

Goguen was very adept at raping and grooming his victims by the time he was introduced to Amber. He conspired with he gang to have Amber as his possession a mere blow up doll to him. When Goguen began to

touch Plaintiff in an aggressive, sexual manner, Plaintiff was terrified and froze. The sexual abuse commenced that day.

Indeed, through his fraudulent representations, Goguen had isolated

Plaintiff in His hotel room at the Omni Hotel in Richardson Texas, Where he would come to meetings with Oracle.  This indicated to

Plaintiff and along with Goguens  statements was a very wealthy, powerful man. Plaintiff felt she had no

other choice but to comply with this man's orders. She cried and begged to leave he let her leave but the damage was done Goguen began grooming her to be is sex slave in his self proclaimed harem.

Goguens promises, as relayed to Amber, were made in relation to the

payment for sex services, which affects interstate commerce. Amber told Goguen from the first hour they met that she was not a prostitute. He said he just wanted to take her for dinner and that she was safe with him.  He demeaned and degraded her told her she was not good enough to be seen with in public. The abuse began from the first time she went to see him for dinner. A dinner that never took place as he lured her to the Omni hotel in Richardson Texas. Paid for by Sequoia Capital.

 Goguens

Sex enterprise  money for commercial  sex acts has a substantial effect on interstate commerce.

Goguens  use of his position as a powerful, wealthy man to otherwise engage in raping Amber was for the purpose of his own sexual gratification.

Michael Lewis Goguen the demonic psychopathic serial rapist, pedophile and Sex trafficker began by becoming more sexually aggressive, made sexual advances, and masturbated. Goguen forcefully and without warning, grabbed Ambers breasts and vagina and then masturbated to completion on her face and hair on an air mattress. After Goguen ejaculated, he told Amber that she was to refer to him and a king or an emperor throughout time. Goguen called himself an emperor. In the beginning Goguen gave Amber zero money for the Sexual Abuse. He promised for over a year That he would soon help her escape from the Gang and go to university. After drugging and Raping Amber none of which she can remember in the summer on 2003 he put an envelope with $7000.00 in her hand bag. Amber told Goguen he could not pay her for sex. He just did whatever he wanted. Clearly he knew Amber could not escape nor could he pay for medical school with $7000.00

this was only in  furtherance of Goguens grooming of

Amber to be his sex slave.

Amber was planning to run away with the money and escape the gang by joining a Convent or Joining the US army. That was all she could think of to gain her freedom from the gang. Before she could run Traffickers beat her and she ended up in the hospital with a head injury.
  Goguen was aware of all of this.
He fully took advantage of this and sodomized amber shortly there after.

Approximately 2 months later Goguen Drugged and Raped Amber in the Sheraton Hotel  Toronto where he transported her for the purposed of rape. Sequoia capital paid for the Hotel and travel.

To the best of plaintiffs  recollection this is the first time Goguen Anally raped amber after drugging her glass of champagne which Goguen ordered poured and handed to her.  the sexual abuse only intensified form that date onward.
 On information and belief,  Goguen routinely paid traffickers for use Of Amber. He had a  long had standing  relationship with them before Amber was trafficked by the Gang to Texas.

 This  is Goguens modus operandi.

  Goguen was by no means the Most powerful famous or most wealthy man in these destinations of sex trafficking that Amber was introduced to. Amber did not know or consider Goguen to be famous she believed him to be a computer geek with nothing of

interest to say. He was a pervert. Amber did not recognize Goguen and had no knowledge of what a venture capitalist was. She did not care she wanted to save her life and go to medical school. The Gang forced Amber to bare her naked body for in rooms of thousands of people any way they could abuse and humiliate her into compliance they did. Inclusive of making a young teenage girl stand on a public stage with menstrual blood flowing out of her body. Inclusive of forcing her to drink a bottle of hot urine as punishment. Inclusive of beating her, starving her, locking her in the basement of the club with no lights and no lavatories and no water.

THERE ARE ZERO LEGAL BASIS FOR ANY CROSS COMPLAINTS IN THIS CASE YOU ARE ALL GUILTY.


 As a result of Defendants Goguen, Sequoia Capital, Two bear Capital Two bear Ranch Two bear Air And all of their agents, lawyers and "private investigators" heinous and willful conduct,



Plaintiff is entitled to compensatory damages, punitive damages, Exemplary damages, Special damages, treble damages, attorney's fees, immediate housing. costs, and all other appropriate relief.

PRAYER FOR RELIEF ON CLAIMS
WHEREFORE, Plaintiffs pray that this Court:

A. Award Plaintiffs Amber Doe and Every Girl Counts all of their damages under The Trafficking Victims
Protection Act 18 U.S.C. § 1595, the civil remedy for violation of The Trafficking Victims Protection Act 18 U.S.C. § 1591, and common law, including compensatory damages and punitive damages in an amount to be determined at trial.


 DAMAGES
.


B. Award Plaintiffs all attorney's fees, costs and expenses available under law·'
C. Award Plaintiffs all pre-judgment interest and post judgment interest

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

available under law; and

D. Award Plaintiffs such additional and further relief as this Court may deem just and proper.

JURY DEMAND

Plaintiffs demand a trial by jury on all issues triable of right by jury.

Dated: July 3rd, 2023

_A Baptiste_

Amber Doe

The Constitutional Convention

Article I

Section 1: Congress

All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

Section 2: The House of Representatives

The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature.

No Person shall be a Representative who shall not have attained to the Age of twenty five Years, and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State in which he shall be chosen.

Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding Indians not taxed, three fifths of all other Persons. The actual Enumeration shall be made within three Years after the first Meeting of the Congress of the United States, and within every subsequent Term of ten Years, in such Manner as they shall by Law direct.The number of Representatives shall not exceed one for every thirty Thousand, but each State shall have at Least one Representative; and until such enumeration shall be made, the State of New Hampshire shall be entitled to chuse three, Massachusetts eight, Rhode-Island and Providence Plantations one, Connecticut five, New-York six, New Jersey four, Pennsylvania eight, Delaware one, Maryland six, Virginia ten, North Carolina five, South Carolina five, and Georgia three.

When vacancies happen in the Representation from any State, the Executive Authority thereof shall issue Writs of Election to fill such Vacancies.

The House of Representatives shall chuse their Speaker and other Officers;and shall have the sole Power of Impeachment.

## Section 3: The Senate

The Senate of the United States shall be composed of two Senators from each State, chosen by the Legislature thereof, for six Years; and each Senator shall have one Vote.

Immediately after they shall be assembled in Consequence of the first Election, they shall be divided as equally as may be into three Classes. The Seats of the Senators of the first Class shall be vacated at the Expiration of the second Year, of the second Class at the Expiration of the fourth Year, and of the third Class at the Expiration of the sixth Year, so that one third may be chosen every second Year; and if Vacancies happen by Resignation, or otherwise, during the Recess of the Legislature of any State, the Executive thereof may make temporary Appointments until the next Meeting of the Legislature, which shall then fill such Vacancies.

No Person shall be a Senator who shall not have attained to the Age of thirty Years, and been nine Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State for which he shall be chosen.

The Vice President of the United States shall be President of the Senate, but shall have no Vote, unless they be equally divided.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

The Senate shall chuse their other Officers, and also a President pro tempore, in the Absence of the Vice President, or when he shall exercise the Office of President of the United States.

The Senate shall have the sole Power to try all Impeachments. When sitting for that Purpose, they shall be on Oath or Affirmation. When the President of the United States is tried, the Chief Justice shall preside: And no Person shall be convicted without the Concurrence of two thirds of the Members present.

Judgment in Cases of Impeachment shall not extend further than to removal from Office, and disqualification to hold and enjoy any Office of honor, Trust or Profit under the United States: but the Party convicted shall nevertheless be liable and subject to Indictment, Trial, Judgment and Punishment, according to Law.

Section 4: Elections

The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations, except as to the Places of chusing Senators.

The Congress shall assemble at least once in every Year, and such Meeting shall be on the first Monday in December, unless they shall by Law appoint a different Day.

Section 5: Powers and Duties of Congress

Each House shall be the Judge of the Elections, Returns and Qualifications of its own Members,and a Majority of each shall constitute a Quorum to do Business; but a smaller Number may adjourn from day to day, and may be authorized to compel the Attendance of absent Members, in such Manner, and under such Penalties as each House may provide.

Each House may determine the Rules of its Proceedings, punish its Members for disorderly Behaviour, and, with the Concurrence of two thirds, expel a Member.

Each House shall keep a Journal of its Proceedings, and from time to time publish the same, excepting such Parts as may in their Judgment require Secrecy; and the Yeas and Nays of the Members of either House on any question shall, at the Desire of one fifth of those Present, be entered on the Journal.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

Neither House, during the Session of Congress, shall, without the Consent of the other, adjourn for more than three days, nor to any other Place than that in which the two Houses shall be sitting.

## Section 6: Rights and Disabilities of Members

The Senators and Representatives shall receive a Compensation for their Services, to be ascertained by Law, and paid out of the Treasury of the United States.They shall in all Cases, except Treason, Felony and Breach of the Peace, be privileged from Arrest during their Attendance at the Session of their respective Houses, and in going to and returning from the same; and for any Speech or Debate in either House, they shall not be questioned in any other Place.

No Senator or Representative shall, during the Time for which he was elected, be appointed to any civil Office under the Authority of the United States, which shall have been created, or the Emoluments whereof shall have been encreased during such time; and no Person holding any Office under the United States, shall be a Member of either House during his Continuance in Office.

## Section 7: Legislative Process

All Bills for raising Revenue shall originate in the House of Representatives; but the Senate may propose or concur with Amendments as on other Bills.

Every Bill which shall have passed the House of Representatives and the Senate, shall, before it become a Law, be presented to the President of the United States; If he approve he shall sign it, but if not he shall return it, with his Objections to that House in which it shall have originated, who shall enter the Objections at large on their Journal, and proceed to reconsider it. If after such Reconsideration two thirds of that House shall agree to pass the Bill, it shall be sent, together with the Objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a Law. But in all such Cases the Votes of both Houses shall be determined by Yeas and Nays, and the Names of the Persons voting for and against the Bill shall be entered on the Journal of each House respectively. If any Bill shall not be returned by the President within ten Days (Sundays excepted) after it shall have been presented to him, the Same shall be a Law, in like Manner as if he had signed it, unless the Congress by their Adjournment prevent its Return, in which Case it shall not be a Law.

Every Order, Resolution, or Vote to which the Concurrence of the Senate and House of Representatives may be necessary (except on a question of Adjournment) shall be

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

presented to the President of the United States; and before the Same shall take Effect, shall be approved by him, or being disapproved by him, shall be repassed by two thirds of the Senate and House of Representatives, according to the Rules and Limitations prescribed in the Case of a Bill.

Section 8: Powers of Congress

The Congress shall have Power To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common Defence and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States;

To borrow Money on the credit of the United States;

To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes;

To establish a uniform Rule of Naturalization, and uniform Laws on the subject of Bankruptcies throughout the United States;

To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures;

To provide for the Punishment of counterfeiting the Securities and current Coin of the United States;

To establish Post Offices and post Roads;

To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries;

To constitute Tribunals inferior to the supreme Court;

To define and punish Piracies and Felonies committed on the high Seas, and Offenses against the Law of Nations;

To declare War, grant Letters of Marque and Reprisal, and make Rules concerning Captures on Land and Water;

To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer Term than two Years;

To provide and maintain a Navy;

To make Rules for the Government and Regulation of the land and naval Forces;

To provide for calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions;

To provide for organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be employed in the Service of the United States, reserving to the States respectively, the Appointment of the Officers, and the Authority of training the Militia according to the discipline prescribed by Congress;

To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards and other needful Buildings;-And

To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof.

Section 9: Powers Denied Congress

The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person.

The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.

No Bill of Attainder or ex post facto Law shall be passed.

No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or Enumeration herein before directed to be taken.

No Tax or Duty shall be laid on Articles exported from any State.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

No Preference shall be given by any Regulation of Commerce or Revenue to the Ports of one State over those of another: nor shall Vessels bound to, or from, one State, be obliged to enter, clear, or pay Duties in another.

No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.

No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.

Section 10: Powers Denied to the States

No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

No State shall, without the Consent of the Congress, lay any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing it's inspection Laws: and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Controul of the Congress.

No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay.

Article II

Section 1

The executive Power shall be vested in a President of the United States of America.

He shall hold his Office during the Term of four Years, and, together with the Vice President, chosen for the same Term, be elected, as follows:

Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or Person holding an Office of Trust or Profit under the United States, shall be appointed an Elector.

The Electors shall meet in their respective States, and vote by Ballot for two Persons, of whom one at least shall not be an Inhabitant of the same State with themselves. And they shall make a List of all the Persons voted for, and of the Number of Votes for each; which List they shall sign and certify, and transmit sealed to the Seat of the Government of the United States, directed to the President of the Senate. The President of the Senate shall, in the Presence of the Senate and House of Representatives, open all the Certificates, and the Votes shall then be counted. The Person having the greatest Number of Votes shall be the President, if such Number be a Majority of the whole Number of Electors appointed; and if there be more than one who have such Majority, and have an equal Number of Votes, then the House of Representatives shall immediately chuse by Ballot one of them for President; and if no Person have a Majority, then from the five highest on the List the said House shall in like Manner chuse the President. But in chusing the President, the Votes shall be taken by States, the Representation from each State having one Vote; A quorum for this Purpose shall consist of a Member or Members from two thirds of the States, and a Majority of all the States shall be necessary to a Choice. In every Case, after the Choice of the President, the Person having the greatest Number of Votes of the Electors shall be the Vice President. But if there should remain two or more who have equal Votes, the Senate shall chuse from them by Ballot the Vice President.

The Congress may determine the Time of chusing the Electors, and the Day on which they shall give their Votes; which Day shall be the same throughout the United States.

No Person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any person be eligible to that Office who shall not have attained to the Age of thirty five Years, and been fourteen Years a Resident within the United States.

In Case of the Removal of the President from Office, or of his Death, Resignation, or Inability to discharge the Powers and Duties of the said Office, the Same shall devolve on the Vice President, and the Congress may by Law provide for the Case of Removal, Death, Resignation or Inability, both of the President and Vice President, declaring what Officer shall then act as President, and such Officer shall act accordingly, until the Disability be removed, or a President shall be elected.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

The President shall, at stated Times, receive for his Services, a Compensation, which shall neither be increased nor diminished during the Period for which he shall have been elected, and he shall not receive within that Period any other Emolument from the United States, or any of them.

Before he enter on the Execution of his Office, he shall take the following Oath or Affirmation:--"I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States."

Section 2

The President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States; he may require the Opinion, in writing, of the principal Officer in each of the executive Departments, upon any Subject relating to the Duties of their respective Offices, and he shall have Power to grant Reprieves and Pardons for Offenses against the United States, except in Cases of Impeachment.

He shall have Power, by and with the Advice and Consent of the Senate, to make Treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, Judges of the supreme Court, and all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law: but the Congress may by Law vest the Appointment of such inferior Officers, as they think proper, in the President alone, in the Courts of Law, or in the Heads of Departments.

The President shall have Power to fill up all Vacancies that may happen during the Recess of the Senate, by granting Commissions which shall expire at the End of their next Session.

Section 3

He shall from time to time give to the Congress Information of the State of the Union, and recommend to their Consideration such Measures as he shall judge necessary and expedient; he may, on extraordinary Occasions, convene both Houses, or either of them, and in Case of Disagreement between them, with Respect to the Time of Adjournment, he may adjourn them to such Time as he shall think proper; he shall receive Ambassadors and other public Ministers; he shall take Care that the Laws be faithfully executed, and shall Commission all the Officers of the United States.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

Section 4

The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

Article III

Section 1

The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.

Section 2

The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;--to all Cases affecting Ambassadors, other public Ministers and Consuls;--to all Cases of admiralty and maritime Jurisdiction;--to Controversies to which the United States shall be a Party;--to Controversies between two or more States;--between a State and Citizens of another State;--between Citizens of different States;--between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The Trial of all Crimes, except in Cases of Impeachment; shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

Section 3

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

Article IV

Section 1

Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

Section 2

The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

A Person charged in any State with Treason, Felony, or other Crime, who shall flee from Justice, and be found in another State, shall on Demand of the executive Authority of the State from which he fled, be delivered up, to be removed to the State having Jurisdiction of the Crime.

No Person held to Service or Labour in one State, under the Laws thereof, escaping into another, shall, in Consequence of any Law or Regulation therein, be discharged from such Service or Labour, but shall be delivered up on Claim of the Party to whom such Service or Labour may be due.

Section 3

New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress.

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State.

Section 4

The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

Article V

The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which, in either Case, shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of its equal Suffrage in the Senate.

Article VI

All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

## Article VII

The Ratification of the Conventions of nine States, shall be sufficient for the Establishment of this Constitution between the States so ratifying the Same.

## First Amendment

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

## Second Amendment

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

## Third Amendment

No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

## Fourth Amendment

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

## Fifth Amendment

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger;

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

Sixth Amendment

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

Seventh Amendment

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law.

Eighth Amendment

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

Ninth Amendment

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

10th Amendment

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

11th Amendment

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

## 12th Amendment

The Electors shall meet in their respective states and vote by ballot for President and Vice-President, one of whom, at least, shall not be an inhabitant of the same state with themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice-President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate; -- The President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted; -- The person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of Electors appointed; and if no person have such majority, then from the persons having the highest numbers not exceeding three on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by states, the representation from each state having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the states, and a majority of all the states shall be necessary to a choice. And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth day of March next following, then the Vice-President shall act as President, as in case of the death or other constitutional disability of the President.-- The person having the greatest number of votes as Vice-President, shall be the Vice-President, if such number be a majority of the whole number of Electors appointed, and if no person have a majority, then from the two highest numbers on the list, the Senate shall choose the Vice-President; a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice. But no person constitutionally ineligible to the office of President shall be eligible to that of Vice-President of the United States.

## 13th Amendment

Section 1

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

Section 2

Congress shall have power to enforce this article by appropriate legislation.

14th Amendment

Section 1

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

Section 2

Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice-President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

Section 3

No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

Section 4

The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

Section 5

The Congress shall have the power to enforce, by appropriate legislation, the provisions of this article.

15th Amendment

Section 1

The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of race, color, or previous condition of servitude.

Section 2

The Congress shall have the power to enforce this article by appropriate legislation.

16th Amendment

The Congress shall have power to lay and collect taxes on incomes, from whatever source derived, without apportionment among the several States, and without regard to any census or enumeration.

17th Amendment

The Senate of the United States shall be composed of two Senators from each State, elected by the people thereof, for six years; and each Senator shall have one vote. The electors in each State shall have the qualifications requisite for electors of the most numerous branch of the State legislatures.

When vacancies happen in the representation of any State in the Senate, the executive authority of such State shall issue writs of election to fill such vacancies: Provided,

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

That the legislature of any State may empower the executive thereof to make temporary appointments until the people fill the vacancies by election as the legislature may direct.

This amendment shall not be so construed as to affect the election or term of any Senator chosen before it becomes valid as part of the Constitution.

18th Amendment

Section 1

After one year from the ratification of this article the manufacture, sale, or transportation of intoxicating liquors within, the importation thereof into, or the exportation thereof from the United States and all territory subject to the jurisdiction thereof for beverage purposes is hereby prohibited.

Section 2

The Congress and the several States shall have concurrent power to enforce this article by appropriate legislation.

Section 3

This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of the several States, as provided in the Constitution, within seven years from the date of the submission hereof to the States by the Congress.

19th Amendment

The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of sex.

Congress shall have power to enforce this article by appropriate legislation.

20th Amendment

Section 1

The terms of the President and the Vice President shall end at noon on the 20th day of January, and the terms of Senators and Representatives at noon on the 3d day of

January, of the years in which such terms would have ended if this article had not been ratified; and the terms of their successors shall then begin.

## Section 2

The Congress shall assemble at least once in every year, and such meeting shall begin at noon on the 3d day of January, unless they shall by law appoint a different day.

## Section 3

If, at the time fixed for the beginning of the term of the President, the President elect shall have died, the Vice President elect shall become President. If a President shall not have been chosen before the time fixed for the beginning of his term, or if the President elect shall have failed to qualify, then the Vice President elect shall act as President until a President shall have qualified; and the Congress may by law provide for the case wherein neither a President elect nor a Vice President shall have qualified, declaring who shall then act as President, or the manner in which one who is to act shall be selected, and such person shall act accordingly until a President or Vice President shall have qualified.

## Section 4

The Congress may by law provide for the case of the death of any of the persons from whom the House of Representatives may choose a President whenever the right of choice shall have devolved upon them, and for the case of the death of any of the persons from whom the Senate may choose a Vice President whenever the right of choice shall have devolved upon them.

## Section 5

Sections 1 and 2 shall take effect on the 15th day of October following the ratification of this article.

## Section 6

This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of three-fourths of the several States within seven years from the date of its submission.

## 21st Amendment

## Section 1

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

The eighteenth article of amendment to the Constitution of the United States is hereby repealed.

Section 2

The transportation or importation into any State, Territory, or Possession of the United States for delivery or use therein of intoxicating liquors, in violation of the laws thereof, is hereby prohibited.

Section 3

This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by conventions in the several States, as provided in the Constitution, within seven years from the date of the submission hereof to the States by the Congress.


22nd Amendment

Section 1

No person shall be elected to the office of the President more than twice, and no person who has held the office of President, or acted as President, for more than two years of a term to which some other person was elected President shall be elected to the office of President more than once. But this Article shall not apply to any person holding the office of President when this Article was proposed by Congress, and shall not prevent any person who may be holding the office of President, or acting as President, during the term within which this Article becomes operative from holding the office of President or acting as President during the remainder of such term.

Section 2

This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of three-fourths of the several States within seven years from the date of its submission to the States by the Congress.


23rd Amendment

Section 1

The District constituting the seat of Government of the United States shall appoint in such manner as Congress may direct:

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

A number of electors of President and Vice President equal to the whole number of Senators and Representatives in Congress to which the District would be entitled if it were a State, but in no event more than the least populous State; they shall be in addition to those appointed by the States, but they shall be considered, for the purposes of the election of President and Vice President, to be electors appointed by a State; and they shall meet in the District and perform such duties as provided by the twelfth article of amendment.

## Section 2

The Congress shall have power to enforce this article by appropriate legislation.

## 24th Amendment

### Section 1

The right of citizens of the United States to vote in any primary or other election for President or Vice President, for electors for President or Vice President, or for Senator or Representative in Congress, shall not be denied or abridged by the United States or any State by reason of failure to pay poll tax or other tax.

### Section 2

The Congress shall have power to enforce this article by appropriate legislation.

## 25th Amendment

### Section 1

In case of the removal of the President from office or of his death or resignation, the Vice President shall become President.

### Section 2

Whenever there is a vacancy in the office of the Vice President, the President shall nominate a Vice President who shall take office upon confirmation by a majority vote of both Houses of Congress.

### Section 3

Whenever the President transmits to the President pro tempore of the Senate and the Speaker of the House of Representatives his written declaration that he is unable to

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

discharge the powers and duties of his office, and until he transmits to them a written declaration to the contrary, such powers and duties shall be discharged by the Vice President as Acting President.

## Section 4

Whenever the Vice President and a majority of either the principal officers of the executive departments or of such other body as Congress may by law provide, transmit to the President pro tempore of the Senate and the Speaker of the House of Representatives their written declaration that the President is unable to discharge the powers and duties of his office, the Vice President shall immediately assume the powers and duties of the office as Acting President.

Thereafter, when the President transmits to the President pro tempore of the Senate and the Speaker of the House of Representatives his written declaration that no inability exists, he shall resume the powers and duties of his office unless the Vice President and a majority of either the principal officers of the executive department or of such other body as Congress may by law provide, transmit within four days to the President pro tempore of the Senate and the Speaker of the House of Representatives their written declaration that the President is unable to discharge the powers and duties of his office. Thereupon Congress shall decide the issue, assembling within forty-eight hours for that purpose if not in session. If the Congress, within twenty-one days after receipt of the latter written declaration, or, if

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, BAD FAITH, MALICIOUS PROSECUTION, DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



- 283 -
COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES
LIABILITY, BAD FAITH, MALICIOUS PROSECUTION, DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



**CANADIAN LAWYER**

As for the direction she intends to take the firm, Monique Jilesen says:

"First and foremost is maintaining our position as the best litigation firm in the country, developing that next generation of extraordinary litigators, and working to build a more modern and innovative Law Firm. We are already that, but there's always more to do as the world changes."

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

| Day | Page | Content |
|-----|------|---------|
| 05/23/14 | 644 | Amber we need to cut to the punch line. We can sign a legal document that puts you on a hugely solid foundation, with plenty of remedies if in the obscure cases you're worried about anything goes wrong and be DONE, or we can blow it all up and start over. Your idea of "getting a judge to make me do it" is certainly applicable if I violate the agreement, and you would have every right to and would be 100% successful. However, your idea of now (at this point before we have a signed agreement) of going to a judge to force me to do anything is misguided, because you're not understanding that that is the same as "going to court", which is resetting any agreement to zero and starting a long ugly battle. I have no idea how you could think that's a good idea for either of us, versus getting 100% of what you want now, and always having that option down the road if anything ever went wrong. |
| 05/23/14 | 644 | You don't lose the protection of goin go a judge to force me to pay once we have a settlement agreement in the case that I broke it, your ability would only be 1000% strengthened because there would be no arguing, just a mandated enforcement of a broken agreement. |

GOGUEN TEXTS

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE, CONSPIRACY, PREMISES LIABILITY, BAD FAITH, MALICIOUS PROSECUTION, DEFAMATION, LEGAL MALPRACTICE

| 05/23/14 | 646 | Right now I am not trying to accelerate your stress, I'm trying to make it go to zero. Do you understand that by having a signed settlement agreement in your hand you are in a much more powerful position no matter what happens?? In the 99.99% probability that everything goes exactly as the agreement says, you're done worrying about this forever. In the 0.01% chance that it does not, then you are in very powerful and simple position to say that I have a valid legal contract that          broke, and I want it enforced. It would be extremely straightforward and hard to argue with. The judge would t need to know or care about the details of the case, only that one side broke a valid agreement.              I know you worry about every possible scenario, but having a signed document in hand to begin with is your most powerful insurance to protect you. Please, I'm leaving the office and heading in that direction now with the documents. Tell me what you want to request (notary only, notary plus witnesses, different location, whatever). |

GOGUEN TEXTS

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



MICHAEL GOGUEN

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

Homepage › North America › North America Legal Chronicle › Amber Baptiste v. Michael Lewis Goguen

# Amber Baptiste v. Michael Lewis Goguen



June 17, 2022    Sonia Carcano

Tagged:  Bruce Van Dalsem    Diane Doolittle
Goguen Lewis Michael    Kyle Ratter
Quinn Emanuel Urquhart & Sullivan

Quinn Emanuel Urquhart & Sullivan obtained a victory on behalf of Silicon Valley billionaire and VC tech titan Michael Goguen as a defendant in a lawsuit...

This content is for members only.

[Login to Read More]    [Join Now]

PrintFriendly

Author: Sonia Carcano

...

This content is for members only.

| Diane | 12/19/14 | 3 | 1)Can you please clarify with your client what his goals are ? 2) please inform me of what those goals are. It is very difficult for me to make any decisions when I do not have clarification on what the problem is. Your client decided that under no circumstances should I have an attorney. He decided that he would be my attorney and that going to mediation was a horrible idea. He himself with the use of another team of attorneys wrote the agreement. He insisted that I throw out my phone and my computer and leave my residence and close my bank accounts. Shred up every piece of information about my life. He insists that the attorneys are stalking me. He insists that he needs to maintain contact with me for my entire life so I asked him to put the no further contact clause into the agreement. He agreed to seek therapy for his problems and now refuses. He contacts me whenever he feels like it to incessantly bother me about all of his problems. My response is always the same. Why aren't you in therapy. Speaking to this person is traumatizing. His continued presence in my life is unwarranted and distressing. I understand that as his attorney all of this puts you in an uncomfortable situation. This puts me in an extremely uncomfortable situation. I feel unsafe at this point and would like this to be resolved on all levels. Can you and your client work this out and inform me of what his intentions are. | |



JAMIE STEPHENSON

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Diane M. Doolittle (Bar No. 142046)
  dianedoolittle@quinnemanuel.com
  Margret Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:      (650) 801-5000
Facsimile:      (650) 801-5100

  John B. Quinn (Bar No. 90378)
  johnquinn@quinnemanuel.com
  Bruce E. Van Dalsem (Bar No. 124128)
  brucevandalsem@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017-2543
Telephone:      (213) 443-3000
Facsimile:      (213) 443-3100

RECE...
JUN 27
CLERK OF THE SUP...
SAN MATEO COUNTY

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

**CEDARS-SINAI**
**KERLAN-JOBE INSTITUTE**

the sole circumstances requiring that she was not more than 18 months prior to this time hospitalized. She has presented at my office in multiple occasions for follow-up.

Her Meds has to be comprised due to the high risk of potential infection. The operative risk has been broached which involves its complexity. This case is one of the most narrow aspects from her hip to wrist-hand/trauma-wall. This case is one of the most complex cases I have treated. She had a reduction from her initial injury and unsuccessful my clinic in which she had treated, no prior form her initial injury and complications. She sustained an almost 2 week long fever with was treated with antibiotics prescribed by me. As of April 2022 she is experiencing issues that continue for several days or weeks. The symptoms at this time are almost constant.

She is still experiencing the effects of metal toxicity due to the plates remaining that were unable to be extracted will leaving her metal elements in tact. The damage in her left arm is permanent and the damage from the metal toxicity is as well. She is still in the process of resolving this issue as the metal toxicity under direct guidance from her medical doctors. _____ is being denied health insurance based on her preexisting conditions as of her having her own injuries and weakness. She has to pay cash only for her medical care which limits her access to those who are many facilities do not accept cash only options. In the dozens of surgeons she has met with and being referred to, myself and my team are the only ones willing to perform this high-risk surgery and try to prevent further damage to her health and possible death.

It is extremely rare that any surgeon would leave tungsten drill bits in the patient and not discover it, removed the surgical record and subsequently state the bone was healed, and send the patient to physical therapy knowing the bone has not healed, only perform a CAT scan, and state that tungsten is no different than aluminum etc.

She is very ill and needs surgery as soon as possible. My team is prepared to operate. It is no code so that it is acceptable that the same surgeon who caused profound damage will operating her again even 5 times over.

There is very little record for the effects of tungsten. However, we have attached some research from the UK for your review.

I can be contacted in my office in Los Angeles.

I, John Itamura, MD, and a graduate of USC school of medicine, Los Angeles County and USC Medical Center internship and residency orthopedic surgery, WHI Hand Memorial rehabilitation fellowship in shoulder and elbow surgery and Massachusetts General Hospital fellowship in hand and upper extremity AO international. I have been in practice for 28 years specializing in shoulder and elbow orthopedic surgery. I am the director of Kerlan-Jobe adult shoulder and elbow reconstruction of washing.

Sincerely,

John Moon Itamura, MD

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE




COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE



*Sex trafficking in America*

80% female

**VICTIMS**

50% under 18

12 - 14
average age (DOJ)

300,000 kids
trafficked a year

CA (4 biggest trafficking states) NY
NV
TX

41% of cases
reported to National
Human Trafficking Resource
Center Hotline,
concerned U.S.
citizens.

**TRAFFICKERS**

70% male

a pimp can
make up to
$200,000
year per child
prostitute (U.S.
Dept. of Justice)

$32 billion-
dollar
industry

1 in 3 teens
on the street
will be lured
into prostitution
within 48
hours of
leaving home
(National
Runaway Hotline)

**The average pimp keeps
4 - 6 prostitutes** (national center
for missing and exploited youth)

**MOST COMMON FORMS**

1 Pimp-street
prostitution
2 Commercial brothels
3 Escort
services

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

Power and Control Wheel

VIOLENCE

PHYSICAL — SEXUAL

**COERCION AND THREATS**
- Making and/or carrying out threats to hurt her
- Threatening to leave her, to commit suicide
- Report her to welfare
- Making her drop charges
- Making her do illegal things

**INTIMIDATION**
- Making her afraid by using looks, actions, gestures
- Smashing things
- Destroying her property
- Abusing pets
- Displaying weapons

**ECONOMIC ABUSE**
- Preventing her from getting or keeping a job
- Making her ask for money
- Giving her an allowance
- Taking her money
- Not letting her know about or have access to family income.

**EMOTIONAL ABUSE**
- Putting her down
- Making her feel bad about herself
- Calling her names
- Making her think she's crazy
- Playing mind games
- Humiliating her
- Making her feel guilty.

**Power and Control**

**MALE PRIVILEGE**
- Treating her like a servant
- Making all the big decisions
- Acting like the "master of the castle"
- Being the one to define men's and women's roles.

**ISOLATION**
- Controlling what she does, who she sees and talks to, what she reads, where she goes
- Limiting her outside involvement
- Using jealousy to justify actions

**CHILDREN**
- Making her feel guilty about the children
- Using the children to relay messages
- Using visitation to harass her
- Threatening to take the children away.

**MINIMIZING, DENYING AND BLAMING**
- Making light of the abuse and not taking her concerns about it seriously
- Saying the abuse didn't happen
- Shifting responsibility for abusive behavior
- Saying she caused it.

PHYSICAL    VIOLENCE    SEXUAL

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR HUMAN TRAFFICKING, NEGLIGENCE, RAPE,CONSPIRACY, PREMISES
LIABILITY,BAD FAITH,MALICIOUS PROSECUTION,DEFAMATION, LEGAL MALPRACTICE